AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio, Weste

CAROL ANN SMITH
)
)
*Plaintiff*
)
)
v.
)   Civil Action No. 3:11-cv-00560
)
PERKINS BOARD OF EDUCATION, et al.
)
)
*Defendant*
)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  PERKINS BOARD OF EDUCATION
1210 East Bogart Road
Sandusky, Ohio 44870

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   EDWARD G. KRAMER
KRAMER & ASSOCIATES, L.P.A.
3214 Prospect Avenue East
Cleveland, Ohio 44115-2614

Attorney for Plaintiff

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____        _____
*Signature of Clerk or Deputy Clerk*