## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| **CAROL SMITH** )<br><br>**Plaintiff,** )<br><br>vs. )<br><br>**PERKINS BOARD OF EDUCATION, Et al.,** )<br><br>**Defendants** )<br>)<br>)<br>)<br>)<br>)<br>)<br> | **Case NO: 3:11 CV 560**<br><br>**JUDGE: JACK ZOUHARY**<br><br>**MAGISTRATE: VERNELLIS ARMSTRONG**<br><br>**MOTION FOR EXTENSION TO SEEK NEW COUNSEL** |

Carol Smith, acting Pro Se, respectfully requests this Court to extend its deadline of September 19, 2013 for the appearance of new counsel on her behalf. Plaintiff respectfully asks that this Court grant her an extension of 60 days, or in the alternative 30 days, to find new counsel. Plaintiff asks that this Court consider difficulties in receiving her files back from her previous attorney, Edward G. Kramer, who was sentenced in Federal Court on September 13, 2013.

Respectfully Submitted,

*Carol Smith*

Carol Smith

217 Michigan Avenue
Sandusky, Ohio 44870
Ph: 419-626-0620
Cell: 317-4784288

## Certificate of Service

I, Carol Smith, certify that, on September 16, 2013, a copy of the foregoing Motion for Extension to Seek New Counsel was sent to Teresa L. Grigsby, attorney for Defendant Perkins Board of Education, through the U.S. Mail, in accordance with Federal Rule 5(b)(2)(C) of the Federal Rules of Civil Procedure, to the following address:

Teresa L. Grigsby, Esq.
Spengler Nathanson, P.L.L.
Four Seagate Suite 400
Toledo, Ohio 43604

*Carol Smith*

Carol Smith
Pro Se Plaintiff
217 Michigan Avenue
Sandusky, Ohio
44870