In The United States District Court
For the Northern District of Ohio
Western Division

| | | |
|---|---|---|
| Carol Smith | * | Case No: 3:11 CV 560 |
| Plaintiff, | * | Judge Jack Zouhary |
| vs. | * | Magistrate James Knepp |
| Perkins Board of Education, et al., | * | **CONSENT TO JURISDICTION OF MAGISTRATE** |
| Defendants | * | |

*********

In accordance with the provisions of 28 U.S.C. 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States Magistrate preside over the trial in this case, including all proceedings related thereto, and order the entry of a final judgment.

| Signatures | Party Represented | Date |
|---|---|---|
| /s/ Paul T. Belazis | Plaintiff | November 5, 2014 |
| /s/ Teresa L. Grigsby | All Defendants | November 5, 2014 |
| /s/ Byron S. Choka | All Defendants | November 5, 2014 |

## ORDER OF REFERENCE

IT IS FURTHER ORDERED that this case be referred to the Hon. James R. Knepp, II, United States Magistrate Judge, to preside over the trial in this case, including

1

all proceedings related thereto, and to enter judgment thereon, all in accordance with 28

U.S.C. 636(c), Fed R. Civ. P. 73 and the foregoing consent of the parties.

**November 10, 2014**
Date

_____ **/s/ Jack Zouhary** _____
United States District Judge