TO: Carol Smith
FROM: Mark Dahlmann
SUBJECT: Student Concerns
DATE: March 21, 2003

Wednesday, during period 5C, I was in the 700 wing and heard voices coming from room 701. I saw you in the lunchroom earlier and in the workroom just before I went to check on ISS. Knowing you were downstairs, I thought I'd better check to see who was in your room. A female was seated at your desk, while three males were sitting around a computer. One was playing computer games and one was sitting on top of a student desk. Upon speaking with them, I determined they were supposed to be in lunch. They said you permit them to stay in the room instead of going to lunch.

This situation brings up four concerns:

- Students should be supervised at all times.
- Students should not be seated at a teacher desk.
- Students should be supervised while working on computers.
- Students are expected to be in the lunchroom when assigned to lunch.

By leaving students unsupervised, you placed yourself in a bad situation, since you are responsible for them. You could not be sure what they were doing when they were in the room, or even if they stayed in the room. This situation creates many liability concerns.

The female student who was at your desk was going through things on the desk and in the drawers. My concern is that the student may have access to confidential information.

Since you teach classes which use the computer and the network, I'm sure you are aware of the problems with students being unsupervised on the computer. We have had problems with students downloading and playing games. This causes the network in the entire building to slow down. The students in your room were playing games – not an approved educational activity.

We have an expectation that students attend their classes and assigned lunch period. We offer an approved lunch with a variety of choices and expect students to eat in the lunchroom. We do not encourage pizza parties or delivery of food to the school. I was surprised that you sent a student to ask to order pizza the day after I spoke with them in your room and told them I expected them to be in lunch the next day.

Over the years, there has been an increasing need for accountability and consistency. I would appreciate your attention to the above-mentioned concerns.



Board Exhibit 4