TO: Carol Smith
FROM: Mark Dahlmann
SUBJECT: Course Objectives
DATE: September 14, 2005


This afternoon, I overheard a few students discussing your business lesson. They were talking about watching the movie *The Witness*. It sounded as though they enjoyed the movie, but I am at a loss to determine where the content of the movie would fall in the course objectives for any of the classes you teach. If I recall, the movie was rated 'R', which means you should have received permission from Mr. Gasteier to show the movie, had a signed parent permission slip for each student who viewed the movie, and planned an alternative, supervised activity for those without permission slips. Did you receive permission to show the movie? Are you able to align the movie with course objectives? Can you produce signed parental permission slips?

Unfortunately, you were unable to attend our faculty meeting at the beginning of the year. We discussed the importance of what we do and that what we present in class should be driven by performance and/or course objectives. Among the non-acceptable activities are showing movies for entertainment value and playing cards in class.

We are under the microscope in the community. Parents' talk to other community members about what their children tell them goes on within the walls of Perkins High School. If we are not providing the best instruction in every class each day, we are doing a disservice to our students and will not receive community support when it is most critical.

Please understand this is not written as a reprimand. I am asking for your compliance to ensure the mission and goals of Perkins High School are met.



Board Exhibit 5