# Perkins Middle School

**3700 South Avenue  Sandusky, Ohio 44870**
(419) 625-0132
FAX: (419) 625-0523

RECEIVED SEP 2 9 2008
BY: _____

**Stephen P. Finn**
*Principal*

**Jim Gunner**
*Superintendent*

**Gary Quisno**
*Assistant Principal*

DEFENDANT'S EXHIBIT 3
1-24-2014

September 29, 2008

Mrs. Carol Smith
Briar Middle School

Dear Mrs. Smith,

I request your presence at a disciplinary conference to be held in my office on *October 2, 2008 at 2:45pm* as required by *Article XLV – Progressive Discipline* of the negotiated agreement between the Perkins Education Association and the Perkins Board of Education. This disciplinary conference will be held to discuss a series of allegations of unprofessional conduct, more specifically sleeping while responsible for the supervision of students at Briar Middle School.

Listed below are dates and class periods when these infractions have occurred.
- September 4, 2008, Period 8-sleeping in the choir room
- September 9, 2008, Period 9-sleeping in the choir room
- September 19, 2008, Period 6-sleeping in the classroom (Room 115)
- September 22, 2008, Period 8-sleeping in the choir room

Previously, high school administrators Mr. Gasteier and Mr. Dahlmann have verbally warned you about similar concerns regarding your professional conduct at the high school while responsible for the supervision of students. These infractions, if true, put our students' safety at risk and cannot be tolerated. This disciplinary hearing may result in disciplinary action being taken against you up to and including a recommendation for termination.

According to *Article XLV – Progressive Discipline, Section 45.05 B Conference* – you have the right to have two association representatives present with you at this disciplinary conference.

Sincerely,

Stephen P. Finn
Principal

Cc: Mr. James Gunner, Superintendent, Perkins Local Schools
Mr. John Gerber, PEA President