

**NORTHERN OHIO MEDICAL SPECIALISTS HEALTHCARE**

09/30/2008

Perkins Middle School
3700 South Avenue
Sandusky, Ohio 44870

To Whom It May Concern:

This letter is to inform you that Carol Smith has had diabetes for 16 years, which has been fairly well-controlled over the past several years. As you know, diabetics may experience high and low sugars, depending on food and insulin intake along with varying stress levels. When sugars are too high, she may become lethargic and disoriented and if too low, may sweat, shake and experience mood changes or irritability.

We continue to trial new doses and medications to improve Carol's diabetes. Please be aware that she may experience some of the above symptoms and will ultimately need seen or treated by us. Please be understanding of her medical diagnosis and condition. If you have any questions or concerns, feel free to call the office at 419-626-6891.

Yours Truly,

*Michele Poulos*

Michele Poulos RN, MSN, CNP

---

**INTERNAL MEDICINE**
2800-B Hayes Avenue, Sandusky, OH 44870 (419) 626-6891

DEFENDANT'S EXHIBIT