# Perkins Middle School

**3700 South Avenue   Sandusky, Ohio 44870**
(419) 625-0132
FAX: (419) 625-0523

**Stephen P. Finn**
*Principal*

**Jim Gunner**
*Superintendent*

**Gary Quisno**
*Assistant Principal*

October 6, 2008

Mrs. Carol Smith
Briar Middle School

Dear Mrs. Smith,

As a result of a disciplinary conference held Thursday, October 2, 2008, I have determined a written reprimand will be placed in your personnel file in accordance with *Article XLV – Progressive Discipline* of the negotiated agreement between the Perkins Education Association and the Perkins Board of Education. This written reprimand is a result of unprofessional conduct, more specifically sleeping while responsible for the supervision of students at Briar Middle School.

Listed below are dates and class periods when these infractions have occurred.
- September 4, 2008, Period 8-sleeping in the choir room
- September 9, 2008, Period 9-sleeping in the choir room
- September 19, 2008, Period 6-sleeping in the classroom (Room 115)
- September 22, 2008, Period 8-sleeping in the choir room

While I understand you dispute having been asleep on all of these occasions, any single event of improper supervision of students is unprofessional conduct and cannot be tolerated.

During the conference you indicated that a medical condition, more specifically diabetes, might be a contributing factor to your falling asleep in class. We would encourage you to seek medical attention for any condition that may impact your ability to teach and supervise students effectively. The Perkins School District would support a medical leave of absence if prescribed by your treating physician until such time that your medical condition would not interfere in your ability to properly teach and supervise students. If you are medically able to report to work, we would expect that you provide professional instruction and supervision of students at all times.

Further incidents of unprofessional behavior will result in additional disciplinary action up to and including a recommendation for termination of employment.

Sincerely,

*Stephen P. Finn*
Stephen P. Finn, Principal

Cc:   Mr. James Gunner, Superintendent, Perkins Local Schools
         Mr. John Gerber, PEA President

