

# THOMAS J. ZRAIK
ATTORNEY AT LAW

BY:............................

2524 SECOR ROAD
P.O. BOX 2827
TOLEDO, OHIO 43606

PHONE (419) 724-9811
FAX (419) 724-9812
E-MAIL: zraiklaw@bex.net

October 14, 2008

Superintendent James Gunner
Perkins Local School District
3700 South Avenue
Sandusky, Ohio 44870

Re: Request for Reasonable Accommodation on Behalf of Carol Smith

Dear Superintendent Gunner:

Pursuant to Title I of the Americans with Disabilities Act, 42 U.S.C. 12101 *et seq.*, and R.C. 4112.02(G) of the Ohio Revised Code, this letter is being sent on behalf of the above named individual, an employee of the Perkins Local School District and member of the Perkins Educational Association ("PEA") to request that the Perkins Local School District ("PLSD") provide Mrs. Smith, a person with a disability, with a reasonable accommodation in order to allow her to perform the essential functions of her duties as teacher in the PLSD.

As you are aware, Mrs. Smith has diabetes. This is a disease that negatively affects her body's ability to regulate insulin and, as a result, even with medication her blood sugar can on occasion range from abnormally low levels to abnormally high levels. See letter, attached, from Certified Nurse Practitioner Michele Poulos, R.N., M.S.N., C.N.P., of Northern Ohio Medical Specialists Healthcare. Occasionally, albeit not frequently, when Mrs. Smith's blood sugar goes beyond normal ranges, she may experience symptoms such as lethargy and disorientation; while if her blood sugar drops too low, she may experience sweating, nausea, irritability or mood swings. At times, particularly if she is experiencing elevated blood sugar, she may appear to be sleeping even though she is awake and fully aware of her surroundings.

As you know, Principal Stephen P. Finn of Briar Middle School has recently reprimanded Mrs. Smith based on allegations, which Mrs. Smith denies, that she has been observed "sleeping" on multiple occasions. See Rebuttal, attached. As a result, and in order to forestall further disciplinary action being taken based on symptoms and/or manifestations of her disability, Mrs. Smith is hereby requesting PLSD to provide a reasonable accommodation such as that outlined below, to wit:



DEFENDANT'S EXHIBIT 8 1-24-2014

## REASONABLE ACCOMMODATION

1. All staff and administrators of PLSD who work directly or in association with Mrs. Smith will become familiar with and trained in recognizing symptoms of diabetes and, when necessary, providing minimal treatment as outlined below.
2. If an individual observes or is informed that Mrs. Smith appears to be asleep, the individual should approach and quietly ask Mrs. Smith if she is in need of assistance.
3. If she responds, ask what she needs or offer to provide her with a drink of water, a candy bar, or juice to help adjust blood sugar.
4. If Mrs. Smith does not respond, repeat step # 2 and, if no further response is made, seek immediate medical assistance by calling 911.
5. If at any time Mrs. Smith is in need of insulin, she may request and will be provided a five to ten minute break in order to inject herself with her insulin medication in privacy.

Please understand these are suggested accommodations and not set in stone. However, in the event you believe these proposed accommodations are not acceptable, we do request that you initiate further negotiation with Mrs. Smith through this office and with her medical providers in order to develop reasonable accommodations satisfactory to all parties concerned.

Please do not hesitate to contact me if you have any questions regarding this matter. Your cooperation is appreciated.

Respectfully,

Thomas J. Zraik

Cc: Mrs. Carol Smith
Enclosure