# Perkins Public Schools

*Our mission:* Perkins Schools....an exceptional education in a safe, caring environment.



Jim Gunner, Superintendent          Lisa M. Crescimano, Treasurer

October 17, 2008

Mrs. Carol Smith
217 Michigan Avenue
Sandusky, Ohio 44870

Dear Mrs. Smith:

    I request your presence at a meeting on Thursday, October 23, 2008 at 4:00 p.m. in my office at the Administrative Service Center. This meeting will be held to discuss the claim of your attorney, Mr. Thomas J. Zraik, that you require "reasonable accommodation" for a disability related to your medical diagnosis of diabetes.

    As the medical documentation provided by Northern Ohio Medical Specialists, at your request, indicates your diabetes "has been fairly well-controlled over the past several years" and there was no mention of a disability due to your diabetes prior to the disciplinary conference held on October 2nd I am at a loss to understand your sudden claim of a disability.

    Please be prepared to provide the following information to the school district during the requested meeting:

1. What aspect of your job can you NOT do as a result of your claimed disability?
2. What reasonable accommodations are you requesting to perform the above described job duties that you are currently unable to perform?

    I would welcome Mr. Zraik to attend this meeting as your representative. Should you have any questions regarding this request, please do not hesitate to contact my office.

Sincerely,

James P. Gunner
Superintendent

Xc:   Mr. Stephen Finn, Briar Middle School Principal
       Mr. John Gerber, PEA President
       Mr. Thomas J. Zraik, Attorney at Law
       Mr. Chris Williams, Attorney at Law

DEFENDANT'S EXHIBIT 9
1-24-2014

1210 E. Bogart Road, Sandusky Ohio 4487
Treasurer's Office Phone: 419-625-1261

5-0484
Fax: 419-621-2052
www.perkins.k12.oh.us