# Perkins Public Schools

*Our mission:*  **Perkins Schools....an exceptional education
in a safe, caring environment.**

---

**Jim Gunner, *Superintendent***           **Lisa M. Crescimano, *Treasurer***

November 18, 2008

Mrs. Carol Smith
Briar Middle School

Dear Mrs. Smith:

This letter is a follow up to our meeting held on Thursday, October 23rd regarding your request
for accommodations with your job because of ongoing diabetes care. In the meeting, I agreed to
the following accommodations as requested:

**Job Accommodations for Mrs. Carol Smith**
- Mrs. Smith will be permitted to ask for classroom coverage when it is necessary to
  perform an insulin injection. Insulin injections may be given in the nurse's office to
  maintain privacy. Mrs. Smith should call the office and ask for a school administrator to
  cover her class during this time period.
- If Mrs. Smith is having a medical reaction to either a low or high blood sugar, class
  coverage will be provided until Mrs. Smith feels her blood sugar is under control. She
  simply needs to call the office and ask for assistance.
- Mrs. Smith is permitted to conduct blood glucose tests as necessary to monitor her blood
  glucose level. The school nurse will conduct an informational session with all of Mrs.
  Smith's students about diabetes, insulin control, and glucose monitoring to minimize
  student curiosity in the future.
- Mrs. Smith is permitted to have snacks within her classroom to assist in adjusting for low
  blood sugar reactions.
- General information on diabetes will be shared with all staff to increase awareness of the
  disease, warning signs, and typical symptoms of low and high blood sugar levels.

It was emphasized during the meeting that reasonable accommodations such as those listed
above would be taken by the school district to assist Mrs. Smith in her diabetic care while
teaching. Through these accommodations it was thought that further episodes of disorientation,
sleepiness, or verbal outbursts towards students during the supervision of her classes could be
avoided. Any further episodes of disorientation, sleepiness or verbal outbursts directed at
students on Mrs. Smith's part that impedes her ability to be alert, in charge of her classroom, and
respectful of students would be treated as grounds for disciplinary action, or placement on a
medical leave of absence to assist in overall better control of her diabetes.

Sincerely,

James P. Gunner

DEFENDANT'S
EXHIBIT
*10*

XC:     Personnel File, Stephen Finn, Principal
        Thomas J. Zraik, Attorney at Law

---

**1210 E. Bogart Road, Sandusky Ohio  44870-6411**
Treasurer's Office Phone: 419-625-1261

184        Fax: 419-621-2052
www.perkins.k12.oh.us