# Perkins Middle School

**3700 South Avenue    Sandusky, Ohio 44870**
**(419) 625-0132**
**FAX: (419) 625-0523**

**Stephen P. Finn**
*Principal*

**Jim Gunner**
*Superintendent*

**Gary Quisno**
*Assistant Principal*

March 15, 2009

Dear Carol Smith,

As of yet, I have not received the written response I have requested of you concerning the incident on February 25, 2009. On this day, you were absent from your classroom duties during the eighth and ninth periods. At our last meeting, I indicated to you that a staff member observed you in the parking lot in your car and another staff member saw you at Wendy's Restaurant during the time period in which you should have been in school. Since I have not received the written response from you that I requested by March 9, 2009, I have no choice but to notify Superintendent, Mr. Jim Gunner, Perkins Local Schools of this situation.

Sincerely,

*Stephen P. Finn*
Stephen P. Finn
Principal
Briar Middle School

Cc: Mr. Jim Gunner

DEFENDANT'S EXHIBIT 13 1-24-2014