RECEIVED
MAR 1  2009
BY:......................

March 8, 2008

Mr. Finn:

As per our meeting on March 5th, I believe I explained to you that missing 8th and 9th periods of ISI on February 25th was totally my error and responsibility.

When I realized the two schedules at the high school and middle school were not the same, I immediately called Dawn Sullivan and asked her what time my typing class was. She said, "at 11:58 a.m." When I glanced at the clock I thought I had an hour and ten minutes. I assumed 8th and 9th periods were after 6th and 7th periods. I did not know the schedule changed to 4th, 8th and 9th periods.

I started to grade papers and input them. I had it in my mind that I had to leave the high school by 11:30 a.m. to make my keyboarding class. I left the high school by 11:20 a.m. and went directly to the middle school. I would like to make it very clear that I was <u>not at Wendy's.</u>  Due to recent stomach surgery there was NO WAY I could even attempt that kind of food as I was still on protein and soft foods. This would have made me very ill.

Perhaps somebody did see me in the parking lot at the middle school. I got to the middle school by 11:30 a.m., tested my sugar level with my glucometer and gave myself a shot of insulin as I have no accommodations inside the middle school to do this.

I believe I do get a 30 minute lunch break that is considered my time. On this particular day, after I took care of my diabetic needs, I did consume my protein drink while still in the car. Therefore, someone could very well have seen me and told you about it.

I'm sorry about being confused about the schedule. I'm trying to make sure it won't happen again.

Sincerely,

*Carol Smith*
Carol Smith

March 15th, 2009
Cc: Dr. Gunner

DEFENDANT'S EXHIBIT
14
1-24-2014