# Perkins Public Schools



*Our mission:* Perkins Schools....an exceptional education in a safe, caring environment.

Jim Gunner, Superintendent     Lisa M. Crescimano, Treasurer

March 27, 2009

Mrs. Carol Smith
Briar Middle School

Dear Mrs. Smith:

I am requesting a disciplinary conference with you on Tuesday, March 31st at 3:00 p.m. in my office at the Administrative Service Center as required by *Article XLV – Progressive Discipline* of the negotiated agreement between the Perkins Education Association and the Perkins Board of Education. The disciplinary conference will be held to discuss your absence from assigned duties at Briar Middle School on February 25, 2009.

Previously, high school administrators have verbally warned you and more recently I wrote a letter of reprimand that was placed in your personnel file for acts of unprofessional conduct. This infraction, if true, indicates a repeated pattern of unprofessional conduct that cannot be tolerated. This disciplinary hearing may result in disciplinary action being taken against you up to and including a recommendation for termination.

According to *Article XLV – Progressive Discipline, Section 45.05 B <u>Conference</u>* – you have the right to have two association representatives present with you at this disciplinary conference.

Sincerely

James P. Gunner
Superintendent

Cc:   Mr. Stephen Finn, Principal
       Mr. John Gerber, PEA President

DEFENDANT'S EXHIBIT
15
1-24-2014