# Perkins Public Schools



*Our mission:* Perkins Schools....an exceptional education in a safe, caring environment.

Jim Gunner, Superintendent      Lisa M. Crescimano, Treasurer

April 2, 2009

Mrs. Carol Smith
Briar Middle School

Dear Mrs. Smith:

I have reviewed and considered the information shared at your disciplinary conference held on Tuesday, March 31, 2009. This information included your written and verbal admittance that the failure to be present at Briar Middle School for your assigned duties on Wednesday, February 25, 2009 was entirely your fault.

I have decided to issue you a three-day Suspension without Pay to be served on Tuesday, April 21st, Wednesday, April 22nd, and Thursday April 23rd. This decision is based upon the seriousness of having students unsupervised and previous verbal and written warnings for unprofessional conduct during the past two years. This letter should be considered **Notification of Disposition** as required by *Article XLV – Progressive Discipline, Section 45.05 C.*

Further incidents of unprofessional behavior will result in additional disciplinary action up to and including a recommendation for termination of employment.

Sincerely,

James P. Gunner
Superintendent

Cc:    Mr. Stephen Finn, Principal
        Mr. John Gerber, PEA President
        Mrs. Lisa Crescimano, Treasurer

*DEFENDANT'S EXHIBIT 76 1-24-2014*

1210 E. Bogart Road, Sandusky Ohio 44870-6411     Phone: 419-625-0484     Fax: 419-621-2052