**From:** Gerber, John [gerber@perkins.k12.oh.us]
**Sent:** Wednesday, May 27, 2009 10:15:27 PM
**To:** jgunner
**Subject:** Meeting to review info, potential favor

Jim

Is there a time within the next couple of days that you and I can sit down together so I can look at Carol Smith's personnel file at ASC? I do not want to go through Lisa with this request as she and Carol are close friends which could lead to an unintentional passage of information between the two of them.

The reason why I am making this request is that I am trying to determine if a letter was placed in her file [last year] in regard to her not leaving the high school during evacuation drills. I have been told by two sources that she received a letter about this unacceptable behavior from an external authority figure - such as a police office or the fire chief.

I had asked Carol to be sure she viewed her personnel file at ASC - so I could better represent her in the grievance process. She indicated that she viewed her personnel file at ASC in the presence of Lisa. She also indicated that there were no disciplinary items in it from the previous few years. I need to review her file to confirm the validity of her statements on this issue.

In regard to her grievance, she is of course not satisfied with your decision to the level one meeting. Via an email, she has asked me to move the grievance to level two. Here is where I screwed up - as I did not check my school email diligently the Friday before the Memorial Day weekend or the Tuesday we returned. As such, I did not catch her email request to file the paperwork to move her grievance up to level two. Due to this, I have missed the ten day limit given by the negotiated agreement to file for level two.

Would you consider allowing me to still file a level two grievance request on this matter? I know that your decision on the suspension is not going to change. If you grant me this allowance - moving her grievance to level two will permit her to exercise her rights in accordance with the grievance procedure. I suspect that Carol may resort to legal counsel/action [not supported by either PEA or OEA] if she feels her rights have been violated. This has the potential to be an ugly mess for all involved. I do understand if you will not grant me the favor of filing the paperwork to move the grievance to level two.

John


Mr. John M. Gerber

Board Exhibit 27

PHS physics teacher