# Perkins High School

3714 South Campbell Street
Sandusky, Ohio 44870
(419) 625-1252  FAX (419) 621-2057

*Chris J. Gasteier, Principal*
*Mark H. Dahlmann, Assistant Principal*

June 1, 2009

Carol Smith,

Mr. Finn has informed me that you will not be needed for any classes or coverage at Briar Middle School for the 2009-2010 school year. We do not currently have enough enrollment in our business classes to merit a full time teacher. Your dual certification in Social Studies allows you to bump Jen Mazza to half time. Since you will be teaching Social Studies at Perkins High School next year I am directing you to spend this Wednesday and Thursday with Scott McVeigh and Tim Obergefell rather than go to Briar. I have spoken to Mr. Finn about this schedule change and he will make accommodations for coverage for you.

Your schedule for Wednesday and Thursday will be as follows: your business classes will not change from their regularly scheduled times. Your conference period will switch from third period to seventh period for both days. On both Wednesday and Thursday, using the rotation schedule, your third period will be spent with Tim Obergefell observing his Government/Economics classes. On both Wednesday and Thursday, using the rotation schedule, your fifth and sixth periods will be spent with Scott McVeigh observing his Modern World History Classes. You will also spend the time after school each day meeting with either the department chair or those teachers to go over the syllabus, benchmarks, performance indicators, and assessment maps.

These two days are only a snapshot of what the expectations will be for you next school year with this type of schedule. Be sure to ask for the materials that you will need to prepare for these new class preparations.

Sincerely,

Chris J. Gasteier

Cc: Steve Finn
    Superintendent James Gunner
    Jim Patton
    Joe Bores
    Tim Obergefell
    Scott McVeigh

DEFENDANT'S EXHIBIT

Board Exhibit 30