# Perkins High School

3714 South Campbell Street
Sandusky, Ohio 44870
(419) 625-1252  FAX (419) 621-2057



Chris J. Gasteier, Principal
Mark H. Dahlmann, Assistant Principal



June 5, 2009

Mrs. Carol Smith
Perkins High School

Dear Mrs. Smith,

I request your presence at a disciplinary conference to be held in my office at 3 p.m., on Tuesday, June 9, 2009, as required by *Article XLV – Progressive Discipline* of the negotiated agreement between the Perkins Education Association and the Perkins Board of Education. This disciplinary conference will be held to discuss allegations of unprofessional conduct, more specifically the fulfillment of duties when asked to observe Social Studies classes this past week.

Listed below are dates and class periods when these infractions have occurred:
- Wednesday, June 3, 2009, more than ten minutes late to period three class
- Wednesday, June 3, 2009, falling asleep during a video presentation for more than five minutes during fifth period
- Wednesday and Thursday, June 5 and 6, leaving class during the study hall portion of fifth period rather than pursuing discovery of pertinent curricular information from the observed teacher for a subject that you have not taught in years

These incidences were observed and noted by myself, other district employees and students. I was contacted by two people before I left school on Thursday about the above infractions and concerns were expressed that these were not the actions becoming a professional. Previously, you have received disciplinary consequences for similar unprofessional conduct that have included verbal warnings, written reprimands, and a suspension without pay. You also have been warned that additional infractions would warrant additional disciplinary action up to and including your termination from employment. These infractions, if true, continue to put our students' safety at risk and cannot be tolerated. This hearing may result in disciplinary action being taken against you up to and including a recommendation for termination of employment.

According to *Article XLV – Progressive Discipline, Section 45.05 B Conference* – you have the right to have two association representatives present with you at this disciplinary conference.

Sincerely,

Chris Gasteier
Principal

Cc: Mr. James Gunner, Superintendent, Perkins Local Schools
Mr. John Gerber, PEA President