# Perkins Public Schools

*Our mission:* Perkins Schools....an exceptional education in a safe, caring environment.



Jim Gunner, Superintendent      Lisa M. Crescimano, Treasurer

June 15, 2009

Mrs. Carol Smith
217 Michigan Avenue
Sandusky, Ohio 44870

Mrs. Carol Smith,

This is a follow up letter to the conversation that was held in my office on June 9, 2009 with you, John Gerber, and myself.

With regard to the first area of concern, I acknowledge the date should have been Thursday, June 4, 2009 and not Wednesday, June 3, 2009. I understand that you were late to class because you met with a student. I spoke to the student who confirmed your conversation. I want to emphasize that being on time and in attendance at the beginning of class is good professional conduct and that student meetings must be scheduled accordingly.

With regard to the second area of concern, I have written communication from faculty confirming that you fell asleep during Mr. McVeigh's fifth period social studies class. As a result of this unprofessional behavior, I would recommend to the Superintendent of Perkins School District an additional suspension be issued. By contract, only the superintendent has the authority to suspend a staff member, as such I must turn this matter over to the superintendent of Perkins Schools.

With regard to the final area of concern, I acknowledge that you were not specifically instructed to remain in Mr. McVeigh's fifth period study hall to discuss curricular matters.

Sincerely,

*[signature]* on behalf of Chris Gasteier
Chris J. Gasteier

cc: Jim Gunner, Superintendent
John Gerber, PEA President

DEFENDANT'S EXHIBIT 20
1-24-2014