# Perkins Public Schools

*Our mission:* Perkins Schools....an exceptional education in a safe, caring environment.



Jim Gunner, *Superintendent*  Lisa M. Crescimano, *Treasurer*

June 19, 2009

DEFENDANT'S EXHIBIT 21

Mrs. Carol Smith
217 Michigan Avenue
Sandusky, Ohio 44870

Re:  Ten-Day Unpaid Suspsension

Dear Mrs. Smith:

On Tuesday, June 9, 2009, you attended a disciplinary conference conducted by Chris Gasteier, Principal of Perkins High School. Also present at that meeting was John Gerber, PEA President.

As discussed with you at that conference, the basis for considering disciplinary action against you include (1) your being tardy to your assigned duty of observing Social Studies classes on June 4, 2009; (2) your falling asleep during multiple Social Studies classes that you had been scheduled to observe; and (3) your not attending your assigned duty of observing a study hall subsequent to the Social Studies classes.

I have reviewed and considered the information shared at your June 9, 2009 disciplinary conference with Mr. Gasteier. This information included the following:

- Your admitting to being tardy to your assigned duties on Thursday, June 4, 2009, and stating the reason was due to an unplanned conversation with a student between classes.
- Written documentation from Mr. McVeigh, the teacher you were observing, stating that you had fallen asleep in multiple Social Studies class periods on multiple days that you had been directed to observe to prepare you for a similar assignment next year.
- Verbal confirmation from students in those classes, as documented by Mr. McVeigh, that you were asleep in the classes indicated above.
- Your denial of being asleep while directed to observe the Social Studies classes instructed by your colleagues, and you claim that you have 80% blindness in your right eye and were simply "resting" your eyes and were totally aware of all class activities during the time in question.

1210 E. Bogart Road, Sandusky Ohio 44  19-625-0484  Fax: 419-621-2052

- Your statement that you were not made aware that your observation responsibilities included study hall duty for the teacher being observed.

I have further reviewed Mr. Gasteier's letter dated Monday, June 15, 2009 indicating he believes you were asleep during Mr. McVeigh's 5th period class and his referral for further disciplinary action. You were sent a copy of this letter in the mail.

I also reviewed documentation in your personnel file for this year that indicates an ongoing problem of falling asleep instead of conducting your professional responsibilities as assigned. The previous documentation included:

- Verbal warnings issued by both Mr. Gasteier and Mr. Dahlmann during the 2007-08 school year about falling asleep in class.
- Documentation from our local Fire Department that during the 2007-08 school year you failed to exit the building during a fire drill conducted at Perkins High School that resulted in a citation issued against the school district.
- A 9/26/08 letter inviting you to a disciplinary hearing for falling asleep on four different occasions at Briar Middle School while responsible for student supervision.
- A 10/3/08 letter issuing a written reprimand for the four separate incidents of falling asleep instead of carrying out your professional responsibilities.
- 10/23/08 Meeting notes regarding your claim of a disability because you have a medical diagnosis of diabetes.
- 11/18/08 Letter indicating our agreement to accommodate your requests related to your medical diagnosis of diabetes, but emphasizing that falling asleep while responsible for professional duties could not be tolerated regardless of medical conditions.
- A 3/27/09 letter issuing a 3 day unpaid suspension from your duties as teacher for missing your assigned duties at Briar Middle School, due to your being asleep in your car in the parking lot instead of at your assigned duty at Briar.

I am issuing a **10-day unpaid suspension** for the unprofessional conduct of falling asleep during Mr. McVeigh's classroom while you were expected to be observing his instruction to prepare for your new teaching assignment next year. This ten-day unpaid suspension will begin on Tuesday, August 25, 2009 and conclude at the end of the day on Wednesday, September 2, 2009.

With the permission granted in *Article 7.10 Physical Examination* of the negotiated agreement between the Perkins Education Association and the Perkins Board of Education, I am **requiring you to undergo a complete physical and psychological examination** at the Board of Education's expense to determine your physical and mental capacity to continue to teach for the Perkins Local School District. This examination will be scheduled with doctors and psychiatrists of the Board of Education choosing and coordinated with you, but must be completed

before your scheduled return to work on Thursday, September 3rd, 2009. Both medical evaluations must indicate that you are physically and mentally fit to return to work before the Board of Education will return you to your assigned duties. Should either evaluation indicate you are not fit to return to work as a classroom teacher, the Board of Education will place you on medical leave until such time as you are determine medically fit to return to full duties.

This letter should be considered **Notification of Disposition** as required by *Article XLV – Progressive Discipline, Section 45.05 C.*

Any further incidents of unprofessional behavior will result in additional disciplinary action up to and including a recommendation for the termination of your employment.

Sincerely,

James P. Gunner
Superintendent


Cc: Mr. Chris Gasteier, Principal
Mr. John Gerber, PEA President
Mrs. Lisa Crescimano, Treasurer