# Perkins Public Schools

*Our mission:* Perkins Schools....an exceptional education in a safe, caring environment.



Jim Gunner, *Superintendent*      Lisa M. Crescimano, *Treasurer*

June 19, 2009

Mrs. Carol Smith
217 Michigan Avenue
Sandusky, Ohio 44870

Re:    Disciplinary Conference – Falling Asleep During Technology Training

Dear Mrs. Smith:

I am requesting a disciplinary conference with you on Tuesday, July 7th at 3:00 p.m. in my office at Briar Middle School as required by *Article XLV – Progressive Discipline* of the negotiated agreement between the Perkins Education Association and the Perkins Board of Education. The disciplinary conference will be held to discuss an accusation of unprofessional conduct on your behalf while participating in technology professional training on Tuesday, June 16th and Wednesday, June 17th, more specifically, that you fell asleep for extended period of time each day during the instruction.

Previously, high school administrators have verbally warned you, I have issued a written reprimand, and two unpaid suspensions of 3 and 10 days for similar unprofessional conduct all during this school year. This infraction, if true, indicates a repeated pattern of unprofessional conduct that cannot be tolerated. This disciplinary hearing may result in disciplinary action being taken against you up to and including a recommendation for termination.

According to *Article XLV – Progressive Discipline, Section 45.05 B Conference* – you have the right to have two association representatives present with you at this disciplinary conference.

Sincerely,

James P. Gunner
Superintendent

Cc:    Mr. Chris Gasteier, Principal, Perkins High School
        Mr. John Gerber, PEA President



DEFENDANT'S EXHIBIT 23

1210 E. Bogart Road, Sandusky Ohio 44870-6⸱
Treasurer's Office Phone: 419-625-1261      ⸱-0484    Fax: 419-621-2052
     www.perkins.k12.oh.us