

DEFENDANT'S
EXHIBIT
24
1-24-2014





Board Exhibit 56

