# Perkins Public Schools

*Our mission:* Perkins Schools....an exceptional education in a safe, caring environment.

Jim Gunner, *Superintendent*       Lisa M. Crescimano, *Treasurer*

July 28, 2009



DEFENDANT'S EXHIBIT 26  1-24-2014

Carol Smith
217 Michigan Avenue
Sandusky, Ohio 44870

Dear Mrs. Smith:

I have scheduled you for a complete physical and medical evaluation to be conducted on **Friday, August 2, 2009 at 2:00 pm** in the offices of:

    Dr. Larry Kale
    St. Luke's Hospital Occupational Health Clinic
    28555 Starbright Blvd., Suite A
    Perrysburg, Ohio 43551
    (419) 887-8771
    (419) 887-8743 Fax

You need to contact your treating physicians immediately and ask them to fax your medical records to Dr. Kale as quickly as possible. Records must include your diabetes treatments, including Hemoglobin A1C test results, any doctors' notes from physicians treating any medical diagnoses, to include: sleep apnea, sleep studies, consultations with endocrinologists, neurologists or any other specialists. These medical records are important to obtain a complete picture of your current medical condition.

Should you have any questions, you may contact me directly on my cell phone (419) 450-3728.

Sincerely,

James P. Gunner
Superintendent