# Perkins Public Schools

*Our mission:* Perkins Schools....an exceptional education in a safe, caring environment.



Jim Gunner, *Superintendent*     Lisa M. Crescimano, *Treasurer*

March 29, 2010

**VIA HAND DELIVERY**



DEFENDANT'S EXHIBIT 27 1-24-2014

Mrs. Carol Smith
217 Michigan Avenue
Sandusky, Ohio 44870

Re:   Relief from Duties with Pay

Dear Mrs. Smith:

You are hereby relieved from your duties with pay pending the outcome of my investigation into allegations that you engaged in inappropriate discussions with your high school social studies class regarding pornography.

You are directed not to appear on the premises of the Board of Education or at Board events without my express permission until further notice. You are also directed not to discuss this matter with any students of the District, or with any of the staff of the District other than those staff members who are Union officers for the purpose of assisting you in this matter. You are further directed to turn in all District building keys to me immediately.



*[handwritten margin notes: Lap top & — also collected — Lesson plans asked for, but never received. Carol promise husband would drop off w/ never rec.]*

You are further directed to be available by telephone during work hours so that I, or a District representative, may contact you relative to this investigation.

Very truly yours,

*[signature]*
James Gunner
Superintendent
Perkins Local School District

cc:   Mr. Chris Gasteier, Principal
      John Gerber, Perkins Education Association President

RECEIPT ACKNOWLEDGED BY:

*[signature: Carol Smith]*
Carol Smith