# Perkins Public Schools

*Our mission:* Perkins Schools....an exceptional education
in a safe, caring environment.



Jim Gunner, *Superintendent*        Lisa M. Crescimano, *Treasurer*

April 5, 2010

**DEFENDANT'S EXHIBIT** 284  1-24-2014

Mrs. Carol Smith
217 Michigan Avenue
Sandusky, Ohio 44870

Dear Mrs. Smith:

I have scheduled a second disciplinary conference with you for Monday, April 12, 2010 at 4:00 p.m. in my office at the Administrative Service Building pursuant to *Article XLV – Progressive Discipline* of the Negotiated Agreement between the Perkins Education Association and the Perkins Local School District Board of Education. This hearing may result in disciplinary action being taken against you up to and including a recommendation for your termination from employment pursuant to O.R.C. Section 3319.16 for just cause.

Specifically, the disciplinary conference will be held to discuss allegations that you:
- engaged in inappropriate discussions with your high school social studies class regarding pornography.
- repeatedly "dozed off" for several minutes at a time while supervising students during 5D Study Hall
- repeatedly arrived tardy to your 5th Period History Class.
- Falling asleep during Academic Team Practice on 1/18/10.

On various dates during the 2007-08 school year high school administrators verbally warned you about falling asleep while responsible for the supervision of students. On October 6, 2009 Mr. Stephen Finn, Briar Middle School principal issued a written reprimand to you for "unprofessional conduct, more specifically sleeping while responsible for the supervision of students at Briar Middle School". On April 2, 2009, you received a three (3) day unpaid suspension for "failure to be present at Briar Middle School for your assigned duties on Wednesday, February 25, 2009". On June 19, 2009 you received a ten (10) day unpaid suspension for "(1) your being tardy to your assigned duty of observing Social Studies classes on June 4, 2009; (2) your falling asleep during multiple Social Studies classes that you had been scheduled o observe; and (3) your not attending your assigned duty of observing a study hall subsequent to the Social Studies classes". Finally, on July 8, 2009 you received a payroll deduction for failing to stay awake during professional development training held on Tuesday, June 16th and Wednesday, June 17th.

**Board Exhibit 88**

A second conference to discuss these allegations is being held to address the concern of your legal representative that I would use student statements and my notes from those statements in making my determination of disciplinary action without you and your legal representative having access to these same statements and notes. I have forwarded to your legal representative all student statements taken from students in your 5th period History class, as well as the notes that either I or Mr. Gasteier took while interviewing these students. In addition, I have forwarded a copy of your personnel file and the physician's statement related to your return to work this fall as requested by your legal representative.

I would like to follow up on statements made by both you and your legal representative during the first disciplinary hearing. In addition, new information has come to my attention that an accusation was made against you regarding falling asleep while responsible for an Academic Team practice on January 18, 2010. Since this information has just been revealed to me, I would like to question you about this incident as well.

These new allegations, if true, indicate a continued and repeated pattern of unprofessional conduct that cannot be tolerated.

Pursuant to *Article XLV – Progressive Discipline, Section 45.05 B Conference* – you have the right to have two association representatives present with you at this disciplinary conference.

Sincerely,

James P. Gunner
Superintendent


Cc: Mr. Chris Gasteier, Principal, Perkins High School
Mr. John Gerber, PEA President
Personnel File – Mrs. Carol Smith


Receipt Acknowledged:

_____
Carol Smith