# Perkins Public Schools



*Our mission:*  Perkins Schools....an exceptional education
in a safe, caring environment.

Jim Gunner, *Superintendent*                    Lisa M. Crescimano, *Treasurer*

April 13, 2010



**VIA HAND DELIVERY**

Mrs. Carol Smith
217 Michigan Avenue
Sandusky, Ohio 44870

Re:    Recommendation of Termination of Teaching Contract

Dear Mrs. Smith:

On April 1, 2010, at 3:00 p.m. I met with you and your Perkins Education Association
("PEA") representation to conduct a disciplinary conference.  During that meeting, your
representation requested that the conference be concluded at a later date so that you could
respond to certain evidence that was discussed during that conference.  As such, the
conclusion of the disciplinary conference was scheduled for April 12, 2010 at 4:00 p.m.
Neither you nor your PEA representation appeared to further challenge the evidence
discussed during the April 1, 2010 conference. As such, I will consider the disciplinary
conference to be concluded as of April 12, 2010 and hereby render the following
disposition.

I will recommend that the Board of Education adopt a resolution at its regular meeting
scheduled for April 14, 2010 at 6:00 p.m. at Perkins High School, Room 805 to consider
the termination of your teaching contract on the basis of good and just cause under
Article XLV of the Negotiated Agreement between the Board of Education and the PEA,
and O.R.C. §3319.16.  Further, I will further recommend that the Board suspend you
from duties without pay until these proceedings are concluded, as set forth under O.R.C.
§3319.16.

The specification of grounds for this recommendation is as follows:

1.    Your engaging in inappropriate discussions with your high school social studies
class regarding pornography;

2.    Your repeatedly "dozing off" for several minutes at a time while supervising
students during 5D Study Hall, thereby continuing a pattern of sleeping on the job
and engaging in unprofessional conduct; and,

3.  Your repeatedly arriving tardy to your 5th Period History Class, thereby (a) leaving your students unattended, and (b) continuing a pattern of being tardy for your assigned duties and engaging in unprofessional conduct.

On various dates during the 2007-08 school year high school administrators verbally warned you about falling asleep while responsible for the supervision of students. On October 6, 2009 Mr. Stephen Finn, Briar Middle School principal issued a written reprimand to you for "unprofessional conduct, more specifically sleeping while responsible for the supervision of students at Briar Middle School". On April 2, 2009, you received a three (3) day unpaid suspension for "failure to be present at Briar Middle School for your assigned duties on Wednesday, February 25, 2009". On June 19, 2009 you received a ten (10) day unpaid suspension for "(1) your being tardy to your assigned duty of observing Social Studies classes on June 4, 2009; (2) your falling asleep during multiple Social Studies classes that you had been scheduled o observe; and (3) your not attending your assigned duty of observing a study hall subsequent to the Social Studies classes". Finally, on July 8, 2009 you received a payroll deduction for failing to stay awake during professional development training held on Tuesday, June 16th and Wednesday, June 17th. Such behavior demonstrates a pattern of unprofessional conduct that cannot be tolerated.

This matter is subject to ongoing review by the Administration.  If any additional information becomes known to the Administration and/or Board of Education warranting supplementation of the specifications, these facts will be made available to you as soon as possible.

Very truly yours,

James P. Gunner, Superintendent
Perkins Local School District

cc:  Airica Clay, Ohio Education Association
     Robert Myer, PEA President
     Personnel File

Letter received 12:45 pm
Carol Smith
April 19, 2010