# Perkins Middle School

3700 South Avenue     Sandusky, Ohio 44870
(419) 625-0132
FAX: (419) 625-0523

**Stephen P. Finn**
*Principal*

**Jim Gunner**
*Superintendent*

**Gary Quisno**
*Assistant Principal*

September 29, 2008



Mrs. Carol Smith
Briar Middle School

Dear Mrs. Smith,

I request your presence at a disciplinary conference to be held in my office on *October 2, 2008 at 2:45pm* as required by *Article XLV – Progressive Discipline* of the negotiated agreement between the Perkins Education Association and the Perkins Board of Education. This disciplinary conference will be held to discuss a series of allegations of unprofessional conduct, more specifically sleeping while responsible for the supervision of students at Briar Middle School.

Listed below are dates and class periods when these infractions have occurred.
- September 4, 2008, Period 8-sleeping in the choir room
- September 9, 2008, Period 9-sleeping in the choir room
- September 19, 2008, Period 6-sleeping in the classroom (Room 115)
- September 22, 2008, Period 8-sleeping in the choir room

Previously, high school administrators Mr. Gasteier and Mr. Dahlmann have verbally warned you about similar concerns regarding your professional conduct at the high school while responsible for the supervision of students. These infractions, if true, put our students' safety at risk and cannot be tolerated. This disciplinary hearing may result in disciplinary action being taken against you up to and including a recommendation for termination.

According to *Article XLV – Progressive Discipline, Section 45.05 B Conference* – you have the right to have two association representatives present with you at this disciplinary conference.

Sincerely,

Stephen P. Finn
Stephen P. Finn
Principal

Cc:   Mr. James Gunner, Superintendent, Perkins Local Schools
      Mr. John Gerber, PEA President

# Perkins Middle School

3700 South Avenue   Sandusky, Ohio 44870
(419) 625-0132
FAX: (419) 625-0523

BY: ....................

**Stephen P. Finn**
*Principal*

**Jim Gunner**
*Superintendent*

**Gary Quisno**
*Assistant Principal*

October 6, 2008

Mrs. Carol Smith
Briar Middle School

Dear Mrs. Smith,

As a result of a disciplinary conference held Thursday, October 2, 2008, I have determined a written reprimand will be placed in your personnel file in accordance with *Article XLV – Progressive Discipline* of the negotiated agreement between the Perkins Education Association and the Perkins Board of Education. This written reprimand is a result of unprofessional conduct, more specifically sleeping while responsible for the supervision of students at Briar Middle School.

Listed below are dates and class periods when these infractions have occurred.
- September 4, 2008, Period 8-sleeping in the choir room
- September 9, 2008, Period 9-sleeping in the choir room
- September 19, 2008, Period 6-sleeping in the classroom (Room 115)
- September 22, 2008, Period 8-sleeping in the choir room

While I understand you dispute having been asleep on all of these occasions, any single event of improper supervision of students is unprofessional conduct and cannot be tolerated.

During the conference you indicated that a medical condition, more specifically diabetes, might be a contributing factor to your falling asleep in class. We would encourage you to seek medical attention for any condition that may impact your ability to teach and supervise students effectively. The Perkins School District would support a medical leave of absence if prescribed by your treating physician until such time that your medical condition would not interfere in your ability to properly teach and supervise students. If you are medically able to report to work, we would expect that you provide professional instruction and supervision of students at all times.

Further incidents of unprofessional behavior will result in additional disciplinary action up to and including a recommendation for termination of employment.

Sincerely,

*Stephen P. Finn*

Stephen P. Finn, Principal

Cc: Mr. James Gunner, Superintendent, Perkins Local Schools
    Mr. John Gerber, PEA President