# Perkins Public Schools

*Our mission:* Perkins Schools....an exceptional education in a safe, caring environment.

Jim Gunner, Superintendent      Lisa M. Crescimano, Treasurer



March 27, 2009

Mrs. Carol Smith
Briar Middle School

Dear Mrs. Smith:

I am requesting a disciplinary conference with you on Tuesday, March 31st at 3:00 p.m. in my office at the Administrative Service Center as required by *Article XLV – Progressive Discipline* of the negotiated agreement between the Perkins Education Association and the Perkins Board of Education. The disciplinary conference will be held to discuss your absence from assigned duties at Briar Middle School on February 25, 2009.

Previously, high school administrators have verbally warned you and more recently I wrote a letter of reprimand that was placed in your personnel file for acts of unprofessional conduct. This infraction, if true, indicates a repeated pattern of unprofessional conduct that cannot be tolerated. This disciplinary hearing may result in disciplinary action being taken against you up to and including a recommendation for termination.

According to *Article XLV – Progressive Discipline, Section 45.05 B <u>Conference</u>* – you have the right to have two association representatives present with you at this disciplinary conference.

Sincerely,

James P. Gunner
Superintendent


Cc:     Mr. Stephen Finn, Principal
          Mr. John Gerber, PEA President

---

1210 E. Bogart Road, Sandusky Ohio 44870-6411     Phone: 419-625-0484     Fax: 419-621-2052
Treasurer's Office Phone: 419-625-1261                                                          www.perkins.k12.oh.us

# Perkins Public Schools

*Our mission:* Perkins Schools....an exceptional education in a safe, caring environment.

Jim Gunner, Superintendent      Lisa M. Crescimano, Treasurer

April 2, 2009

Mrs. Carol Smith
Briar Middle School

Dear Mrs. Smith:

I have reviewed and considered the information shared at your disciplinary conference held on Tuesday, March 31, 2009. This information included your written and verbal admittance that the failure to be present at Briar Middle School for your assigned duties on Wednesday, February 25, 2009 was entirely your fault.

I have decided to issue you a three-day Suspension without Pay to be served on Tuesday, April 21st, Wednesday, April 22nd, and Thursday April 23rd. This decision is based upon the seriousness of having students unsupervised and previous verbal and written warnings for unprofessional conduct during the past two years. This letter should be considered **Notification of Disposition** as required by *Article XLV – Progressive Discipline, Section 45.05 C.*

Further incidents of unprofessional behavior will result in additional disciplinary action up to and including a recommendation for termination of employment.

Sincerely,

James P. Gunner
Superintendent

Cc:    Mr. Stephen Finn, Principal
        Mr. John Gerber, PEA President
        Mrs. Lisa Crescimano, Treasurer