# Perkins Public Schools

*Our mission:* Perkins Schools....an exceptional education in a safe, caring environment.

Jim Gunner, *Superintendent*　　　　　Lisa M. Crescimano, *Treasurer*

PLAINTIFF'S EXHIBIT 10  2-11-2014 vp

June 19, 2009

Mrs. Carol Smith
217 Michigan Avenue
Sandusky, Ohio 44870

Re:　Disciplinary Conference – Falling Asleep During Technology Training

Dear Mrs. Smith:

I am requesting a disciplinary conference with you on Tuesday, July 7th at 3:00 p.m. in my office at Briar Middle School as required by *Article XLV – Progressive Discipline* of the negotiated agreement between the Perkins Education Association and the Perkins Board of Education. The disciplinary conference will be held to discuss an accusation of unprofessional conduct on your behalf while participating in technology professional training on Tuesday, June 16th and Wednesday, June 17th, more specifically, that you fell asleep for extended period of time each day during the instruction.

Previously, high school administrators have verbally warned you, I have issued a written reprimand, and two unpaid suspensions of 3 and 10 days for similar unprofessional conduct all during this school year. This infraction, if true, indicates a repeated pattern of unprofessional conduct that cannot be tolerated. This disciplinary hearing may result in disciplinary action being taken against you up to and including a recommendation for termination.

According to *Article XLV – Progressive Discipline, Section 45.05 B Conference* – you have the right to have two association representatives present with you at this disciplinary conference.

Sincerely,

James P. Gunner
Superintendent

Cc:　Mr. Chris Gasteier, Principal, Perkins High School
　　　Mr. John Gerber, PEA President

1210 E. Bogart Road, Sandusky Ohio 44870-6411　　Phone: 419-625-0484　　Fax: 419-621-2052
Treasurer's Office Phone: 419-625-1261　　　　　　　　　　　　　　　www.perkins.k12.oh.us

# Perkins Public Schools

*Our mission:* Perkins Schools....an exceptional education in a safe, caring environment.

Jim Gunner, *Superintendent*          Lisa M. Crescimano, *Treasurer*

July 8, 2009

Mrs. Carol Smith
217 Michigan Avenue
Sandusky, Ohio 44870

Dear Mrs. Smith:

I have reviewed and considered the information shared at your disciplinary conference held on Tuesday, July 7, 2009 with Mr. John Gerber present. This information included the following:

- One teacher who sent an email detailing you falling asleep on both Tuesday, June 16th and Wednesday, June 17th during the technology inservice training.
- Two other teachers who verbally confirmed you were asleep during the training on both days.
- The instructor for the course confirming that you were asleep during the training on both days.

I also reviewed documentation in your personnel file for this year that indicates an ongoing problem of falling asleep instead of conducting your professional responsibilities as assigned. The previous documentation included:

- Verbal warnings issued by both Mr. Gasteier and Mr. Dahlmann during the 2007-08 school year about falling asleep in class.
- Documentation from our local Fire Department that during the 2007-08 school year you failed to exit the building during a fire drill conducted at Perkins High School that resulted in a citation issued against the school district.
- 9/26/08 Letter inviting you to a disciplinary hearing for falling asleep on four different occasions at Briar Middle School while responsible for student supervision.
- 10/3/08 Letter issuing a written reprimand for the four separate incidents of falling asleep instead of carrying out your professional responsibilities.
- 10/23/08 Meeting notes regarding your claim of a disability because you have a medical diagnosis of diabetes.
- 11/18/08 Letter indicating our agreement to accommodate your requests related to your medical diagnosis of diabetes, but emphasizing that falling

asleep while responsible for professional duties could not be tolerated regardless of medical conditions.
- 3/27/09 Letter issuing a 3 day unpaid suspension from your duties as teacher for missing your assigned duties at Briar Middle School. Again there were claims that you were asleep in your car in the parking lot instead of at your assigned duty at Briar.
- 6/19/09 Letter issuing a 10-day unpaid suspension from your duties as a teacher for falling asleep during assigned observation time in the social studies department to prepare for your 2009-2010 teaching assignment.

As a result of your falling asleep during two days of the technology training in June, I am deducting an hour's pay for both Tuesday, June 16th and Wednesday, June 17th inservice training.

This letter should be considered **Notification of Disposition** as required by *Article XLV – Progressive Discipline, Section 45.05 C.*

**After four separate incidents this year, any further incidents of unprofessional behavior will result in a recommendation for the termination of your employment.**

Sincerely,

James P. Gunner
Superintendent


Cc:  Mr. Chris Gasteier, Principal
     Mr. John Gerber, PEA President
     Mrs. Lisa Crescimano, Treasurer