Ohio STEM Learning Network
Partners Advancing STEM Education in Ohio

PLAINTIFF'S EXHIBIT

3/19/10 Carol Smith

One to one w/ Beth Martinez
Tess Baker
Courtland Bridges
Porn industry
- magazines
- internet

Told 5th Period that they all looked at porn.

www.OSLN.org
30% post-consumer recycled paper

— Evaluation?

| 3/26/10 | Nick Plessman  <br>Jasmine Townsend | Kyle Pyzole  <br>Josh Mentor |

Levi Polano — gets kicked out every day

crumms ul bf ol her bags

Screaming incident w/ Jasmine — Conflict re: laptops & Kyle — 6th  
Everyone gets kicked out. She argues everyday w/ kids

Zones out a couple minutes — "We just keep working" — then she wakes up "happens alot!"

Levi — "Asking for help" — Mrs. Smith "Shut up!, I'm not helping today"

Losing Work  Doesn't Post Grades to Edline  
↳ Jasmine — had to do paper over today

Discusses Levi in front of class after he is kicked out…  
Doesn't Cuss — Screams alot…

Madison Torres (9)
Kendal Gunthur (10)
Camia Ring (9)
Rachel Loew (9)

- Alot spts/goals
- Long profiles, Helps alot
- Mrs. M. [a] lot [...] class from SH
- Mrs. takes notes... so's topics
- Don K is instead of SH

Nice Lady — Super Nice
Just sits & talks, Stories on her life
Assignments — then gives us answers
Class is free for all
One Project — Not Organized, Notebook Quizzes
Not Really had a test
Read it — Do a worksheet
Big Class — No time for individualization

- Prograph ?
- Conversations
- Vocab Words
- Conversations
- "Hasn't looked at Kendal all day boy"

Editing updates less than 1 month
Loses papers — Yells @ us
Gives kids busy work so she can grade

Student Test Left upstairs 2 days in a row

"Sleeping" — often I have 2 pictures on laptop

- 1@1 w/ kids? No, not really...
- Comes in late every day to class

Towards end of class – Watching movie.

"We've all watched .t... Cinderfold...
"Pull out Cinderfold
10-15 minutes

"Laughing at her, but she didn't get it..."

Story about how she got robbed = Grandi
15 minute story

I don't think she knows... Not Organized

Gives answers, off topic, long off task responses

Adv/12/21