Interview

Student Name: Tess Baker

Date: 3/29/10

PLAINTIFF'S
EXHIBIT
13
2/1/2014

Pornography Issue –

Kept insisting that we looked at that stuff.  Spoke to guys separately and then girls
separately.  She insisted that you did it.  "I know that you look at that stuff.  I know
I'm not dumb." She mentioned something about the "interfolds", you know the
center of the magazines.  Lasted about 10 minutes.  Most students were laughing at
first...then we just sat there...some put in their head phones to listen to music.

Spoke to Mrs. Martinez with her friend Cortlyn told them they were uncomfortable.

Told my mom and grandmother about it and they said "It's not right".

Unorganized, no notes, not really sure what she wants from us.  Sometimes hands
out papers that we need to fill in the blanks.  Vocabulary


Sleeping
- Paige Miller -- friend indicates during 5D she has fallen asleep during study hall.

Classroom Control
- No information regarding


Screaming at Kids



Uploading to Edline Grades
- Okay, but she messes up sometimes.  Puts the wrong assignment in for the wrong
kids.

Loss of Work

Interview

Student Name: Gina Bing

Date: 3/29/10

Pornography Issue –

How did it start?  She's trying to relate it to something….

We talking about magazines - "We've all looked at it and we've looked at it before" "She talked about the Centerfold part". Pick a girl each month, you know a centerfold.

Went on for ten or fifteen minutes. Uncomfortable, kids all started laughing. We discussed it among our friends, we were all uncomfortable.

"Kind of like a big study hall" "Gives us busy work"
"She comes in five minutes late…she always late to class. She goes in front of us and talks for a few minutes. Then hands us a worksheet and we do one daily."

Doesn't use smartboard or overhead.

Kids are playing games, watching movies, shopping…

"We don't listen to her. People throw things, spit balls, pretty much every day.


She is really nice.  I don't think she ever gave a detention.

Not good at updating Edline. At least a month behind, our grade is always different than what she has..

She loss a kids test before and he had to redo it. She won't return her papers, but she will have to redo it, Mrs. Smith lost them. She claims she has papers upstairs or in other classrooms. But loses them.

Interview

Student Name: Andrew Biro

Date: 3/29/10

Pornography Issue –
What were you talking about in class?  Not sure, the media and how the media distorts things, Mrs. Smith brought up the pornography. She used it more as an example, one of the ways this happens is through pornography. Ten minute conversation – Was it a conversation?  Did students respond?  Sort of, a little bit a guess.  Not sure if she mentioned any particular magazine.

This is an example of how media distorts.

Comfortable?  NO – immediate and forceful.  It was awkward.  No one mentioned to her they felt awkward, but we talked about it among several students.

General Classroom - ·
Kind of like a "battle between the students and teacher".  People don't have their stuff in on time.  She yells at us about that.

Unclear way of teaching.  Unclear way of when things are due.

She does it more through papers.  Lecture – Mostly personal stories that don't connect to class

Student Behavior
Quite.  Kids play games during lecture, after lunch during study hall misbehavior.

Sleeping in Class
Maybe…I don't think so…

SmartBoard or Overhead Use -
No…

How Does She Treat Kids?  Any yelling? -
Mostly at the beginning of class

Edline Grades -
Not really…an example there was a paper that I was absent for and turned in when I returned, but I've not seen it recorded on Edline.  That's the difference between and A or B for me.  I've not seen it recorded.

Does she lose student work? -  No personal experience, but from what I've heard I think so…

Interview

Student Name: Courtland Bridges

Date: 3/29/10

Pornography Issue –
Yellow Journalism – No hand outs or definition

Mrs. Smith brought up pornography.  Not prompted by kids.  Linked back when this time in history there was pornography.

Repeated several times...."I know you guys all look at porn!"  "Then you know that center..."

Brought up Playboy and Playgirl.

I tuned her out, listened to music.

General Classroom -
Use our books online.  Some kids pop up games on one side.  Some try to ignore.

Sometimes a study guide.  Long and boring lecture... Talk and talk and talk... Sometimes we will ask questions, and she will repeat it four or five times.

A lot of personal stories, one of her kids goes to Rome...tries to tie her personal experiences back to instruction.  Sometimes it works and sometimes it doesn't... Related a story about her husband in the war...

Student Behavior
Most of the time they are talking..."Would you guys just be quiet..."  Mostly the girls, she does yell at them, but they don't usually listen.  When she gets mad she just gives up papers...

Sleeping in Class
No...usually just stands in the front of the classroom.  Unless we are doing our vocabulary, then she just sits at her desk.

SmartBoard or Overhead Use -
No...she's tried towards the beginning of the year, but she's stopped doing that.

How Does She Treat Kids?  Any yelling? -- Yes...but only when we aren't paying attention.

Edline Grades - Don't really know...I only check every couple of days.

Does she lose student work? - Usually returns within three days.  Yes, at least one kid did that.

Interview

Student Name: Ellse Deer

Date: 3/29/10

Pornography Issue –
Yes. Written statement. We were talking about something that happened in history.
She started talking about Playboy and Playgirl magazines and centerfolds. Watching
it on the Internet "Don't deny that you guys haven't watching it" The kids all said
that they don't. Said that she used to look at it. I could not help myself, but laugh
about it. The whole class laughed

Made me feel a little bit uncomfortable, coming from a teacher.

General Classroom -
I never really pay attention in that class. Tells a lot of personal stories...makes the
class laugh sometimes.

Tardy
A few times…. No…let's just say she is late every day.

Student Behavior
Kids tend to misbehave and not listen. Are they loud? They can be. She tells them
to stop.

Has never given detentions.

Use computers for games and music and stuff. She does.

Sleeping in Class
"Yeah. She talked about this is her diabetes" Short duration, 30 seconds to a couple
minutes. A few times…various times.

SmartBoard or Overhead Use -
Yes. Somewhat.

How Does She Treat Kids? Any yelling? -


Edline Grades -
No problems…

Does she lose student work? –

I don't think so....

Interview

Student Name: Max Funk

Date: 3/29/10

Pornography Issue – Going over worksheets, one was about Yellow Journalism – Sensationalism – Mrs. Smith said it was about bad, controversial topics, with pornography in it. She talked about Playboy having this in it.

Also mentioned Playgirl specifically to the girls.

She stated that she had read these magazines.

Class reaction was laughing at first, then she kept going and we felt uncomfortable.

General Classroom -
Lecture or Worksheet – Lecture sits on the desk in the front of the room. When we are going over the book she will read bits of the paragraph and explained it. Several kids are not paying attention, playing Tetris. Mrs. Mallot helps students who needs help.

Tells stories about her life. Sometimes they do not relate to her assignment. Kids deliberately get her off task.

Worksheets – Vocab, directed readings – Read the chapter to fill in the blanks fo the answers. Profiles of famous people. Usually kids are on task because work sheet has to be done by the end of class. Mrs. Smith grades papers during this time.

Have you done any PI (Performance Indicator's)? Not really.
Student Behavior

Sleeping
Once, she indicated her eye hurt. I don't remember when....

Tardy
A lot of class don't stop talking, she has to yell at the class. Arrives when bell rings or after.

SmartBoard or Overhead Use -

How Does She Treat Kids? Any yelling? -

Edline Grades -
She doesn't update it that much.  Twice per nine weeks at beginning of year, maybe three or four this time.

Does she lose student work? -- Usually a week or two.

Kids rush through worksheets so they can be done and have free time.  Too much free time, we rush through so our work isn't as good.

Interview

Student Name: Josh Lewis

Date: 3/29/10

Pornography Issue –
Mrs. Smith brought up how one of the news papers. She asked the class if any of you
looked at pornography. Some kids raised their hands. She named off Playboy and
Playgirl. She made comments regarding all of you look at this. No reference to
herself.

About 5 minutes or so in length. She did not go into great detail about what's in
them, but she .

Sleeping
Sometimes...I've noticed her nod off, but not fall completely asleep. Usually during
study hall.

Tardy
Sometimes on time...maybe late one a week. Kids hanging out in hallway and walk if
with her or as she is setting stuff down. Takes a few times for her to tell the class to
be quiet before the get the point. Pretty much daily.

General Classroom -
No normal starting routine. Tells students to take out their textbook, either online
or in hard copy. She gives them a certain page to go over. She will go over the
opening paragraph, looks at titles, etc... then reads certain sentences that.

Sometimes tells stories....Related to her families. Remembers telling her kids about
Louis XIV...can't control by fear.

Student Behavior
A lot of side conversations going on. Some play computer games, she stays at the
front. Email each other.

Coming back from lunch...near the end of class and throw bottles at trash can. She
threatens detention, but never follows through.

SmartBoard or Overhead Use -
A few charging stations to charge laptops are in back, students use this as an excuse
to talk in the back of class. Very little only three or four times in class.

How Does She Treat Kids?  Any yelling? -

Edline Grades -
Posts only three times a nine weeks.

Does she lose student work? -  Usually in class assignments.  Only one or two
homework assignments.  Graded timely – yes.

She gives everybody a chance to pass the class, using worksheets, etc...  Uses these
on the test and goes over it the previous day

Interview

Student Name:

Date: 3/29/10

Pornography Issue – Nationalism – Mrs. Smith used Playboy as an example.  Kids laughed in class.  Playgirl as well.  She brought up centerfolds.  She indicated that students viewed the pornography, but I was not really in the conversation.

Told us a story about being robbed at gunpoint a couple of days earlier.

At the time...I just laughed, but not some of the things I do not understand how they relate to the topics.  I listened to a conversation at lunch where other kids told that Mrs. Smith talked about pornography.

General Classroom -
Usually starts off with a topic...she gets off topic easily.  Some students don't understand what we are doing.  She tries to tell them.  Tells a lot of personal stories during class.

Everyone usually just laughs when she is off topic.  Personal stories not necessarily connected to learn.  Kids usually laugh and ask her more questions to keep her off task.

We have our books on our laptops... but some kids are off task, usually playing games.

Shuts her eyes sometimes because she is frustrated.  Some people in our class talk a lot and she constantly has to tell them to be quiet.

Student Behavior


Sleeping
Not seen this....

Tardy
Mostly late a minute or two at beginning of class.  Kids are just sitting around and talking.  She tells everyone to be quiet with a loud voice and we listen.  This all takes a few minutes.

SmartBoard or Overhead Use -

How Does She Treat Kids?  Any yelling? -

Edline Grades -
Not as often as other teachers...

Does she lose student work? – Gives a lot of grades to improve.  Papers and packets
to go over.  Find the blanks in the book.  She sits at her desk and grades papers
during this time.  Mrs. Mallot walks around and helps.

Unorganized – she usually has to go upstairs to her other classroom.

I was suppose to take a test on Tuesday for makeup but she kept forgetting to have
the test in class.  I finally took it on Friday.

Interview

Student Name:  Bryon Logan

Date: 3/29/10

Pornography Issue –
Studying newspaper – a guy wanted to make it a famous newspaper.  Pornography.
She stated this paper used pornography, kind of like your Playboy and Playgirl
today.  She continued going on how we all watched our porn...full page centerfold.

Kids were laughing, thinking it was funny.  I think we were all uncomfortable.

"Yeah, and I've even watched my own porn during the day."  You could tell her
grandson was getting embarrassed.  We talked about it all the time afterwards,
because you don't talk to it about in school.  Spoke to his mom.  Mother was
shocked.

She stayed 15-20 minutes.  A good third of class was used on this.  The bell rung and
stopped the conversation.

Grandson was very embarrassed during the conversation.  Slumped down in seat,
trying to hide.  I'm his neighbor and he and I talk quite a bit.

General Classroom -
Always lecturing at the front of class.  Mentions something once and it is on the test.
Papers out of the book and lectures us.  Mrs. Mallot is in there and helps us a lot.
Tests are open notes and book, so I usually do well, but not from her.

A lot of personal stories. Everyday she tells us she is from Sicily.  Her sons...a little
bit Italian.

Uses her grandson for a lot of things.  Constantly sending him out of the room.

Tardy to Class –
Every day, or she walks in with the bell.

Sleeping
-during study hall, not during class.  Arms folded and head back.  Usually several
times a week.  Photo Booth pictures.  Kids talk, play games on the laptops.

Student Behavior
Talk, but we are not mean or anything.  No indication of spit wads...

SmartBoard or Overhead Use -
Doesn't use technology other than to look at online textbook.  No smartboard use.
Rarely uses projector.

How Does She Treat Kids?  Any yelling? -


Edline Grades -
Not really fast…she will put it on there, but its usually a two or three week basis.

Does she lose student work? –
Takes her a while to get work back  Hands back several papers back all at once.
Usually 5 papers in one day.  I've heard of people she has lost work.

Interview

Student Name: Rachel Losey

Date: 3/29/10


Pornography Issue – Was not in class during this conversation, but kids were sure talking about.


General Classroom -
Gives us a bunch of papers to work on, but gives us the answers five minutes later. The students don't really work on the papers, because she is going to give us the answers.  They play with their computers, etc...

Questions on tests don't match up with computers.

Tardy to Class often – 5 to 10 minutes late.  When she does arrive, we have to wait another 5 or ten minutes for her to get ready.  She's not very organized.


Student Behavior
See her handout.  Very much kids off task.

SmartBoard or Overhead Use -

How Does She Treat Kids?  Any yelling? -

Edline Grades -


Does she lose student work? -

Interview

Student Name: Paige Miller

Date: 3/29/10

Pornography Issue – Talking about "Yellow Journalism" – Mrs. Smith was giving examples in different magazines and newspapers and Playboy was one of the examples she had given. A lot of adults like to look at Playboy and she used that as an example. I was surprised at her use of playboy. She said something about a centerfold and the class broke out into conversations. She said a lot of kids sometimes do, she was sure some of us did. She talked about her own viewing, she knew that she did when she was younger.

5 minutes or a little more – in the middle after we did a worksheet.

It was kind of weird, it's not something we should talk about in class or school. Did you talk to anyone after class. I discussed it with another friend in class.

General Classroom -
A lot of kids are standing up talking. She tells us to sit down. Some continue to talk until she is prepared for class another two or three minutes. Pulls out worksheets, opens up the book to the front of class.

Students in the class play games on their laptops. Does Mrs. Smith walk around. No. Sometimes she will notice it and tell us to close the lid.

Worksheets – are usually reading activities, a map worksheet from the textbook.

Mrs. Smith likes to stand in front of class and reads out of book. Usually most of the class. Kids can follow along in the online textbook, but many play computer games. Some talking among the kids.

Student Behavior

Sleeping
During Study Hall she will close her eyes for a minute, between one and five minutes. Talking, playing games or doing homework.

Tardy
Usually 30 seconds or so after the bell…

SmartBoard or Overhead Use -

How Does She Treat Kids?  Any yelling? –
Most of the problem is students don't turn the work in.

Edline Grades -
I don't think she puts them on Edline that quick.

Does she lose student work? -  She grades slower than most teachers.  Sometimes it takes her a week or two to get an assignment back.  Class is fairly easy.  Do you work and turn it in and you will pass.

Kind of close with Mrs. Smith.  We all go to Church together.

Interview

Student Name: Kole Minton

Date: 3/29/10

Pornography Issue – Talking "Yellow Journalism" – don't know what it means...I think she brought something up like that. She was saying that when she was like our age "she would look at magazines and stuff", a centerfold. She would do that. She said that we probably do that. She didn't let the girls out of it, she said there are stuff for them. Talked about Centerfold. Addressed both boys and girls. She brought up the Internet.

5-10 minutes conversation in the middle of the class.

"Kind of...uncomfortable having a teacher talk to us about that." "This is weird" I thought that others would think it is weird. Didn't tell anyone else.

She then went back to Yellow Journalism.

Sleeping
Yes...especially during study hall.  Have you seen her yourself? Yes. She doses off and then wakes up with a start.  At least a couple minutes at a time.

Tardy
She's late. Pretty much every day.  Maybe 2 or 3 minutes.
Tell everyone get in our seats.  If we are not in our seats she will get up and Yell "It's MY TURN!"  "Then gives a lecture about how listening is a tool."  At least 5 to 10 minutes to actually start class.

General Classroom -
Lectures – really long , sometimes the entire period, or at least half.  Then we will get a paper on the outlines.  Usually on their computers, students, some on task taking notes on her computer.  Tetris is popular.

Student Behavior
Off task – playing computer.  Yells a lot.

SmartBoard or Overhead Use -
No.  She's done powerpoint twice.  Says she will do it again.  In the beginning, she indicated she would do this again.  A person, Erin Sullivan, and many others told her it would help to have a visual.  She did powerpoint a couple times, and then stopped. Kids had to do one power point.

How Does She Treat Kids?  Any yelling? -

Edline Grades -
Only updates if we ask her to.  She waits for at least a week or so after grading the tests.  Shows the kids their grades when asked, but doesn't put them into Edline.

Does she lose student work? -  Everybody usually does pretty well.  Gives kids a lot of extra credit.

Interview

Student Name:  Corry Newman

Date: 3/29/10

Pornography Issue – About the press, persuasive, Mrs. Smith brought it up in relationship to the newspaper.  "You guys read Pornos…you get on the computer. You all do it.  It's okay.  I use to do it."

It went on for about ten minutes.  I just laughed about it.  I was surprised, not uncomfortable, just surprised. The class got really loud.  They all started talking.

Playboy and Hustler specifically mentioned.

All right…enough with that…middle of class.

She then went on to some "guy" in NY who made printing famous.  1900's --- reminded by Mr. Gasteier

Tardy
Late every day …. 2 to 3 minutes late every day. Then turns lights on, takes attendance, usually takes 10 minutes.  First 10 minutes we don't do anything.

General Classroom -
Lectures – people are on games the whole time.  We are suppose to have our online books.  Up front the whole time. Sits up front, no notes.  Doesn't walk around.  Kids play games on their computer during class.  Tells a lot of stories.  About her life in Italy, her husband who was in the war.  Some are tied to the lesson, but many of them are random.

Worksheet out of the book – copy from the book.

Student Behavior
Mostly quiet.  Don't talk that much.  Beginning of class is really loud.  She just starts talking.  Her lectures bore you, kids just get quiet.

SmartBoard or Overhead Use -
No…power point maybe twice.  Usually has students do this rarely.

How Does She Treat Kids?  Any yelling? -
Nice, we have assigned seats.  But she yells.  She either likes you or hates you.  She screams at Anthony a lot.  He sits at a variety of seats every day.

Edline Grades –

Rarely updates Edline, at least a month in between.

Does she lose student work? –
Never had homework.  PI (performance indicator) – never seen one.  Just papers
from the book.  Graded stuff comes back slowly...

Interview

Student Name:  Devin O'Brian

Date: 3/29/10

Pornography Issue – Yellow Journalism , Mrs. Smith brought it up.  "What's one of
the main magazines that men buy today?"  Kids answered Sports Illustrated.  "She
mentioned how I know you boys look at Playbook.  It's okay.  We all do it."
"Well don't you?"  "It's normal.  You don't have to lie"  Yes –she stated that she
looked at it later.

We joked around about it at lunch with some of the other kids.  Did you feel
uncomfortable?  "A couple times…I assume other feel uncomfortable too."

About twenty minutes into class – pornography discussion took about twenty
minutes.

General Classroom -
She likes to talk a lot.  She read our books out loud.  She will get into story about
something we read.  She tells us about stories in her life.  Discussed being robbed at
gunpoint.

Do the stories connect with the lesson?  Not really, just…she tells them.  About
family history, issues, stuff..

Reads from the book, gets off task with a story and then yells at the kids because
they are always behind.

Worksheets -- we get once in a while.  Sometimes we do them and she doesn't give
us the answers.  We get very little work for homework.  If she gives us work to do,
she gives us the answers at the end.

Kids tune her out, get on their laptops, listen to music.

Student Behavior
Some don't like her but they try to be nice.

Sleeping
Most of the time just during D, but has fallen asleep during class.  Usually at the end
during a worksheet.  If you go to ask her a question, she'll be sleeping.  Both durng
the class and study hall time.

No one does anything real bad, but we just talk.  Some people are really loud during her sleeping.

Tardy
Almost always tardy to class...about two minutes after the bell.  Everyone is talking, walking around doing whatever they want.  Usually yells at us.  Tells us to settle down and get in our seats.  Loud and constant.

Threatened to give detentions, but doesn't give them out.

SmartBoard or Overhead Use -
No...says she doesn't know how to use it.  Powerpoints, only one or two because someone helped us with it.


How Does She Treat Kids?  Any yelling? -

Edline Grades -
Maybe once every two weeks at most.  Takes her time to grade, but we eventually do get them.

Does she lose student work? –

Uh...yeah.  I gave her three missing assignments one day and she lost them again. The very next day I had to do them for a third time.  We're frustrated by this...

Syllabus – No

Binder Checks – says she is going to check them, but never has.

Interview

Student Name: Nathan Parrett

Date: 3/29/10


Pornography Issue – Yellow Journalism – She used the example of Playboy as an example of Yellow Journalism.  She started out with Playboy and then with Playgirl. She did indicate that older people ready it and she indicated that she didn't read it herself.

5-10 minute conversation in the middle of class

Class laughed and moved on to the next subject.

Your initial thought – disturbing because I'm a devoted Christian.  Did you talk to your classmates about it after class. No  your parents: No...

"It escalates...and then it goes down hill from there."


General Classroom -
Get in book or use your laptops...we will read.  Sits in front of class in the middle. She does try to get us on task by getting our attention with something funny.  Tells a lot of personal stories of her past, her lifetime and places she has been.

Talk about her family...yes, she does.  She talks about Sicily and her heritage. Sometimes they relate.  Kids try to keep her telling stories.  Sometimes they are ten to 20 minutes long before she returns to the books.

Performance Indicator – No...

Some kids off task using laptops for other purposes.

Student Behavior


Sleeping
Sometimes...but that's during D when our study hall is.  Yes, only during D.  5-10 minutes in length.  Kids can walk around the class, talking off task...

Tardy
Usually 1 or 2, maybe three minutes top late.  Everyone goofing around.  She tells us to get in our seats.  Most do, but a few don't and continue to goof around.  Usually takes 10 minutes after the bell rings to get started.

SmartBoard or Overhead Use -

How Does She Treat Kids?  Any yelling? -

Edline Grades -
Sometimes...she usually makes an excuse...I've got a lot of students and it takes time.

Does she lose student work? -  She grades at each point per questions.  It takes a
while to get assignments back.

Has she lost anything of yours – no, not personally...

Interview

Student Name: Nathan Parthemore

Date: 3/29/10


Pornography Issue – Talking about sensationalism.  Pornography is part of sensationalism. "Most of us probably look at it.  Playboy, Playgirl with the girls." Mentioned centerfold and her observance of Burt Reynolds….5-10 minutes.

Seemed off topic, everyone became involved.  Laughing around.

She stopped talking about it and started worksheet.


General Classroom -
Lectures from the book.  Tells what happens throughout the section.  Sometimes side tracked on stories from her family who are Sicily.

Stories do not relate.

Worksheets – Usually a section out of the book and we have to complete.  Learn a little but mostly busy work.

Student Behavior


Sleeping
Yeah…during study hall.  Probably twice a week.  She either leans back in her chair, or has her hands over her face.  Probably 5-10 minutes at a time.

Tardy
She tells us to sit down.  Usually walking in as bell rings, but sometimes is late. Some are talking with friends, most will sit down when she enters. Tells us to open our books.

SmartBoard or Overhead Use -
No…one powerpoint – mostly just lectures out of the book.

How Does She Treat Kids?  Any yelling? -
She will yell at them if it gets too back.

Edline Grades -
Not usually recorded in Edline, but I will ask her and she will tell me.

Does she lose student work? – Yes.  I've lost stuff.  She grades worksheet on completion, not accuracy.  Tests – more quizzes than tests.  Use your notebook for a quiz.  Does she ever collect notebooks – Once?

Takes within a couple of days we get work back.

Interview

Student Name: Anthony Pepitone

Date: 3/29/10

Pornography Issue – Yellow Journalism – I was working on the paper that was handed out. Mrs. Smith was giving examples Playboy, Playgirl, Specifically mentioned centerfolds. She had mentioned looking at it a few times, specifically Burt Reynolds centerfold.

I wasn't paying much attention, but when it came up I wondered how it started.

5-10 minutes – more towards the end of the class.

How did discussion end? She told us to finish the rest of paper?

General Classroom -
Reads and explains at each paragraph. Some kids playing computer games, Tetris. Sits up on her desk. She reads most of the time.

Worksheet – gives in beginning of class, or when done reading. Points to pages in books. Usually works individually to fill out, due at the end of class. Usually collects at the end of the period or the next day.

Student Behavior

Sleeping
Only when we come back from lunch in Study Hall – 5D

How often – not often.

Tardy
Usually arrives a little late. She gets out the book. Either read from the book or she gives a worksheet to work on.

SmartBoard or Overhead Use -

How Does She Treat Kids? Any yelling? -

Edline Grades -
Not very good at putting grades and assignments in to Edline.

Does she lose student work? –
Usually hands back in large packets.  Tests – usually does a study guide and some if not all of the stuff is on it.

Interview

Student Name: Kendall Sattler

Date: 3/29/10

Pornography Issue – Mrs. Smith

General Classroom -
I don't feel I am learning a lot.  Really hard, she doesn't explain any of it.  She says do this and turn it in today.  When she reads from the books, she gets totally off task.  She tells stories that have nothing to do with the book.

I was pretty bothered about pornography.  I want to pass her class and not have these conversations that don't relate to history.

Story about getting robbed at gun point. – no connection to class

Mrs. Mallot states that she doesn't understand the class anything in the class as well.  She sometimes pulls the special education students out to work in small groups.

When you ask Mrs. Smith a question, does she answer?  No...I don't know...I don't ask her any questions because I'm already confused.

Student Behavior


Sleeping
Always covers her eyes or closes them.  Doesn't want to answer questions, doesn't explain or help.

Tardy
No...she is at least...she comes two or three minutes after the bell rings.

The other students are talking, walking around, not in their seats.  When she decides to start class then she settles the class down.  Usuall 5-6 minutes.  She leaves half her stuff upstairs.

SmartBoard or Overhead Use -

How Does She Treat Kids?  Any yelling? -

Edline Grades -

Half the time she does not update...doesn't reflect the work I have turned in.  I never know what my grade is.

Does she lose student work? – Yes. Because I got someone else's work back, not my own.  A daily work assignment.

Interview

Student Name: Michael Snyder

Date: 3/29/10

Pornography Issue – "It's what makes you feel sensational." Thus, the reference to Mrs. Smith brought the issue up that "Yellow Journalmism".
"I'm sure that all or most of you have seen pornography or Playboy and even Playgirl." She admitted that she has viewed it in the past as well. Students were laughing. She just kept on talking… "I remember back in the day when Burt Reynolds…use to be in the Centerfolds…and now its into higher technology". Just like you can look at the Internet now and look at pornography.

"I just laughed." I thought it was kind of inappropriate to bring up in school. Talked about with friends, man can't believe she said that stuff.

General Classroom -
She hands out a paper goes to her desk and sits down while we work. Sometimes she has fallen asleep at her desk. Tells a lot of personal stories. Gives stories about her family and Sicily and World War II.

Student Behavior
Serious when she is in front of the class but if she is at the desk doing paperwork, we will mess around. After she hands out our papers, she usually sits at her desk.

Sleeping
Sometimes she falls asleep in her chair at the beginning. Usually happens during 5D, but it has taken place during class. Kids just get up and talk. Sometimes as long as ten minutes.

Tardy
Usually she's not in until after the bell, a minute or so after the bell. Sitting talking, or walking around. She yells at us to get to our seats almost every day. Usually takes at least two or three minutes. She hands out papers on whatever she wants us to do today.

SmartBoard or Overhead Use -
No, powerpoint rarely. Usually no.

How Does She Treat Kids? Any yelling? -
Raise her voice, take it out on all of us to do something.

Edline Grades -

Does she lose student work? -  It usually takes a week or two before she hands it back.  She sometimes hands back a lot of stuff all at one time.  Takes her a while to update Edline to change them, usually a month.

I was sick one day and took a test two days later when I came back and it is still not updated.  That was three weeks ago.

Interview

Student Name: Troy Spore

Date: 3/29/10

Pornography Issue -- Yellow Journalism and Sensationalism – Journalism – She asked the question about what articles or magazines would give us sensation? She implied that we would have all heard of these magazines, Playboy, Playgirl, Hustler.

How did you feel? Kind of awkward...I really didn't want to give any responses. When she opened it up to the class, some kids shouted out names.  It got humorous, a lot of laughter.

It was initially opened to what guys find to be good...she then opened the conversation to girls and Playgirl.  The girls just sort of laughed at it and though it was strange.

She raised the issue of the Internet we are a few clicks away from pornography or good homework help...

How long?  About two thirds of the period.

General Classroom -
Two out of the five days each week worksheets are done in class.  Guided Reading from the book, she reads and talks about each paragraph.  We could pause during each section and she could talk on and on about stories and events.  Some do not correspond to the lesson we are learning.  I find that annoying.  A good amount of the time this happens.

Student Behavior
During class we behave, listen to the teacher.  I notice other kids who are on other web sites, playing games.  Usually gets mad at us as a whole, stops class, yells at the class to get working...

Sleeping
Often hear from his classmates that she is asleep during 5D study hall but he has not witnessed it.

Tardy
Usually socialize for a few minutes and get situated as she passes out worksheets. Class is slow going...she is present "give or take a few minutes".

SmartBoard or Overhead Use -

Let's kids use laptops.  No Smartboard use...
How Does She Treat Kids?  Any yelling? -

Edline Grades -


Does she lose student work? -  We haven't had a project since November or
December.  Usually just graded on worksheets and tests that we have.  Not very
timely.  It can be annoying...working on a worksheet halfway through she gives
everyone the answers and its not graded.  But you never know if this is going to
happen.

Interview

Student Name: Erin Sullivan

Date: 3/29/10

Pornography Issue – Was absent from the class on that day.  Some kids have told her about the day and they felt awkward.

General Classroom -
Normally lectures us for the entire day or half of the day do not get her attention. Harder to remember, she will tell us it, but doesn't really help us make the important connections.

She'll will start with the stuff we are working on, but then get on her family stories and gets off task.  Does give us vocabs, but doesn't provide notes, or Powerpoint.  It's not effective for us .

She should present things better to us instead of talking on and on and on about it.

Family stories usually do not connect.

Sometimes she will give us book pages to work on.

Student Behavior
Most kids will play games instead of staying on the book.  She doesn't enforce them to get off the computer.

Sleeping
5D study hall she had her hand to the side of her head and her eyes were closed.

At the end of one class period, her grandson woke her up.

Danik is in the class, just sitting there.  He is disruptive and not part of our class.

Tardy
She normally comes in either when the bell rings or a minute or two after.  Sits down and gets her papers out.  Most people are probably talking.  Then asks everyone to be quiet.

SmartBoard or Overhead Use -
No...she tells the kids that this stuff confuses her.  The couple powerpoints were made by someone else.

How Does She Treat Kids?  Any yelling? -
"People, People, please…."  One time she got really mad and told us we had to find our own answers.

Edline Grades -
Usually, doesn't do this that much.  We have to ask her to update Edline so we can see what are grades are.

Does she lose student work? – Grades kind of weird.  We do them, I feel that her rading is effective.  Sometimes even when they are wrong there are still mark rights, not feedback on why things are wrong.  Normally they are given back in large groups, either before or after the tests.

Interview

Student Name:  Dominic Thomas

Date: 3/29/10

Pornography Issue – Mrs. Smith brought it up.  Another name for Yellow Journalism, sensationalism is Playboy, thirdfold, and all that stuff.  Kids started laughing.  Centerfolds are the main reason people bought the magazine.  Playgirl for the girls, and again mentioned centerfolds.

10 minute conversation – middle of the class,  She stopped, went to go sit down and there was about 5 minutes left in class

General Classroom -
She walks in, sits down and gets papers, reads to us.  Reads to us, stuff from the book, stuff from knowing it all.  A lot of kids use the online textbook.  Playing games, watching movies,  maybe once got up and walked around during class.

She knows that kids are playing games, watching movies,...

Student Behavior
Little bit of spit balls.  "You guys better stop"  Received one detention, but it never got sent to the office.

Sleeping
She closes her eyes...kind of like one-eyed sleeping.

Danik Kumar is in there now. Comes in during class as well as study hall.  Acting a fool.

Tardy
She doesn't make it before the bell because she is all the way upstairs and how old she is.  Kids are talking to each other

SmartBoard or Overhead Use -

How Does She Treat Kids?  Any yelling? -
I don't think she even notices misbehavior.

Edline Grades -
Takes forever...

Does she lose student work? – Vocabulary, 7.1 guided reading, after we are done she gives us the answers and we are allowed to use it on the test.  Nothing to take home. She'll give us homework, but we finish in class.

Assignments returned in two or three days…She makes mistakes on grading, we check our work against others in class and can take it up there to get it changed, but it's not worth the argument.  It will take forever to get it updated.

Interview

Student Name:  George Toldy

Date: 3/29/10


Pornography Issue – Don't remember...I just know she started talking about Porn. Playboy and Playgirl – different ways of looking at Porn.

Felt really awkward – Conversation lasted 5-10 minutes.  More near the ending of class. Talked about later with friends.


General Classroom -
Usually once she walks over she tells us what the topics going to be, page in the book, or handing out the papers we are going to do.  She does a lot of lectures. They are extremely boring, she goes on and on.  Pulls her own experiences into it.  She spoke about Italy.  Usually when she is lecturing, a lot of kids are playing games. Usually sits on her desk in the front of the desk and talks.  She does not walk around. She seems to say if they want to play games they can play games, if they want to learn they can pay attention to her.

Fill in the blank -- Vocab, find definitions, Guided Reading.  Mostly independent fill out the work on her own.


Student Behavior
A lot off task playing Tetris

Sleeping
Yeah -- after lunch when we come back.  I've seen her asleep a few times.  When it gets rowdy she wakes up and tells them to be quite and then usually stays up from there.

Tardy
She's usually a little late.  Kids are mostly playing games on the computer.  Mostly Tetris.  I sit in the back and can see everything that goes on.

SmartBoard or Overhead Use -
Powerpoints a few times.  She really doesn't understand the smart board process. Sometimes has them use the computer to find things to answer a question.


How Does She Treat Kids?  Any yelling? -

Yeah...talking while she's talking.  Usually tells them to stop talking.  If they don't , put their computer down.  If not, then it's a detention.

Edline Grades -

Not very often...two or three times a nine weeks.
Does she lose student work? – How long does it take to get the paper back?  Usually we forget about it because it takes too long.  We do usually get them back before a test.  But we usually get a study guide before each test.

Grading system...she likes the "suck ups" and will get an A's.  Always talking to her after class. Helping out with papers and stuff.  If not, you will get graded more difficult.

Bri

Yellow journalism
Started laughing, giggling
"Wow"
Transition — enjoyed it,
    I'm just guessing, but most of you

Weird
middle class
5 minutes
Started finish y journ

Classroom day
  starts slow
  Hands out paper
  Talk and talk and talk
  Stories about family
  Bell to bell lectures
  Use on line book
  Handed in papers and not handed
  Edline postings — not regularly
  5 zeroes — wouldn't talk to Bri about
Off topic

Sleep — maybe just eyes closed

Sidney

Lesson
Yellow journalism - not true
People, Playboy, ... read off a list
Laughing
Didn't understand
Middle of class   3-4 middles
Center fold


Classroom period
my turn after a minute or two
Rule of 3
I try to pay attention
Tone
Content - hard to connect
Constant lecture
No Smartboard
- white board ← marker

Amanda          3/30/10

3/9     Selling stuff
        She talking about buying magazines & go see
        I know you guys do & girls too
        Playboy! — center fold
        More attractive guys in her time/Burt Reynolds
        Thought it was awkward
        15 minutes
        "B" middles
        Yellow journalism — Sensationalism W.R. Hearst


classroom

        Late to class
        attendance
        sit down
        Random Stuff — Husband
        Family/Sicily —
        Lack of learning taking place
        Talks on and on...gets off topic
        Playing games
        Not really home work
        Open book test — not standards based
        Doesn't use Technology
        Questions Tend to take her off task

        Dozes off during S.H.

Jeremy / 3/19       3/30/10

Lecturing
"Porn" - snapped to attention
Talking about a person
No remembrance of yellow journalism
Lasted 5 minutes
Playboy, Hustler mentioned by student
Laughing because of funny
She had looked pornography as a kid

Classroom

Late to class
  Worksheets - discuss; mostly jump right in
→ Lecture
  Read out of book
Think she was is the "holocaust" - told us a story
No smartboard or projection unit
Classwork rather than homework
Hands back w/in 3 days
Usually gives papers back
Updates regularly

Yells at students in calm voice

Appears that she is sleeping in S.H.





