3/30/10 — Paragraph about 3/19

— Paragraph about general tone of class

3/19/10 How was the topic approached?

By whom?

Describe the class period

How was the transition made from (Ghandi) yellow journalism / sensationalism to pornography?

How much time was spent on discussion?

Did she mention specific magazines, articles, etc.?

When did the discussion occur?

PLAINTIFF'S EXHIBIT 14 2-11-2014

1/29/10

? Who said what?   ? Class Instructions
? Who did you speak to?
? What type of work do you get
- worksheets: yes
- Projector
- Overhead
- Smartboard
-

Testing - Open Note
Edline - wrong entries
   Updating - Bad IIII
      Good I
Always late
Out of control
Really nice
Lost papers - upstairs or at home - Must redo


? Describe incident
? Tell me what else goes on in the classroom
? Tardy to class
Unclear teaching
Use books online
? Student Behavior
? Describe General starting class routine
Yellow Journalism

Porn conversation - at the end of class

? What does her class day/period look like?
Personal stories that may or may not have anything to do w/ the lesson.

? Pictures of her sleeping
   Photobooth