**From:** "Gasteier, Chris" <gasteier@perkins.k12.oh.us>

**To:** "Smith, Carol" <csmith@perkins.k12.oh.us>

**Bcc:** "James Gunner" <JGunner@perkins.k12.oh.us>

**Date:** 09/15/2009 10:57 AM

**Subject:** 5th Period



PLAINTIFF'S EXHIBIT
15
211-2014

Mrs. Smith,

Just a reminder that your 5th period MWH meets 5A & 5B, with lunch during 5C and Study Hall 5D. Mrs. Malott was in room 605 with the students when you were not there yesterday, but we cannot depend on that every day. Thanks.

CJG.