





Board Exhibit 56