Two Time Golden Globe Winner Burt Reynolds



Won for *Evening Shade*, Best Performance by an Actor in a TV-Series - Comedy/Musical and *Boogie Nights*, Best Performance by an Actor in a Supporting Role in a Motion Picture.

