







**AdrianaMoltisanti** in Berkley, Massachusetts

- silver four leaf clover 'Mar... — $20.00 USD
- vintage young boys velcro... — $14.25 USD
- Vintage black power rang... — $7.50 USD
- Vintage 101 Dalmations ... — $9.25 USD
- vintage authentic wooden... — $32.99 USD
- vintage authentic wooden... — $29.00 USD
- vintage real russian mad... — $31.00 USD
- vintage blue tragedy mas... — $17.00 USD

Item Details ★★★★★ (8) Shipping & Policies

This is a mint condition copy of a 1983 issue of Playgirl with Harrison Ford on the cover, so right around when star wars was big and he played Han Solo. Authentic vintage, real. Pretty Cool stuff.



PLAINTIFF'S EXHIBIT 18 2-1-2014

**Related to this Item**

Vintage | playgirl | playgirl magazine | harrison ford | star wars | han solo | han solo playgirl | han solo naked | harrison ford naked | harrison ford play | 1983 | star wars magazine | han solo magazine | naked star wars

Listed on Feb 16, 2013   39 views   Add item to treasury

Follow Etsy — Facebook
Browse Etsy — Art | Home & Living | Men | Valentine's Day | Women