Case: 3:11-cv-00560-JRK Doc #: 132-20 Filed: 04/25/15 1 of 12. PageID #: 2185



Perkins Public Schools
1210 East Bogart Road
Sandusky, Ohio 44870

_Mrs. Carol Smith_
Teacher

_June 6, 2007_
Date

_Mr. Chris Gasteier_
Administrator

_Keyboarding_
Class Observed

## OBSERVATION/EVALUATION FORM

The evaluation process at Perkins is to be a cooperative and continuous process. It is an opportunity for teachers and principals to demonstrate their competency, effectiveness, and responsibility in a collaborative effort to perpetuate the educational goals established by the district.

The evaluative instruments used have been developed to measure the elements used by teachers that create a positive learning experience for all students. The instruments were designed to be equitably administered and to measure professionalism not individual personalities.

Information to be included in the instruments is not limited to a specific observation. Information will be both Formal and Informal Observations.

The evaluation process must provide the framework which offers encouragement and resources to enable the staff person to develop and implement any agreed-upon improvements.

Exceeds District Standards (E) - Teacher is extraordinarily above the standard in this area.

Meets District Standards (M) - Teacher demonstrates a comprehensive understanding and is proficient in this area.

Meets District Standards/Improvement Recommended (M/IR) - Teacher is acceptable but has room for positive change in this area.

Unacceptable/Improvement Required (U/IR) - Teacher is performing below standards and must show positive change in this area.

Not Applicable (NA) for this position.

# PLANNING

## 1. Objectives Correlate with Curriculum Maps or State Standards

| E | M | M/IR | U/IR | |
|---|---|---|---|---|
| | | X | | Correlates individual objectives with school and district goals but allows for flexibility |
| | X | | | Plans appropriate sequence of skills |
| | X | | | Organization of materials - i.e. seat work, supplies, A.V. equipment |
| | X | | | Objectives clearly defined |

## 2. Pupils Knowledge Level Considered

| E | M | M/IR | U/IR | |
|---|---|---|---|---|
| | X | | | Making learning goals and content comprehensive to students |
| | X | | | Monitoring student's understanding of content through a variety of means and adjusting learning activities |

## 3. Variety of Instruction Techniques Applied

| E | M | M/IR | U/IR | |
|---|---|---|---|---|
| | X | | | Adjusts physical environment to accommodate learning activity or individual needs |
| | X | | | Includes appropriate multicultural focus in lesson plans and instruction |
| | | X | | Considers abilities, interests, and present performance levels of students in planning |

## 4. Evaluation of Objectives Identified

| E | M | M/IR | U/IR | |
|---|---|---|---|---|
| | X | | | Provides evidence that student progress and achievement is evaluated in accordance with school policy |
| | X | | | Evaluation procedures identified, relevant and constructive |

### 5. Utilizes Support Personnel - i.e. guidance, library, community, agencies, substitute teacher, etc.

| E | M | M/IR | U/IR | |
|---|---|---|---|---|
| | X | | | Consults with previous teachers, team leaders, department heads, consultants, and specialists to improve the teacher-learning process |
| | X | | | Seeks assistance from principal and supervisor when needed |
| | X | | | Makes effective use of instructional equipment and materials |
| | | X | | Utilizes diagnostic techniques to analyze the needs and potential of students |
| | X | | | Refers students to appropriate support personnel |
| | X | | | Organizes work so that sustitute teachers/parapros can function |

_____ Exceeds District Standards

__X__ Meets District Standards

_____ Meets District Standards
       Improvement Recommended

_____ Unacceptable, Improvement
       Required

Commendation: The keyboarding class observed had students working on the curricular objectives that were planned ahead and they were well aware of procedure. Everything was in place to succeed except for the removal of a printer.

Recommendation: Remember to address flexibiliy in differentiating for students with different needs.

Teacher Rebuttal:


# INSTRUCTION / PRESENTATION

## 1. Evidence of Teacher / Student Interaction Time

| E | M | M/IR | U/IR | |
|---|---|---|---|---|
|   | X |   |   | Is aware of and appreciates cultural diversity and the importance of communication skills reflecting sensitivity to the feelings of all persons regardless of their race, color, religion, sex, or national orign |
|   |   | X |   | When asking a question, allows sufficient time for students to respond |
|   | X |   |   | When students respond, makes frequent use of paraphrasing to indicate their comprehension of what the students have said |
|   | X |   |   | Strives to assign tasks that are understood and designed to meet learning outcomes and goals |
| X |   |   |   | Acknowledges student accomplishments with praise and/or reinforcement |
|   | X |   |   | Assists students to evaluate their own growth and development |
| X |   |   |   | Positively acknowledges student responses |
|   |   | X |   | Provides for the previous knowledge and abilities of the class |
|   | X |   |   | Incorporates student feedback in lessons |

## 2. Variety of Instructional Plans and Learning Activities Applied

| E | M | M/IR | U/IR | |
|---|---|---|---|---|
|   | X |   |   | Provides a variety of activities in keeping with the maturity and attention span of the students |
|   | X |   |   | Helps students to develop acceptable work habits and study skills |
|   | X |   |   | Helps students apply their experiences to life situations |
|   | X |   |   | Show flexibility and adaptability in carrying out teaching activities |

| E | M | M/IR | U/IR | |
|---|---|------|------|---|
| X | | | | Provides a demonstration or application of the skills or concepts contained in the lesson, such as using examples or comparisons |
| | X | | | Encourages students to use problem solving and decision making skills |

### 3. Effective Evaluation Techniques

| E | M | M/IR | U/IR | |
|---|---|------|------|---|
| | X | | | Creating or selecting evaluation strategies that are appropriate for the students and that are aligned with the goals of the lesson |
| | X | | | Provides students with prompt and appropriate feedback concerning progress and achievement |
| | X | | | Evaluation is fair and consistent |

### 4. Use of Whole Group Instruction, Individualizing for Practice

| E | M | M/IR | U/IR | |
|---|---|------|------|---|
| | X | | | Recognizes and addresses individual student needs when appropriate, and encourages the development of individual interests and creative activities |
| | X | | | Enables students to learn how to work independently and with group cohesiveness |
| | X | | | Strives to involve all students in class activities and encourages the participation of each student |
| | X | | | Provides opportunities for students to develop leadership qualities |

### 5. Lessons are Structured: Beginning, middle, end

| E | M | M/IR | U/IR | |
|---|---|------|------|---|
| X | | | | Provides an overview of the lesson (Introduction) |
| | X | | | Pacing is responsive and flexible (Presentation) |

| E | M | M/IR | U/IR | Summaries are timely and consise (Closure) |
|---|---|------|------|---------------------------------------------|
|   | X |      |      |                                             |

___ Exceeds District Standards

_X_ Meets District Standards

___ Meets District Standards
Improvement Recommended

___ Unacceptable, Improvement
Required

Commendation: The lesson opener was very good. Interaction time with the students very good after the lesson opening. Several different activities were conducted to keep the students interested and on task.

Recommendation: Plan for differentiation, as the students come to you with a wide range of abilities.

Teacher Rebuttal:

# CLASSROOM MANAGEMENT

## 1. Maximizes Instructional Time

| E | M | M/IR | U/IR | |
|---|---|---|---|---|
| | | X | | Makes efficient use of the time allocated in order to reach class goals |

## 2. Management of Student Behavior

| E | M | M/IR | U/IR | |
|---|---|---|---|---|
| | X | | | Positively reinforces student progress and behavior on the basis of evidence |
| | X | | | Treats students equitably |
| | X | | | Sound level appropriate |
| | | X | | Exercises discretion in criticizing individuals |
| | | X | | Classroom rules clearly defined and consistently reinforced |
| X | | | | Shows consideration for students who have personal problems or handicaps |
| | X | | | Discipline students in a firm but controlled manner |

## 3. Development of Cooperative Learning Environment

| E | M | M/IR | U/IR | |
|---|---|---|---|---|
| X | | | | Listens to students |
| | X | | | Fosters an atmosphere of mutual respect |
| | X | | | Makes self available for conferences with students |
| | X | | | Establishes appropriate control over the classroom situation and maintains it |
| | X | | | Requires the proper utilization and care of materials, equipment, and furniture |

| E | M | M/IR | U/IR | |
|---|---|---|---|---|
| ___ | _X_ | ___ | ___ | Makes the physical environment as safe and conducive to learning as possible |

___ Exceeds District Standards

_X_ Meets District Standards

___ Meets District Standards
Improvement Recommended

___ Unacceptable, Improvement
Required

Commendation: Most of the instructor's students perceive her as a very caring teacher, who takes the time to listen to them. They therefore respect, admire, and like her.

Recommendation: Keep students on task for the entire period (other subjects). Be careful with humor, some students may take it wrong.

Teacher Rebuttal:

# PROFESSIONAL GROWTH

## 1. Keeps Current with New Practices and Materials

| E | M | M/IR | U/IR | |
|---|---|---|---|---|
| | | X | | Demonstrates knowledge of subject areas |
| | X | | | Demonstrates a sense of efficacy |
| | X | | | Is receptive to technological change and is willing to try new ideas |
| | X | | | Takes advantage of the opportunities offered to improve by attending workshops, summer school, professional meetings, and conferences; keeps abreast of the professional literature |

## 2. Record Keeping

| E | M | M/IR | U/IR | |
|---|---|---|---|---|
| | X | | | Is prompt and accurate with reports |
| | | X | | Monitors the progress of students |

## 3. Punctuality

| E | M | M/IR | U/IR | |
|---|---|---|---|---|
| | X | | | Meets obligations on a timely basis |

## 4. Supervision

| E | M | M/IR | U/IR | |
|---|---|---|---|---|
| | X | | | Helps to maintain total building discipline |
| | X | | | Accepts a share of such assigned duties as hall or cafeteria supervision, etc., and carries out these responsibilities conscientiously |
| | X | | | Effectively supervises students during non-class activities |

## 5. Promotes Positive School/Community Relations

| E | M | M/IR | U/IR | |
|---|---|---|---|---|
| X | | | | Shows interest in the school's community |

| E | M | M/IR | U/IR | |
|---|---|------|------|---|
|   | X |      |      | Participates in school and district committees |
|   | X |      |      | Shares in the evaluation of the effectiveness of educational programs |
| X |   |      |      | Clarifies school programs to parents and to the community if opportunities occur |
|   | X |      |      | Recognizes and follows the established line of authority in case of student, parent or personal complaint |
|   | X |      |      | Respects the ethics of the profession |
|   | X |      |      | Teacher does not discriminate on the basis of sex, race, color, national origin or handicap |

_____ Exceeds District Standards          __X__ Meets District Standards

_____ Meets District Standards            _____ Unacceptable, Improvement
              Improvement Recommended                    Required

Commendation: *The instructor is eager to pridefully discuss her students and school. She accepts duties and performs them without question.*

Recommendation: *Explore new curricula to upgrade the business department. Keep Gradequick updated in a timely fashion.*

Teacher Rebuttal:

# COMMUNICATION

## 1. Involves Parents in Student Performance or Learning Activities

| E | M | M/IR | U/IR | |
|---|---|------|------|---|
| __ | _X_ | __ | __ | Invites parental communications; conducts them in a courteous, positive and helpful manner |
| __ | _X_ | __ | __ | Communicates effectively with parents |
| __ | _X_ | __ | __ | Gets parents to assist with school activities when appropriate |
| __ | _X_ | __ | __ | Welcomes parental involvement |
| __ | _X_ | __ | __ | Maintains confidentiality in relations with parents |

## 2. Collaborative Planning/Shared Decision with Department, Grade Level and Adminstration

| E | M | M/IR | U/IR | |
|---|---|------|------|---|
| __ | _X_ | __ | __ | Cooperates with others in planning daily schedules |
| __ | _X_ | __ | __ | Participates in the development and implementation of school policies and procedures |
| __ | _X_ | __ | __ | Share ideas, materials, and methods with professional colleagues |
| __ | _X_ | __ | __ | Participates in developing and modifying curriculum, instructional practices, procedures and administrative policies |
| __ | _X_ | __ | __ | Interacts professionally with colleagues and staff |



____ Exceeds District Standards          _X_ Meets District Standards

____ Meets District Standards            ____ Unacceptable, Improvement
     Improvement Recommended                  Required

Commendation: The instructor keeps the administration advised of both student and classroom concerns. She welcomes parental participation.

Recommendation:

Teacher Rebuttal:

Carol A. Smith    6-7-07      [Administrator signature]    6/7/7
Teacher           Date             Administrator        Date