Case: 3:11-cv-00560-JRK Doc #: 132-21 Filed: 04/25/15 1 of 8. PageID #: 2197

PLAINTIFF'S EXHIBIT
21
2-14-2014

# Perkins Public Schools

1210 East Bogart Road
Sandusky, Ohio 44870

_Carol Smith_
Teacher

_Chris J. Gastier_
Administrator

_Tuesday, November 18, 2008_
Date

_Accounting I_
Class Observed

## OBSERVATION/EVALUATION FORM

The evaluation process at Perkins is to be a cooperative and continuous process. It is an opportunity for teachers and principals to demonstrate their competency, effectiveness, and responsibility in a collaborative effort to perpetuate the educational goals established by the district.

The evaluative instruments used have been developed to measure the elements used by teachers that create a positive learning experience for all students. The instruments were designed to be equitably administered and to measure professionalism not individual personalities.

Information to be included in the instruments is not limited to a specific observation. Information will be both Formal and Informal Observations.

The evaluation process must provide the framework which offers encouragement and resources to enable the staff person to develop and implement any agreed-upon improvements.

Exceeds District Standards (E) - Teacher is extraordinarily above the standard in this area.

Meets District Standards (M) - Teacher demonstrates a comprehensive understanding and is proficient in this area.

Improvement Recommended (IR) - Teacher must show positive change in this area.

Unacceptable/Improvement Required (U/IR) - Teacher is performing below standards and must show positive change in this area.

# PLANNING

## 1. Correlate with Curriculum Maps or State Standards

| | |
|---|---|
| Correlates objectives with school and district goals but allows for individual teaching styles | Curriculum map was not complete |
| Plans appropriate sequence of skills in correlation with state standards | Is working on assessment map. Making progress. |
| Organization of materials - i.e. seat work, supplies, A.V. equipment | |
| Objectives clearly defined in you individual curriculum map | |

## 2. Variety of Instruction Techniques Applied

| | |
|---|---|
| Adjusts physical environment to accommodate activity or individual needs | Good examples for insurance problems |
| Includes appropriate multicultural focus in lesson plans and instruction | |
| Considers abilities, interests, and present performance levels of students in planning | |

## 3. Evaluation of Objectives Identified

| | |
|---|---|
| Provides evidence that student progress and achievement is evaluated by using formative and summative assessments | Collected work |
| Evidence of collected assessment data is used to adjust planning | |

## 4. Utilizes Support Personnel - i.e. library, community, agencies, substitute teacher etc.

| | |
|---|---|
| Consults with previous teachers, team leaders, department heads, consultants, and specialists to improve the teacher-learning process | Working on business objectives with BGSU |
| Seeks assistance from administrator when needed | |
| Makes effective use of instructional technology and materials | Need to completely utilize computer programs for Accounting classes. |
| Utilizes diagnostic information to analyze the needs and potential of students as supplied by support personnel | |
| Refers students to appropriate support personnel | Must have lesson plans available when you know you will be gone. |
| Organizes work so that substitute teacher/teacher assistants can function | |

| E | M | IR | U |
|---|---|---|---|
| | | X | |

# INSTRUCTION/PRESENTATION

## 1. Evidence of Teacher / Student Interaction Time

| | |
|---|---|
| Is aware of cultural diversity when communicating with students | |
| When asking a question, allows sufficient time for students to respond | |
| When students respond, makes frequent use of paraphrasing to indicate their comprehension of what the students have said | Repeats answers, asks for clarifications |
| Strives to assign tasks that are understood and designed to meet state standards | Working on standards |
| Acknowledges student accomplishments with praise and/or reinforcement | Thanks students for correct answers |
| Assists students to evaluate their own growth and development | Asks students for their input |
| Provides for the previous knowledge and abilities of the class based on collected data | Shows worksheet in one, rather than four sections. |
| Incorporates student feedback in lessons | |

## 2. Variety of Instructional Plans and Learning Activities Applied

| | |
|---|---|
| Provides a variety of activities in keeping with the maturity and attention span of the students | |
| Helps students to develop acceptable work habits and study skills | Keep students on task for entire class. |
| Helps students apply their experiences to life situations | Good examples. |
| Uses differentiated instruction in carrying out teaching activities | Use more detail for those who do understand the lesson. |
| Provides a demonstration or application of the skills or concepts contained in the lesson, such as suing examples or comparisons | Worked thru lesson with students. |
| Encourages students to use problem solving and decision making skills | |

## 3. Effective Evaluation Techniques

| | |
|---|---|
| Creating or selecting evaluation strategies that are appropriate for the students and that are aligned with state standards | Continue to develop assessment maps. |
| Provides students with prompt and appropriate feedback concerning progress and achievement by using all available means and technologies | Ed line should be updated every week. |
| Evaluation is consistent with presented or assigned material | |

## 4. Use of Whole Group Instruction, Individualizing for Practice

| | |
|---|---|
| Recognizes and addresses individual student needs when appropriate, and encourages the development of individual interests and creative activities | Willing to discuss questions & concerns w/ students. |
| Enables students to learn how to work independently and with group cohesiveness | |
| Strives to involve all students in group activities and encourages the participation of each student | |
| Provides opportunities for students to develop leadership Qualities | |

## 5. Lessons are Structured: Beginning, Middle, End

| | |
|---|---|
| Provides an overview of the lesson (Introduction) | Yes. |
| Pacing is responsive and flexible (Presentation) | |
| Summaries and expectations are timely and concise (Closure) | Yes. |
| Makes efficient use of time allocated | Keep students on task entire period |

| E | M | IR | U |
|---|---|---|---|
|   | X |   |   |

# CLASSROOM MANAGEMENT

### 1. Management of Student Behavior

| | |
|---|---|
| Positively reinforces student progress and behavior on the basis of evidence | Positive comments made to student responses |
| Treats students equitably | |
| Sound level appropriate | |
| Exercises discretion in criticizing individuals | |
| Classroom and school rules clearly defined and consistently reinforced | Do not gives keys to students to allow them in the room unsupervised. 11/24/8 |
| Shows consideration for students who have personal problems or handicaps | Definitely, very compassionate |
| Disciplines students in a firm but controlled manner | |

### 2. Development of Cooperative Learning Environment

| | |
|---|---|
| Listens to students | Yes |
| Fosters an atmosphere of mutual respect | Students enjoy the classroom |
| Makes self available for conferences with students | |
| Establishes appropriated control over the classroom situation and maintains it | Be vigilant of all areas of the classroom. |
| Requires the proper utilization and care of materials, equipment, and furniture | |
| Makes the physical environment as safe and conducive to learning as possible | |

| E | M | IR | U |
|---|---|---|---|
|   | X |   |   |

# PROFESSIONALISM

## 1. Keeps Current with New Practices and Materials

| | |
|---|---|
| Demonstrates best practices in subject areas | |
| Demonstrates a sense of efficacy | |
| Incorporates district/building technology requirements | utilize Accounting II programming. Working with BGSU on business standards |
| Takes advantage of the opportunities offered to improve by attending workshops, summer school, professional meetings, and conferences; keeps abreast of the professional literature | |

## 2. Record Keeping

| | |
|---|---|
| Is prompt and accurate with reports as directed by administrator | |
| Electronic grade book is kept up-to-date | Improvement needed. |
| Monitors the progress of students in a timely manner | |

## 3. Punctuality

| | |
|---|---|
| Meets obligations on a timely basis | ☒ |
| Reports to assigned duties, i.e. detention duty, bus duty, lunch duty, etc. | Yes. |
| Arrives and leaves school at appropriate contracted time | Late arrivals, Ex, 11/19/8 - 8:02 |

## 4. Supervision

| | |
|---|---|
| Helps to maintain total building discipline | Yes |
| Accepts a share of such assigned duties as hall or cafeteria supervision, etc., and carries out these responsibilities conscientiously | N/A |
| Effectively supervises students during non-class activities | Yes. |

## 5. Promotes Positive School/Community Relations

| | |
|---|---|
| Shows interest in the school's community | Definitely. A very strong area for the teacher. |
| Participates in school and district committees | Whenever asked. |
| Shares in the evaluation of the effectiveness of educational programs | |
| Clarifies programs to parents and to the community if opportunities occur | willing to meet and call parents. |
| Recognizes and follows the established line of authority in case of student, parent or personal complaint | |
| Respects the ethics of the profession | |
| Teacher does not discriminate | |

| E | M | IR | U |
|---|---|---|---|
| | | X | |

# COMMUNICATION

## 1. Involves Parents in Student Performance of Learning Activities

| | |
|---|---|
| Parental communications is conducted in a courteous, positive and helpful manner | Yes. |
| Communicates effectively with parents | |
| Invites parents to assist with school activities when appropriate | Speakers for classes |
| Maintains confidentiality in relations with parents | |

## 2. Collaborative Planning/Shared Decision with Department, Grade Level and Administration

| | |
|---|---|
| Cooperates and is flexible with others in planning daily schedules | PHS/Briar mix/sharing. |
| Participates in the development and implementation of school policies and procedures | |
| Shares ideas, materials, and methods with professional colleagues | "A department of one" is difficult to share. |
| Participates in developing and modifying curriculum, instructional practices, procedures and administrative policies | Working on assessment map |
| Interacts professionally with colleagues and staff | Yes |

| E | M | IR | U |
|---|---|---|---|
|   | X |    |   |

| E | M | IR | U | |
|---|---|---|---|---|
| | | X | | Planning |
| | X | | | Instruction |
| | X | | | Classroom Management |
| | | X | | Professionalism |
| | X | | | Communication |

Overall Commendation: Mrs. Smith has and continues to be a positive person in promoting Perkins Schools. She enjoys her students and they enjoy the contact with her. She firmly believes in the necessity of her content for high school students. She has made some progress on her assessment map for accounting.

Overall Recommendation: Grades need to be entered in a timely fashion, with regularity and consistency. Be wary of allowing students to use your keys or allowing them unsupervised access to classrooms. Utilize technology for your classes — Computer programs for Accounting II — to their fullest.

Teacher Rebuttal:


_Carol Smith_ 12/2/08  _[signature]_ 12/2/8
Teacher          Date     Administrator         Date