PLAINTIFF'S EXHIBIT 22 2-14-2014

# Perkins Public Schools
## 1210 East Bogart Road
## Sandusky, Ohio 44870

_Mrs. Carol Smith_
Teacher

_Stephen P. Finn_
Administrator

_March 4, 2009_
Date

_6th grade - Keyboarding_
Class Observed

## OBSERVATION/EVALUATION FORM

The evaluation process at Perkins is to be a cooperative and continuous process. It is an opportunity for teachers and principals to demonstrate their competency, effectiveness, and responsibility in a collaborative effort to perpetuate the educational goals established by the district.

The evaluative instruments used have been developed to measure the elements used by teachers that create a positive learning experience for all students. The instruments were designed to be equitably administered and to measure professionalism not individual personalities.

Information to be included in the instruments is not limited to a specific observation. Information will be both Formal and Informal Observations.

The evaluation process must provide the framework which offers encouragement and resources to enable the staff person to develop and implement any agreed-upon improvements.

Exceeds District Standards (E) - Teacher is extraordinarily above the standard in this area.

Meets District Standards (M) - Teacher demonstrates a comprehensive understanding and is proficient in this area.

Improvement Recommended (IR) - Teacher must show positive change in this area.

Unacceptable/Improvement Required (U/IR) - Teacher is performing below standards and must show positive change in this area.

# PLANNING

## 1. Correlate with Curriculum Maps or State Standards

| | |
|---|---|
| Correlates objectives with school and district goals but allows for individual teaching styles | *Too much time was spent on one activity.* |
| Plans appropriate sequence of skills in correlation with state standards | *One activity - repeated* |
| Organization of materials - i.e. seat work, supplies, A.V. equipment | *Curriculum Map ??* |
| Objectives clearly defined in you individual curriculum map | |

## 2. Variety of Instruction Techniques Applied

| | |
|---|---|
| Adjusts physical environment to accommodate activity or individual needs | *More variety is needed.* |
| Includes appropriate multicultural focus in lesson plans and instruction | *Remember, you are working with Middle School Students!* |
| Considers abilities, interests, and present performance levels of students in planning | |

## 3. Evaluation of Objectives Identified

| | |
|---|---|
| Provides evidence that student progress and achievement is evaluated by using formative and summative assessments | *Students did not receive immediate feedback.* |
| Evidence of collected assessment data is used to adjust planning | *Evaluation of objectives was not observed.* |

## 4. Utilizes Support Personnel - i.e. library, community, agencies, substitute teacher etc.

| | |
|---|---|
| Consults with previous teachers, team leaders, department heads, consultants, and specialists to improve the teacher-learning process | → *Please observe other Middle School Students and Teachers.* |
| Seeks assistance from administrator when needed | |
| Makes effective use of instructional technology and materials | |
| Utilizes diagnostic information to analyze the needs and potential of students as supplied by support personnel | |
| Refers students to appropriate support personnel | |
| Organizes work so that substitute teacher/teacher assistants can function | |

| E | M | IR | U |
|---|---|---|---|
|   |   | ✓ |   |

# INSTRUCTION/PRESENTATION

### 1. Evidence of Teacher / Student Interaction Time

| | |
|---|---|
| Is aware of cultural diversity when communicating with students | Students do not seem to know what is expected of them following instructions. |
| When asking a question, allows sufficient time for students to respond | |
| When students respond, makes frequent use of paraphrasing to indicate their comprehension of what the students have said | |
| Strives to assign tasks that are understood and designed to meet state standards | |
| Acknowledges student accomplishments with praise and/or reinforcement | Need to interact more with the students (movement) |
| Assists students to evaluate their own growth and development | |
| Provides for the previous knowledge and abilities of the class based on collected data | |
| Incorporates student feedback in lessons | |

### 2. Variety of Instructional Plans and Learning Activities Applied

| | |
|---|---|
| Provides a variety of activities in keeping with the maturity and attention span of the students | Need more variety in your lessons. |
| Helps students to develop acceptable work habits and study skills | |
| Helps students apply their experiences to life situations | |
| Uses differentiated instruction in carrying out teaching activities | Research indicates that you need to change the lesson (activity) every 10 mins. (approx.) |
| Provides a demonstration or application of the skills or concepts contained in the lesson, such as suing examples or comparisons | |
| Encourages students to use problem solving and decision making skills | |

### 3. Effective Evaluation Techniques

| | |
|---|---|
| Creating or selecting evaluation strategies that are appropriate for the students and that are aligned with state standards | Not sure how you evaluate when you do not observe individual keyboarding skills. |
| Provides students with prompt and appropriate feedback concerning progress and achievement by using all available means and technologies | |
| Evaluation is consistent with presented or assigned material | |

Need to move around the classroom all the time.

## 4. Use of Whole Group Instruction, Individualizing for Practice

| | |
|---|---|
| Recognizes and addresses individual student needs when appropriate, and encourages the development of individual interests and creative activities | Need to Individualize more. |
| Enables students to learn how to work independently and with group cohesiveness | |
| Strives to involve all students in group activities and encourages the participation of each student | |
| Provides opportunities for students to develop leadership Qualities | |

## 5. Lessons are Structured: Beginning, Middle, End

| | |
|---|---|
| Provides an overview of the lesson (Introduction) | Only one Activity was observed. |
| Pacing is responsive and flexible (Presentation) | |
| Summaries and expectations are timely and concise (Closure) | |
| Makes efficient use of time allocated | |

| E | M | IR | U |
|---|---|---|---|
| | | ✓ | |

# CLASSROOM MANAGEMENT

## 1. Management of Student Behavior

| | |
|---|---|
| Positively reinforces student progress and behavior on the basis of evidence | *Did praise her students.* |
| Treats students equitably | |
| Sound level appropriate | |
| Exercises discretion in criticizing individuals | |
| Classroom and school rules clearly defined and consistently reinforced | |
| Shows consideration for students who have personal problems or handicaps | |
| Disciplines students in a firm but controlled manner ✗ | *In ISI we have had problems. Needs better management skills during ISI. Better Discipline* |

## 2. Development of Cooperative Learning Environment

| | |
|---|---|
| Listens to students | |
| Fosters an atmosphere of mutual respect | |
| Makes self available for conferences with students | |
| Establishes appropriated control over the classroom (ISI) situation and maintains it | *Problems observed during ISI. Students do not respect you. Need to work on this situation* |
| Requires the proper utilization and care of materials, equipment, and furniture | |
| Makes the physical environment as safe and conducive to learning as possible | |

| E | M | IR | U |
|---|---|---|---|
|  | ✓ | ✓ |  |
|  | ↓ | ↓ |  |
|  | Classroom | During ISI |  |

# PROFESSIONALISM

### 1. Keeps Current with New Practices and Materials

| | |
|---|---|
| Demonstrates best practices in subject areas | *Needs to attend conferences that pertain to Middle Level Education.* |
| Demonstrates a sense of efficacy | |
| Incorporates district/building technology requirements | |
| Takes advantage of the opportunities offered to improve by attending workshops, summer school, professional meetings, and conferences; keeps abreast of the professional literature | |

### 2. Record Keeping

| | |
|---|---|
| Is prompt and accurate with reports as directed by administrator | ✓ |
| Electronic grade book is kept up-to-date | |
| Monitors the progress of students in a timely manner | |

### 3. Punctuality

| | |
|---|---|
| Meets obligations on a timely basis | *Has been late to class and other assignments. February 25, 2009 missed 2 class periods.* |
| Reports to assigned duties, i.e. detention duty, bus duty, lunch duty, etc. | |
| Arrives and leaves school at appropriate contracted time | |

### 4. Supervision

| | |
|---|---|
| Helps to maintain total building discipline | *Needs Improvement* |
| Accepts a share of such assigned duties as hall or cafeteria supervision, etc., and carries out these responsibilities conscientiously | |
| Effectively supervises students during non-class activities | |

### 5. Promotes Positive School/Community Relations

| | |
|---|---|
| Shows interest in the school's community | ✓ |
| Participates in school and district committees | |
| Shares in the evaluation of the effectiveness of educational programs | |
| Clarifies programs to parents and to the community if opportunities occur | |
| Recognizes and follows the established line of authority in case of student, parent or personal complaint | |
| Respects the ethics of the profession | |
| Teacher does not discriminate | |

| E | M | IR | U |
|---|---|---|---|
| | | ✓ | |

# COMMUNICATION

## 1. Involves Parents in Student Performance of Learning Activities

| | |
|---|---|
| Parental communications is conducted in a courteous, positive and helpful manner | ✓ |
| Communicates effectively with parents | |
| Invites parents to assist with school activities when appropriate | |
| Maintains confidentiality in relations with parents | |

## 2. Collaborative Planning/Shared Decision with Department, Grade Level and Administration

| | |
|---|---|
| Cooperates and is flexible with others in planning daily schedules | Needs to be more involved. This may be hard because of your class schedule, but you need to become "part" of Brian. |
| Participates in the development and implementation of school policies and procedures | |
| Shares ideas, materials, and methods with professional colleagues | |
| Participates in developing and modifying curriculum, instructional practices, procedures and administrative policies | |
| Interacts professionally with colleagues and staff | |

| E | M | IR | U |
|---|---|---|---|
| | ✓ | | |

| E | M | IR | U | |
|---|---|---|---|---|
| | | ✓ | | Planning |
| | | ✓ | | Instruction |
| | ✓ | ✓ | | Classroom Management |
| | | ✓ | | Professionalism |
| | ✓ | | | Communication |

Overall Commendation:

Students were well behaved.

Overall Recommendation:
- You need to incorporate a greater array of techniques into your lessons to address the different learning styles of your students.
- Provide students with a reason for learning
- Needs to be more dependable with all duties
- Be sure to attend workshops designed to increase your understanding of Middle Level Education.

Teacher Rebuttal:

_____  March 11, 2009   _____  March 11, 2009
Teacher                    Date              Administrator              Date