PLAINTIFF'S
EXHIBIT
25
2-11-2014

# ADMINISTRATOR EVALUATION
# PERKINS PUBLIC SCHOOLS

**NAME**   **CHRIS GASTEIER**

**TITLE**   **PRINCIPAL**

**BUILDING**   **HIGH SCHOOL**

**DATE**   **JULY 2002**

---

**SUPERINTENDENT/DESIGNEE SIGNATURE**

**\*ADMINISTRATOR SIGNATURE**

**\*SIGNATURE DOES NOT IMPLY AGREEMENT, ONLY THAT
THE PROCESS WAS COMPLETED**

# Perkins Public Schools
# Administrator Evaluation

Chris Gasteier
July 2002

# Standard 1

A school administrator is an educational leader who promotes the success of all students by facilitating the development, articulation, implementation, and stewardship of a vision of learning that is shared and supported by the school community.

**M=Meets Criteria      IR=Improvement Required      I=Improving**

**U=Unacceptable**

## Knowledge

*The administrator demonstrates knowledge and understanding of:*

M                 learning goals for a diverse society

M                 information sources, data collection, and data analysis strategies

M                 the principles of developing and implementing strategic plans

   IR                 effective communication

M                 systems theory, adult learning styles, and organizational development

M                 effective consensus-building and negotiation skills

## Integrity

*The administrator demonstrates a belief in values, and is committed to:*

M                 the education of all

M                 ensuring that students have the knowledge, skills, and
                 values needed to become successful adults

M                 a school vision of high standards of learning

1

| M | continuous school improvement |
| M | a willingness to continuously examine one's own assumptions, beliefs, and practices |
| M | the inclusion of all members of the school community |
| M | doing the work required for high levels of personal and organizational performance |

**Performances**

*The administrator facilitates processes and engages in activities ensuring that:*

| M | the mission of the school is effectively communicated to staff, parents, students, and community members |
| M | an implementation plan is developed in which objectives and strategies to achieve the vision and goals are clearly articulated |
| M | assessment data related to student learning are used to develop the school vision and goals |
| M | relevant demographic data pertaining to students and their families are used in developing the school mission and goals |
| M | the mission is developed with input from all learning community members |
| M | barriers to achieving the mission are identified, clarified, and addressed |
| M | needed resources are sought and obtained to support the implementation of the school mission and goals |
| M | existing resources are used in support of the school vision and goals |
| M | the school community is involved in school improvement efforts |
| M | The mission and continuous improvement plans are regularly monitored, evaluated, and revised |

2

## Narrative for Standard 1

Mr. Gasteier is very supportive and involved in the NCA process. His willingness to support district initiatives is quite evident with his attendance at nearly every meeting whether it is for administrators or not. His willingness to be in attendance gives credence to his leadership with his staff. Chris is an effective communicator. His public relations skills are highly evident along with his ability to resolve difficult situations with sensitivity and common sense.

I would suggest that Chris focus on a monthly newsletter taking advantage of the technology available within the district and his building. The newsletter's emphasis should be less on student recognition and calendar events and more on educational initiatives in his building and how they are impacting student learning.

# Standard 2

A school administrator is an educational leader who promotes the success of all students by advocating, nurturing, and sustaining a school culture and instructional program conducive to student learning and staff professional growth.

**Knowledge**

*The administrator demonstrates knowledge and understanding of:*

| | |
|---|---|
| M | student growth and development |
| M | diversity and its meaning for educational programs |
| M | applied learning theories |
| M | adult learning styles and professional development models |
| M | curriculum design, implementation, evaluation, and refinement |
| M | the change process for systems, organizations and individuals |
| M | principles of effective instruction |
| M | the role of technology in promoting student learning and professional growth |
| M | measurement, evaluation, and assessment strategies |
| M | school cultures |

3

## Integrity

*The administrator's achievement as an instructional leader gives evidence that he/she believes in, values, and is committed to:*

M        student learning as the fundamental purpose of schooling

M        the benefits that diversity brings to the school community

M        the proposition that all students can learn

M        a safe and supportive learning environment

M        the variety of ways in which students can learn

M        preparing students to be contributing members of society

M        life long learning for self and others

M        professional development as an integral part of school improvement

## Performances

*The administrator facilitates processes and engages in activities ensuring that:*

M        all individuals are treated with fairness, dignity, and respect

M        the school is organized and aligned for success

M        professional development promotes a focus on student learning consistent with the school vision and goals and district vision and goals

M        curricular, co-curricular, and extra-curricular programs are designed, implemented, evaluated, and refined

M        students and staff feel valued and important

M        curriculum decisions are based on research, expertise of teachers, and collaborative planning

M        the responsibilities and contributions of each individual are acknowledged

M        the school culture and climate are assessed on a regular basis

4

| M | barriers to student learning are identified, clarified, and addressed |
| M | a variety of sources of information are used to make decisions |
| M | diversity is considered in developing learning experiences |
| M | student learning is assessed using a variety of techniques |
| M | life long learning is encouraged and modeled |
| M | there is a culture of high expectations for self, all students, and staff performance |
| M | multiple sources of information regarding performance are used by staff and students |
| M | technologies are used in teaching and learning |
| M | student and staff accomplishments are recognized and celebrated |
| M | pupil personnel programs are developed to meet the needs of students and their families |
| M | multiple opportunities to learn are available to all students |

## Narrative for Standard 2

Mr. Gasteier is to be commended as a first year principal for his willingness to advocate for students while setting expectations for the student body that were realistic. Instead of simply having consequences for students, Mr. Gasteier worked with students through various avenues to help them be successful.

# Standard 3

A school administrator is an educational leader who promotes the success of all students by ensuring management of the organization, operations, and resources for a safe, efficient, and effective learning environment.

5

## Knowledge

*The administrator shows knowledge and understanding of:*

M　　　theories and models of organizations and the principles of organizational development

M　　　principles and issues relating to fiscal operations of school management

M　　　operational procedures at the school and district level

M　　　principles and issues relating to school facilities and use of space

M　　　principles and issues relating to school safety and security

M　　　legal issues impacting school operations

M　　　current technologies that support management functions

M　　　human resources management and development

## Integrity

*The administrator demonstrates that he/she believes in, values, and is committed to:*

M　　　making management decisions to enhance learning and teaching

M　　　high-quality standards, expectations, and performances

M　　　taking risks to improve schools

M　　　giving ownership to others in the management processes

M　　　trusting people and their judgments

M　　　a safe environment

M　　　accepting responsibility for building and district goals

6

**Performances**

*The administrator facilitates, processes, and engages in activities ensuring that:*

M          knowledge of learning, teaching, and student development is used to inform management decisions

M          organizational systems are regularly monitored and modified as needed

M          all members of the learning community are involved in decisions affecting the school when appropriate

M          responsibility is shared to maximize ownership and accountability

M          emerging trends are recognized, studied, and applied as appropriate

M          effective problem framing and problem solving skills are used

M          operational plans and procedures to achieve the vision and goals of the school are in place

M          effective conflict resolution skills are used in collective bargaining and other contractual agreements related to the school are effectively managed

M          effective group-process and consensus building skills are used

      IR     effective communication skills are used

M          the school plant, equipment, and support systems operate safely, efficiently, and effectively

M          there is effective use of technology to manage school operations

M          time is managed to maximize attainment of organizational goals

M          fiscal resources of the school are managed responsibly, efficiently, and effectively

M          potential problems and opportunities are identified

M          a safe, clean, and aesthetically pleasing school environment is created and maintained

M          problems are confronted and resolved in a timely manner

7

M              confidentiality and privacy of school records are maintained

M              the school acts creatively to support continuous improvement

### Narrative for Standard 3

Mr. Gasteier is very cognizant of the growing student population in his building and the challenges that lay ahead. He is very willing to look at emerging trends/problems and implement a plan of resolution prior to the problem becoming a crisis. Obviously one emerging problem is facility use. This year Chris began to seek alternatives to creatively "reclaim" classroom space. The "piloting" of block scheduling was a creative approach that led to a modified pilot/implementation for this coming year.

It is time to have more parent involvement at the high school. I would suggest creation of a parent advisory that is truly a working committee with the building administration. It may be time to explore a high school PTO in some format to assist with the direction you want the high to take.

The improvement of effective communication skills refers only to the refinement of the building's monthly newsletter.

# Standard 4

A school administrator is an educational leader who promotes the success of all students by collaborating with families and community members, responding to diverse community interests and needs, and mobilizing community resources.

### Knowledge

*The administrator shows a knowledge and understanding of:*

M              emerging issues and trends that potentially impact the school
               community

M              community relations, marketing strategies, and processes

M              the conditions and dynamics of a diverse school community

M              successful models of school, family, business, community,
               government and higher education partnerships

M              community resources

**Integrity**

*The administrator shows that he/she believes in, values, and is committed to:*

M                schools operating as an integral part of the larger community

M                families as partners in the education of their children

M                collaboration and communication with families

M                involvement of families and other members of the learning community in the school decision-making processes

M                the proposition that diversity enriches the school

     IR          an informed public

**Performances**

*The administrator facilitates processes and engages in activities ensuring that:*

M                high visibility, active involvement, and communication with the larger community is a priority

M                relationships with community leaders are identified and nurtured

M                all members of the community are treated equitably

M                information about family and community concerns, expectations, and needs is used regularly

M                effective media relations are developed and maintained

     IR          a comprehensive program of community relations is established

M                credence is given to individuals and groups whose values and opinions may conflict

M                public resources and funds are used appropriately and wisely

M                partnerships are established with area businesses, institutions of higher education, and members of the community to support the schools goals

## Narrative for Standard 4

As mentioned previously Mr. Gasteier has strong public/community relations skills. His efforts to improve this area of the high school have been well received by members of the community. One example is his effort to introduce mid-term progress reports to his staff to better communicate to families concerning student progress. Although this may seem a minor success, there was tremendous resistance from his building staff. I would consider this a major victory for the high school administration.

There needs to be an active and ongoing parent advisory group at the high school. Efforts should be made to involve as many parent/community members as possible in the operations of the school.

Chris is highly visible. However, I would caution him to manage his professional and personal time to give greater balance to the two. I would encourage Mr. Gasteier to review the performance of his office personnel. There needs to be a higher level of cohesiveness and dedication to higher personal performance from each of the office personnel.

# Standard 5

A school administrator is an educational leader who promotes the success of all students by acting with integrity, fairness, and in an ethical manner.

### Knowledge

*The administrator demonstrates knowledge and understanding of:*

M            professional codes of ethics

M            various ethical frameworks and perspectives on ethics

### Integrity

*The administrator shows he/she believes in, values, and is committed to:*

M            the ideal of the common good

M            accepting the consequences for upholding one's principles and actions

10

| M | the right of every student to a free, quality education |
| M | bringing ethical principles to the decision making process |
| M | development of a caring school community |

**Performances**

*The administrator:*

| M | examines personal and professional values |
| M | protects the rights and confidentiality of students and staff |
| M | demonstrates a personal and professional code of ethics |
| M | demonstrates appreciation for and sensitivity to the diversity in the school community |
| M | demonstrates values, beliefs, and attitudes that inspire others to higher levels of performance |
| M | recognizes and respects the legitimate authority of others |
| M | serves as a role model |
| M | examines and considers the prevailing values of the diverse school community |
| M | accepts responsibility for school operations |
| M | considers the impact of one's administrative practices on others |
| M | fulfills legal and contractual obligations |
| M | treats people fairly, equitably, and with dignity and respect |
| M | applies rules and procedures fairly, wisely, and considerately |

## Narrative for Standard 5

Mr. Gasteier excels in Standard 5. He regularly demonstrates his beliefs for the success of every student.

# Standard 6

A school administrator is an educational leader who promotes the success of all students by understanding, responding to, and influencing the larger political, social, economic, legal, and cultural context.

**Knowledge**

*The administrator shows a knowledge and understanding of:*

M           global issues and forces affecting teaching and learning

M           the law as related to education and schooling

M           the political, social, cultural and economic systems and processes that impact schools

M           the importance of diversity and equity in a democratic society

**Integrity**

*The administrator shows he/she believes in, values, and is committed to:*

M           education as a key to opportunity and social mobility

M           protecting student rights and improving student opportunities

M           the importance of a continuing dialogue with other decision makers affecting education

**Performances**

*The administrator facilitates processes and engages in activities ensuring that:*

M           the school operates on behalf of students and their families

M           the school community works within the framework of policies, laws, and regulations enacted by local, state, and federal authorities

    IR       communication occurs among the school community concerning trends, issues, and potential changes in the environment in which schools operate

| M | public policy is shaped to provide quality education for students |
| M | lines of communication are developed with decision-makers outside the school community |
| M | there is ongoing dialogue with representatives of diverse community groups |

## Narrative for Standard 6

Mr. Gasteier's efforts in working with court officials to better meet individual student and family student needs is having excellent results. Chris is not reserved in dealing with issues as they affect the needs of students. His efforts are always in the best interests of the student body or individual student.

Reference to improvement required is only in the area of parental involvement.

# Personal Goals

# PERKINS PUBLIC SCHOOLS
## ADMINISTRATOR EVALUATION

____X____      Annual Evaluation

_____      Contract Renewal Year

          _____    Preliminary Evaluation
          ____X____    Final Evaluation

                 ___X___    Recommended for Renewal
                 _____    Recommended for Non-renewal

Administrator:    Chris Gasteier

School Year:    2004-05

Date:    June 22, 2005

Building:    Perkins High School

_Superintendent/Designee Signature_      *_Administrator Signature_

*Signature does not imply agreement, only that the process was completed.

# Perkins Public Schools
# Administrator Evaluation

Chris Gasteier
June 2005

# Standard 1

A school administrator is an educational leader who promotes the success of all students by facilitating the development, articulation, implementation, and stewardship of a vision of learning that is shared and supported by the school community.

**Knowledge**

*The administrator demonstrates knowledge and understanding of:*

| | |
|---|---|
| M | learning goals for a diverse society |
| M | information sources, data collection, and data analysis strategies |
| M | the principles of developing and implementing strategic plans |
| I | effective communication |
| M | systems theory, adult learning styles, and organizational development |
| NO | effective consensus-building and negotiation skills |

**Integrity**

*The administrator demonstrates a belief in values, and is committed to:*

| | |
|---|---|
| M | the education of all |
| M | ensuring that students have the knowledge, skills, and values needed to become successful adults |
| M | a school vision of high standards of learning |
| M | continuous school improvement |
| NO | a willingness to continuously examine one's own assumptions, beliefs, and practices |

1

M                    the inclusion of all members of the school community

I                     doing the work required for high levels of personal and organizational performance

**Performances**

*The administrator facilitates processes and engages in activities ensuring that:*

M                    the mission of the school is effectively communicated to staff, parents, students, and community members

M                    an implementation plan is developed in which objectives and strategies to achieve the vision and goals are clearly articulated

M                    assessment data related to student learning are used to develop the school vision and goals

M                    relevant demographic data pertaining to students and their families are used in developing the school mission and goals

M                    the mission is developed with input from all learning community members

M                    barriers to achieving the mission are identified, clarified, and addressed

M                    needed resources are sought and obtained to support the implementation of the school mission and goals

M                    existing resources are used in support of the school vision and goals

M                    the school community is involved in school improvement efforts

M                    he mission and continuous improvement plans are regularly monitored, evaluated, and revised

## Narrative for Standard 1

Chris is an educational leader who seeks to have all students be successful. He is strongly committed to the vision of the district and his building.

# Standard 2

A school administrator is an educational leader who promotes the success of all students by advocating, nurturing, and sustaining a school culture and instructional program conducive to student learning and staff professional growth.

**Knowledge**

*The administrator demonstrates knowledge and understanding of:*

M   student growth and development

M   diversity and its meaning for educational programs

M   applied learning theories

M   adult learning styles and professional development models

M   curriculum design, implementation, evaluation, and refinement

M   the change process for systems, organizations and individuals

M   principles of effective instruction

M   the role of technology in promoting student learning and professional growth

M   measurement, evaluation, and assessment strategies

M   school cultures

**Integrity**

*The administrator's achievement as an instructional leader gives evidence that he/she believes in, values, and is committed to:*

M   student learning as the fundamental purpose of schooling

M   the benefits that diversity brings to the school community

M   the proposition that all students can learn

3

| M | a safe and supportive learning environment |
| M | the variety of ways in which students can learn |
| M | preparing students to be contributing members of society |
| M | life long learning for self and others |
| M | professional development as an integral part of school improvement |

**Performances**

*The administrator facilitates processes and engages in activities ensuring that:*

| M | all individuals are treated with fairness, dignity, and respect |
| E | the school is organized and aligned for success |
| I | professional development promotes a focus on student learning consistent with the school vision and goals and district vision and goals |
| M | curricular, co-curricular, and extra-curricular programs are designed, implemented, evaluated, and refined |
| E | students and staff feel valued and important |
| M | curriculum decisions are based on research, expertise of teachers, and collaborative planning |
| M | the responsibilities and contributions of each individual are acknowledged |
| M | the school culture and climate are assessed on a regular basis |
| M | barriers to student learning are identified, clarified, and addressed |
| M | a variety of sources of information are used to make decisions |
| M | diversity is considered in developing learning experiences |
| M | student learning is assessed using a variety of techniques |
| M | life long learning is encouraged and modeled |
| M | there is a culture of high expectations for self, all students, and staff |

4

performance

| M | multiple sources of information regarding performance are used by staff and students |
|---|---|
| M | technologies are used in teaching and learning |
| M | student and staff accomplishments are recognized and celebrated |
| M | pupil personnel programs are developed to meet the needs of students and their families |
| M | multiple opportunities to learn are available to all students |

## Narrative for Standard 2

Perkins High School is an educational facility that sustains a school culture and varied instructional programs conducive to student learning. The school's unique block schedule offers variety to the learning opportunities. Staff and students' alike feel valued.

# Standard 3

A school administrator is an educational leader who promotes the success of all students by ensuring management of the organization, operations, and resources for a safe, efficient, and effective learning environment.

### Knowledge

*The administrator shows knowledge and understanding of:*

| M | theories and models of organizations and the principles of organizational development |
|---|---|
| NO | principles and issues relating to fiscal operations of school management |
| M | operational procedures at the school and district level |
| M | principles and issues relating to school facilities and use of space |
| M | principles and issues relating to school safety and security |
| M | legal issues impacting school operations |
| M | current technologies that support management functions |

5

M                       human resources management and development

## Integrity

*The administrator demonstrates that he/she believes in, values, and is committed to:*

M                       making management decisions to enhance learning and teaching

M                       high-quality standards, expectations, and performances

M                       taking risks to improve schools

M                       giving ownership to others in the management processes

M                       trusting people and their judgments

M                       a safe environment

I                        accepting responsibility for building and district goals

## Performances

*The administrator facilitates, processes, and engages in activities ensuring that:*

M                       knowledge of learning, teaching, and student development is used to inform management decisions

I                        organizational systems are regularly monitored and modified as needed

M                       all members of the learning community are involved in decisions affecting the school when appropriate

M                       responsibility is shared to maximize ownership and accountability

M                       emerging trends are recognized, studied, and applied as appropriate

M                       effective problem framing and problem solving skills are used

E                       operational plans and procedures to achieve the vision and goals of the school are in place

NO                      effective conflict resolution skills are used in collective bargaining and other contractual agreements related to the school are effectively

6

|      | managed |
|------|---------|
| M    | effective group-process and consensus building skills are used |
| I-M  | effective communication skills are used |
| M    | the school plant, equipment, and support systems operate safely, efficiently, and effectively |
| M    | there is effective use of technology to manage school operations |
| NA   | time is managed to maximize attainment of organizational goals |
| NO   | fiscal resources of the school are managed responsibly, efficiently, and effectively |
| M    | potential problems and opportunities are identified |
| M    | a safe, clean, and aesthetically pleasing school environment is created and maintained |
| NA   | problems are confronted and resolved in a timely manner |
| M    | confidentiality and privacy of school records are maintained |
| M    | the school acts creatively to support continuous improvement |

## Narrative for Standard 3
This is an area in which improvement needs to be made, especially in the area of timeliness and attainment of goals. Mr. Gasteier and Mr. Dahlmann do a good job to promote a safe and effective learning environment.

# Standard 4

A school administrator is an educational leader who promotes the success of all students by collaborating with families and community members, responding to diverse community interests and needs, and mobilizing community resources.

### Knowledge

*The administrator shows a knowledge and understanding of:*

| M | emerging issues and trends that potentially impact the school community |
|---|---|

7

| | |
|---|---|
| M | community relations, marketing strategies, and processes |
| M | the conditions and dynamics of a diverse school community |
| M | successful models of school, family, business, community, government and higher education partnerships |
| E | community resources |

**Integrity**

*The administrator shows that he/she believes in, values, and is committed to:*

| | |
|---|---|
| M | schools operating as an integral part of the larger community |
| M | families as partners in the education of their children |
| M | collaboration and communication with families |
| M | involvement of families and other members of the learning community in the school decision-making processes |
| M | the proposition that diversity enriches the school |
| M | an informed public |

**Performances**

*The administrator facilitates processes and engages in activities ensuring that:*

| | |
|---|---|
| E | high visibility, active involvement, and communication with the larger community is a priority |
| M | relationships with community leaders are identified and nurtured |
| M | all members of the community are treated equitably |
| M | information about family and community concerns, expectations, and needs is used regularly |
| M | effective media relations are developed and maintained |
| NO | a comprehensive program of community relations is established |

8

| M | credence is given to individuals and groups whose values and opinions may conflict |
| M | public resources and funds are used appropriately and wisely |
| M | partnerships are established with area businesses, institutions of higher education and members of the community to support the schools goals |

**Narrative for Standard 4**

This standard is one that is very strong for Mr. Gasteier. Being a local citizen has enabled Chris to establish varied and life-long relationships with the community and its members. Due to this familiarization, community members feel very comfortable working with Mr. Gasteier.

# Standard 5

A school administrator is an educational leader who promotes the success of all students by acting with integrity, fairness, and in an ethical manner.

**Knowledge**

*The administrator demonstrates knowledge and understanding of:*

| M | professional codes of ethics |
| M | various ethical frameworks and perspectives on ethics |

**Integrity**

*The administrator shows he/she believes in, values, and is committed to:*

| M | the ideal of the common good |
| M | accepting the consequences for upholding one's principles and actions |
| M | the right of every student to a free, quality education |
| M | bringing ethical principles to the decision making process |
| M | development of a caring school community |

**Performances**

9

*The administrator:*

| | |
|---|---|
| M | examines personal and professional values |
| M | protects the rights and confidentiality of students and staff |
| M | demonstrates a personal and professional code of ethics |
| M | demonstrates appreciation for and sensitivity to the diversity in the school community |
| M | demonstrates values, beliefs, and attitudes that inspire others to higher levels of performance |
| M | recognizes and respects the legitimate authority of others |
| M | serves as a role model |
| M | examines and considers the prevailing values of the diverse school community |
| I | accepts responsibility for school operations |
| M | considers the impact of one's administrative practices on others |
| M | fulfills legal and contractual obligations |
| M | treats people fairly, equitably, and with dignity and respect |
| M | applies rules and procedures fairly, wisely, and considerately |

## Narrative for Standard 5

Mr. Gasteier treats students fairly and ethically. One can always tell what and how Mr. Gasteier believes about an issue.

# Standard 6

A school administrator is an educational leader who promotes the success of all students by understanding, responding to, and influencing the larger political, social, economic, legal, and cultural context.

### Knowledge

*The administrator shows a knowledge and understanding of:*

10

| | |
|---|---|
| M | global issues and forces affecting teaching and learning |
| M | the law as related to education and schooling |
| M | the political, social, cultural and economic systems and processes that impact schools |
| M | the importance of diversity and equity in a democratic society |

**Integrity**

*The administrator shows he/she believes in, values, and is committed to:*

| | |
|---|---|
| M | education as a key to opportunity and social mobility |
| M | protecting student rights and improving student opportunities |
| M | the importance of a continuing dialogue with other decision makers affecting education |

**Performances**

*The administrator facilitates processes and engages in activities ensuring that:*

| | |
|---|---|
| M | the school operates on behalf of students and their families |
| M | the school community works within the framework of policies, laws, and regulations enacted by local, state, and federal authorities |
| M | communication occurs among the school community concerning trends, issues, and potential changes in the environment in which schools operate |
| M | public policy is shaped to provide quality education for students |
| M | lines of communication are developed with decision-makers outside the school community |
| M | there is ongoing dialogue with representatives of diverse community groups |

## Narrative for Standard 6

Mr. Gasteier is involved with local politicians and community groups which enhance his understanding and utilization of the community at large.

11

Goals for the ___2004___ - ___2005___ school year.

Professional:

1. Seek technology training for myself and staff to provide better communication within the building, district, and community.
2. Conduct a study of programs available for at risk and gifted students. To develop connections with virtual learning schools and universities.

Personal:
3. To get the office organized. To file unnecessary papers and eliminate unnecessary clutter.

Comments of evaluator on performance related goals and/or general overview of administrator's performance:

1. Mr. Gasteier attended the Ohio Literacy Program for Administrators as his technology professional development opportunity. Grade card professional development also was offered to the high school staff.
2. A study of programs for at risk and gifted students was not achieved. Mr. Gasteier has shared some information with me about one virtual learning academy, however, a study of academies has not occurred.
3. Mr. Gasteier's personal office looks a little neater than it did last year, however I have found that even though this may be accurate, it has not improved his accountability. For example: delinquent notices for 2005 were late in getting to the secretary so report cards that should not have been sent home did get sent home.

Mr. Gasteier needs to show improvement in the following areas during the 2005-06 school year:

- Timeliness-deadlines need to be met. There were at least ten major issues of Mr. Gasteier not meeting deadlines during the 2004-05 school year. A workshop or conference on "Getting Organized" needs to be completed.
- It is important that paperwork is not only completed on time but properly. This impacts the Assistant Treasurer's responsibilities. More attention and detail needs to be given to paperwork submitted for approval.
- Mr. Gasteier needs to be in the building more. He needs to establish a schedule and keep to this schedule to meet with his assistant principal and share information. He needs to be aware of all personnel who are working in his building. He needs to address situations in his building with professionalism and

solutions, i.e., secretarial concerns in the mail office; comp time; type of information leaving the high school office, etc.

- The Superintendent needs to be informed of situations which might have a negative affect or impact the district or community or about staff or student events. Mr. Gasteier improved in this area the last three months of the 2004-05 school year.

- There are some general concerns re: Mr. Gasteier's performance this past school year (2004-05). Needs to be more professional when things don't necessarily go his way, i.e., tone of email to Rita Rohlf and me; CBBS advisor discussion; Board policy meeting where you slammed your notebook shut and outwardly expressed disgust. He needs to be able to separate personal from professional items, i.e., situation w/ youngest son. Needs to be responsible for all hearings, i.e., no one from PHS showed up for the Amanda Gomez expulsion hearing. Mr. Gasteier needs to keep information confidential, when appropriate.

# Perkins Public Schools



1210 E. BOGART ROAD, SANDUSKY OHIO  44870-6411
419-625-0484                    419-621-2052 (FAX)

SHARON L. BUCCIERI                WILLIAM M. HAGGERTY
*Superintendent*                          *Treasurer*

March 31, 2005

To:     Chris Gasteier, Perkins High School Principal
From:  Sharon L. Buccieri, Superintendent
Re:      Letter of Reprimand

Dear Mr. Gasteier,

This letter pertains to your not meeting important deadlines. Submissions for the district newsletter were due to Michele by Friday, January 14, 2005. Your submission reached my office on January 24, 2005. Because the submission did not reach this office on time, it could not be included in the most recent district newsletter. Not only is this omission a poor reflection on your building and its leadership, but on the district as a whole.

In addition, the Needs 2005-06 List was due March 1, 2005. Your building's list has yet to be completed and submitted to this office.

Meeting deadlines is an essential component of an administrator's duties. I expect future deadlines to be met.

Sincerely,

*Sharon L. Buccieri*

Sharon L. Buccieri

CC:     File

**Perkins Local Schools**

# Memo

| | |
|---|---|
| **To:** | Chris Gasteier, Principal |
| **From:** | Sherry Buccier, Superintendent |
| **CC:** | File |
| **Date:** | May 11, 2005 |
| **Re:** | Concerns |

I have numerous concerns regarding your leadership ability to complete tasks in a timely and thorough manner and to be adequately prepared.

Prior to Spring break 2004, I requested that you submit information by April 8, 2005, regarding the CAD program and facilities. You contacted me and asked for an extension until the Monday after Spring break, April 18, 2004, which was granted. It is now May 6, 2004 and that information has yet to be submitted. In making district decisions for the 2005-06 school year, it has been difficult to get Board approval for high school projects with limited or nonexistent data. This lack of completing tasks, only hurts your building and its potential opportunities.

On Friday, April 29, the principals and two Board members met with the OSBA rep to review policy. All principals were given the policy way in advance to review and to come prepared to give input. At this meeting, it was apparent that you had not reviewed the policy packet of information as you got different policies confused with one another; you were reading the policy as we sat at the table; and you could not give adequate input regarding certain policies relative to the high school operations. The process at the table was being delayed because you were not prepared. This lack of preparation is not acceptable, especially in the presence of Board members.

On May 3, 2005, an Expulsion Hearing was to be held for Amanda Gomez at 3:30 p.m. in the superintendent's office. A representative from the high school did not show up for this hearing. A copy of the hearing letter was sent to you. I questioned Mark as to why he did not attend and he said he had not been informed that there was to be a hearing. If you could not attend, you should have delegated this responsibility to Mark. Since you did not, you should have been present and were not. Again, a lack of follow through was displayed.

As a building leader, it is imperative that you are prepared, thorough, and timely in completing all tasks. These concerns will be reflected in your yearly evaluation.

1

10/06/2005  15:49    4196212057                    PERKINS HS                                      PAGE  01/03

# *Perkins High School*

*3714 South Campbell Street*
*Sandusky, Ohio  44870*
*(419) 625-1252    FAX (419) 621-2057*

*www.perkins.k12.oh.us*



*Chris J. Gasteier, Principal*
*Mark H. Dahlmann, Assistant Principal*

July 8, 2005

Dear Mrs. Buccieri,

On June 29, 2005, I met with Perkins Fire Chief, Rick Myosky, and Perkins Fire Marshal, Gary Guendelsberger, to discuss the tornado and fire drill exercises required by the State of Ohio.  Briar Middle School Principal, Dean Janitzki, was also present at this meeting.  We determined that we would schedule six fire drills prior to December 1 and four fire drills to be held in the spring.  We will meet with the fire department prior to school starting in August to set up the fall dates. Mr. Janitzki suggested that the dates be set by all four school at our August retreat meeting in Westlake.

Perkins High School will hold one drill each of the first two days of school in August.  Twice a year the fire department will receive a report from Perkins High School, at the end of November, and middle of July updating them on the number of drills held. Bells will be utilized for each fire drill and Habitec Security will be called prior to each drill.  We will have three tornado drills, one each in April, May and June, and one fire drill during each summer school session.

I am attaching this year's fire and tornado drill report.  As principal of Perkins High School, I take full responsibility for the lack of drills being completed.  I feel that I must note, however, that I had been instructed to hold only one type of drill for the 2004/2005 school year, and that drill was the evacuation drill.  I waited to hear from the police chief and the district crisis management team on what exercise was to take the place of the fire drill.  I will have the 10 fire drills and three tornado drills, in 2005/2006, separate from any evacuation exercise that we have.

Again, I take full responsibility for my lack of compliance with the State of Ohio's school requirements.

Sincerely,

Chris J. Gasteier
Principal

cc.  Mr. Gary Guendelsberger
     Perkins Fire Marshal

/baf

# Perkins Public Schools



1210 E. BOGART ROAD, SANDUSKY OHIO  44870-6411
419-625-0484                    419-621-2052 (FAX)

SHARON L. BUCCIERI                LISA M. CRESCIMANO
*Superintendent*                        *Treasurer*

February 29, 2006

Dear Mr. Gasteier,

On Friday, February 24, 2006, I sent you an email requesting information about whom, from your building, had given permission to special education teachers to flex their schedules for IEP's.  Your email response was that you were unaware that this practice was going on although you did indicate that the practice had occurred a few years ago.  I then responded to your email that this situation needed to be addressed immediately.

Three things are of concern to me regarding our communication.  First, as the building principal, you should know and be on top of everything that is happening in your building.  You are not.  As a building principal you should be contacting either the Superintendent or Treasurer to inform us of situations and at times get authorization to move ahead.  Secondly, you blatantly were untruthful with me. You signed off on the leave forms to approve these absences-not only this year, but in prior years.  You have even been a member of an IEP team or the administrator who has signed off of an IEP that was held outside of the regular school hours.  Thirdly, instead of you dealing face to face with me on this issue, you contacted the Union President.  She then placed blame on the Superintendent for not approving the flex time.  As a building principal, you are to support the decisions made by the Superintendent and to follow through with them-not approach a union teacher to clarify the situation or to justify the situation.

Your lack of professionalism in dealing with this situation is unacceptable. Moving forward, I expect you to support administrative decisions, be forthright in your communication, and have the conviction to admit a mistake without getting defensive and to correct and learn from any error that has occurred.

Sincerely,

*Sharon L. Buccieri*

Sharon L. Buccieri
Superintendent

Cc:  Personnel File

# Perkins Public Schools



1210 E. BOGART ROAD, SANDUSKY OHIO 44870-6411
419-625-0484          419-621-2052 (FAX)

SHARON L. BUCCIERI          LISA M. CRESCIMANO
*Superintendent*               *Treasurer*

May 8, 2006

Chris J. Gasteier
 Principal
Perkins High School
3114 Campbell Street
Sandusky, OH 44870

Re:     Request for Tenure

Dear Mr. Gasteier:

This letter concerns your July 14, 2005 request that the Perkins Local School District Board of Education grant you tenure based on your years of teaching experience in Social Studies in the Perkins Local School District. I will not be recommending you for continuing contract (tenure) status. Further, based on my discussion with the Board of Education in executive session, it is my understanding that the Board would not approve any recommendation for you to receive continuing contract status.

If you have any questions or concerns do not hesitate to contact me.

Sincerely,

Sharon L. Buccieri
Superintendent

cc:     Personnel File

# PERKINS PUBLIC SCHOOLS
## ADMINISTRATOR EVALUATION

_____✓_____  Annual Evaluation

_____  Contract Renewal Year

_____ Preliminary Evaluation
_____ Final Evaluation

_____ Recommended for Renewal
_____ Recommended for Non-renewal

Administrator: *Chris Coaster*

School Year: *2005 - 06*

Date: *7/26/06*

Building: *PHS*

_____  _____
Superintendent/Designee Signature    *Administrator Signature

*Signature does not imply agreement, only that the process was completed.

# Perkins Public Schools
# Administrator Evaluation

Chris Gasteier
July 2006

# Standard 1

A school administrator is an educational leader who promotes the success of all students by facilitating the development, articulation, implementation, and stewardship of a vision of learning that is shared and supported by the school community.

**Knowledge**

*The administrator demonstrates knowledge and understanding of:*

| | |
|---|---|
| M | learning goals for a diverse society |
| M | information sources, data collection, and data analysis strategies |
| M | the principles of developing and implementing strategic plans |
| M | effective communication |
| M | systems theory, adult learning styles, and organizational development |
| M | effective consensus-building and negotiation skills |

**Integrity**

*The administrator demonstrates a belief in values, and is committed to:*

| | |
|---|---|
| M | the education of all |
| M | ensuring that students have the knowledge, skills, and values needed to become successful adults |
| M | a school vision of high standards of learning |
| E | continuous school improvement |
| M | a willingness to continuously examine one's own assumptions, beliefs, and practices |

1

| M | the inclusion of all members of the school community |
| I | doing the work required for high levels of personal and organizational performance |

**Performances**

*The administrator facilitates processes and engages in activities ensuring that:*

| E | the mission of the school is effectively communicated to staff, parents, students, and community members |
| M | an implementation plan is developed in which objectives and strategies to achieve the vision and goals are clearly articulated |
| M | assessment data related to student learning are used to develop the school vision and goals |
| M | relevant demographic data pertaining to students and their families are used in developing the school mission and goals |
| M | the mission is developed with input from all learning community members |
| M | barriers to achieving the mission are identified, clarified, and addressed |
| M | needed resources are sought and obtained to support the implementation of the school mission and goals |
| M | existing resources are used in support of the school vision and goals |
| M | the school community is involved in school improvement efforts |
| M | The mission and continuous improvement plans are regularly monitored, evaluated, and revised |

## Narrative for Standard 1

Mr. Gasteier seeks to continually improve the offerings at PHS. He strives for continuous improvement in his building. Mr. Gasteier's organizational performance needs improvement in the area of timeliness.

2

# Standard 2

A school administrator is an educational leader who promotes the success of all students by advocating, nurturing, and sustaining a school culture and instructional program conducive to student learning and staff professional growth.

## Knowledge

*The administrator demonstrates knowledge and understanding of:*

M           student growth and development

M           diversity and its meaning for educational programs

M           applied learning theories

M           adult learning styles and professional development models

M           curriculum design, implementation, evaluation, and refinement

M           the change process for systems, organizations and individuals

M           principles of effective instruction

E           the role of technology in promoting student learning and professional growth

M           measurement, evaluation, and assessment strategies

M           school cultures

## Integrity

*The administrator's achievement as an instructional leader gives evidence that he/she believes in, values, and is committed to:*

M           student learning as the fundamental purpose of schooling

M           the benefits that diversity brings to the school community

M           the proposition that all students can learn

3

| | |
|---|---|
| M | a safe and supportive learning environment |
| M | the variety of ways in which students can learn |
| M | preparing students to be contributing members of society |
| M | life long learning for self and others |
| M | professional development as an integral part of school improvement |

**Performances**

*The administrator facilitates processes and engages in activities ensuring that:*

| | |
|---|---|
| M | all individuals are treated with fairness, dignity, and respect |
| M | the school is organized and aligned for success |
| M | professional development promotes a focus on student learning consistent with the school vision and goals and district vision and goals |
| M | curricular, co-curricular, and extra-curricular programs are designed, implemented, evaluated, and refined |
| E | students and staff feel valued and important |
| M | curriculum decisions are based on research, expertise of teachers, and collaborative planning |
| M | the responsibilities and contributions of each individual are acknowledged |
| M | the school culture and climate are assessed on a regular basis |
| M | barriers to student learning are identified, clarified, and addressed |
| M | a variety of sources of information are used to make decisions |
| M | diversity is considered in developing learning experiences |
| M | student learning is assessed using a variety of techniques |
| M | life long learning is encouraged and modeled |
| M | there is a culture of high expectations for self, all students, and staff |

4

performance

| M | multiple sources of information regarding performance are used by staff and students |

| M | technologies are used in teaching and learning |

| M | student and staff accomplishments are recognized and celebrated |

| M | pupil personnel programs are developed to meet the needs of students and their families |

| M | multiple opportunities to learn are available to all students |

## Narrative for Standard 2

This is an area of strength for Mr. Gasteier.  His staff and students feel valued and appreciated.  In his building, he goes out of his way to acknowledge students and staff for their accomplishments.  He also encourages the use of technology with both his staff and students.

# Standard 3

A school administrator is an educational leader who promotes the success of all students by ensuring management of the organization, operations, and resources for a safe, efficient, and effective learning environment.

### Knowledge

*The administrator shows knowledge and understanding of:*

| M | theories and models of organizations and the principles of organizational development |

| I | principles and issues relating to fiscal operations of school management |

| I | operational procedures at the school and district level |

| M | principles and issues relating to school facilities and use of space |

| M | principles and issues relating to school safety and security |

| M | legal issues impacting school operations |

| M | current technologies that support management functions |

M              human resources management and development

## Integrity

*The administrator demonstrates that he/she believes in, values, and is committed to:*

M              making management decisions to enhance learning and teaching

M              high-quality standards, expectations, and performances

M              taking risks to improve schools

M              giving ownership to others in the management processes

I              trusting people and their judgments

M              a safe environment

M              accepting responsibility for building and district goals

## Performances

*The administrator facilitates, processes, and engages in activities ensuring that:*

M              knowledge of learning, teaching, and student development is used to inform management decisions

M              organizational systems are regularly monitored and modified as needed

M              all members of the learning community are involved in decisions affecting the school when appropriate

M              responsibility is shared to maximize ownership and accountability

M              emerging trends are recognized, studied, and applied as appropriate

M              effective problem framing and problem solving skills are used

M              operational plans and procedures to achieve the vision and goals of the school are in place

NA            effective conflict resolution skills are used in collective bargaining and other contractual agreements related to the school are effectively

|     | managed |
| --- | --- |
| E | effective group-process and consensus building skills are used |
| M/I | effective communication skills are used |
| M | the school plant, equipment, and support systems operate safely, efficiently, and effectively |
| M | there is effective use of technology to manage school operations |
| M | time is managed to maximize attainment of organizational goals |
| I | fiscal resources of the school are managed responsibly, efficiently, and effectively |
| M | potential problems and opportunities are identified |
| M | a safe, clean, and aesthetically pleasing school environment is created and maintained |
| I | problems are confronted and resolved in a timely manner |
| M | confidentiality and privacy of school records are maintained |
| M | the school acts creatively to support continuous improvement |

### Narrative for Standard 3

Mr. Gasteier involves his staff in the process of shared decision making. He effectively uses the group consensus process when working with different departments. Chris needs to more fully understand the fiscal operations of his building and the district. He needs to soundly know and understand the operations process, i.e., requisitions, leave forms, year end information, etc. If in doubt, he needs to contact the Treasurer's Office or Superintendent's Office. Regarding communication, Chris does not like confrontation with his office staff and at times this leads to staff setting their own rules rather than complying with policy. This then causes undo tension between office employees. Mr. Gasteier needs to be watchful of confidentiality. At times, he shares too much information with others when the information is meant for him alone.

# Standard 4

A school administrator is an educational leader who promotes the success of all students by collaborating with families and community members, responding to diverse community interests and needs, and mobilizing community resources.

**Knowledge**

*The administrator shows a knowledge and understanding of:*

| | |
|---|---|
| M | emerging issues and trends that potentially impact the school community |
| E | community relations, marketing strategies, and processes |
| M | the conditions and dynamics of a diverse school community |
| M | successful models of school, family, business, community, government and higher education partnerships |
| M | community resources |

**Integrity**

*The administrator shows that he/she believes in, values, and is committed to:*

| | |
|---|---|
| E | schools operating as an integral part of the larger community |
| M | families as partners in the education of their children |
| M | collaboration and communication with families |
| M | involvement of families and other members of the learning community in the school decision-making processes |
| E | the proposition that diversity enriches the school |
| M | an informed public |

**Performances**

*The administrator facilitates processes and engages in activities ensuring that:*

| | |
|---|---|
| E | high visibility, active involvement, and communication with the larger community is a priority |
| E | relationships with community leaders are identified and nurtured |
| M | all members of the community are treated equitably |

| | |
|---|---|
| M | information about family and community concerns, expectations, and needs is used regularly |
| M | effective media relations are developed and maintained |
| M | a comprehensive program of community relations is established |
| M | credence is given to individuals and groups whose values and opinions may conflict |
| M | public resources and funds are used appropriately and wisely |
| E | partnerships are established with area businesses, institutions of higher education and members of the community to support the schools goals |

## Narrative for Standard 4

Chris is well-known throughout the Perkins community. He believes that the schools are the focal point of this community. He believes that diversity expands the learning horizons of students and seeks to offer such opportunities to our students whenever available. Mr. Gasteier is highly visible at all high school events and within the community-almost to a point where it becomes a detriment of him not being in his building often enough to complete required tasks and handle discipline situations in a timely manner. Chris has established partnerships with Junior Achievement and the Chamber of Commerce to enhance the learning opportunities of the high school students.

# Standard 5

A school administrator is an educational leader who promotes the success of all students by acting with integrity, fairness, and in an ethical manner.

## Knowledge

*The administrator demonstrates knowledge and understanding of:*

| | |
|---|---|
| M | professional codes of ethics |
| M | various ethical frameworks and perspectives on ethics |

## Integrity

*The administrator shows he/she believes in, values, and is committed to:*

| | |
|---|---|
| M | the ideal of the common good |

9

| M | accepting the consequences for upholding one's principles and actions |
| M | the right of every student to a free, quality education |
| M | bringing ethical principles to the decision making process |
| M | development of a caring school community |

**Performances**

*The administrator:*

| M | examines personal and professional values |
| M | protects the rights and confidentiality of students and staff |
| M/I | demonstrates a personal and professional code of ethics |
| M | demonstrates appreciation for and sensitivity to the diversity in the school community |
| M | demonstrates values, beliefs, and attitudes that inspire others to higher levels of performance |
| M/I | recognizes and respects the legitimate authority of others |
| M | serves as a role model |
| M | examines and considers the prevailing values of the diverse school community |
| M | accepts responsibility for school operations |
| M | considers the impact of one's administrative practices on others |
| M | fulfills legal and contractual obligations |
| E | treats people fairly, equitably, and with dignity and respect |
| M | applies rules and procedures fairly, wisely, and considerately |

## Narrative for Standard 5

10

Mr. Gasteier treats both his staff and students with respect and dignity.  He needs to openly support the Superintendent, Treasurer, and Board members-not remain a neutral party.  His neutrality indicates a lack of support for all.

# Standard 6

A school administrator is an educational leader who promotes the success of all students by understanding, responding to, and influencing the larger political, social, economic, legal, and cultural context.

**Knowledge**

*The administrator shows a knowledge and understanding of:*

| | |
|---|---|
| M | global issues and forces affecting teaching and learning |
| M | the law as related to education and schooling |
| M | the political, social, cultural and economic systems and processes that impact schools |
| M | the importance of diversity and equity in a democratic society |

**Integrity**

*The administrator shows he/she believes in, values, and is committed to:*

| | |
|---|---|
| E | education as a key to opportunity and social mobility |
| M | protecting student rights and improving student opportunities |
| M | the importance of a continuing dialogue with other decision makers affecting education |

**Performances**

*The administrator facilitates processes and engages in activities ensuring that:*

| | |
|---|---|
| M | the school operates on behalf of students and their families |
| M | the school community works within the framework of policies, laws, |

11

|   | and regulations enacted by local, state, and federal authorities |
|---|---|
| M | communication occurs among the school community concerning trends, issues, and potential changes in the environment in which schools operate |
| M | public policy is shaped to provide quality education for students |
| M | lines of communication are developed with decision-makers outside the school community |
| M | there is ongoing dialogue with representatives of diverse community groups |

## Narrative for Standard 6

Mr. Gasteier supports and encourages the concept that education is a key component for successful opportunities and growth.

# PERKINS PUBLIC SCHOOLS
## ADMINISTRATOR EVALUATION

_____ Annual Evaluation

☑ Contract Renewal Year

_____ Initial Evaluation
☑ Final Evaluation

☑ Recommended for Renewal
_____ Recommended for Non-renewal

Administrator: _Chris Gasteier_

School Year: _2006-07_

Date: _3/22/07_ * _see notation on p. 1 of the evaluation_.

Building: _PHS_

_3/22/07_

_____
Superintendent/Designee Signature

_____
*Administrator Signature

*Signature does not imply agreement, only that the process was completed.

# Perkins Public Schools
# Administrator Evaluation

Chris Gasteier
March 22, 2007
*this was originally scheduled to be completed the last week in February but due to a
death in the family, it was postponed.

| | | |
|---|---|---|
| E=Exceeds | M=Meets | NI=Needs Improvement |
| NO=Not Observed | | NA=Not Applicable |

# Standard 1

A school administrator is an educational leader who promotes the success of all students
by facilitating the development, articulation, implementation, and stewardship of a vision
of learning that is shared and supported by the school community.

## Knowledge

*The administrator demonstrates knowledge and understanding of:*

| | |
|---|---|
| M | learning goals for a diverse society |
| NO | information sources, data collection, and data analysis strategies |
| M | the principles of developing and implementing strategic plans |
| M/NI | effective communication |
| M | systems theory, adult learning styles, and organizational development |
| M | effective consensus-building and negotiation skills |

## Integrity

*The administrator demonstrates a belief in values, and is committed to:*

| | |
|---|---|
| M | the education of all |
| M | ensuring that students have the knowledge, skills, and values needed to become successful adults |
| M | a school vision of high standards of learning |
| M | continuous school improvement |

1

| M | a willingness to continuously examine one's own assumptions, beliefs, and practices |
| M | the inclusion of all members of the school community |
| M/NI | doing the work required for high levels of personal and organizational performance |

**Performances**

*The administrator facilitates processes and engages in activities ensuring that:*

| E | the mission of the school is effectively communicated to staff, parents, students, and community members |
| M | an implementation plan is developed in which objectives and strategies to achieve the vision and goals are clearly articulated |
| NO | assessment data related to student learning are used to develop the school vision and goals |
| M | relevant demographic data pertaining to students and their families are used in developing the school mission and goals |
| M | the mission is developed with input from all learning community members |
| M | barriers to achieving the mission are identified, clarified, and addressed |
| M | needed resources are sought and obtained to support the implementation of the school mission and goals |
| M | existing resources are used in support of the school vision and goals |
| M | the school community is involved in school improvement efforts |
| NO | The mission and continuous improvement plans are regularly monitored, evaluated, and revised |

## Narrative for Standard 1

Effective communication has improved dramatically this year between Mr. Gasteier and Mrs. Buccieri. Effective communication to the high school staff appears to be in question as teachers are not following protocol that was addressed to them by the high school principal. Mr. Gasteier needs to address this lack of clarity with his teaching staff.

2

Organizational items need to be completed in a timely and accurate fashion.  Mr. Gasteier continues to positively promote the high school vision of academic excellence.

# Standard 2

A school administrator is an educational leader who promotes the success of all students by advocating, nurturing, and sustaining a school culture and instructional program conducive to student learning and staff professional growth.

## Knowledge

*The administrator demonstrates knowledge and understanding of:*

| | |
|---|---|
| M | student growth and development |
| M | diversity and its meaning for educational programs |
| M | applied learning theories |
| M | adult learning styles and professional development models |
| M | curriculum design, implementation, evaluation, and refinement |
| M | the change process for systems, organizations and individuals |
| M | principles of effective instruction |
| M | the role of technology in promoting student learning and professional growth |
| NO | measurement, evaluation, and assessment strategies |
| M | school cultures |

## Integrity

*The administrator's achievement as an instructional leader gives evidence that he/she believes in, values, and is committed to:*

| | |
|---|---|
| M | student learning as the fundamental purpose of schooling |
| M | the benefits that diversity brings to the school community |
| M | the proposition that all students can learn |

3

| M | a safe and supportive learning environment |
| M | the variety of ways in which students can learn |
| M | preparing students to be contributing members of society |
| M | life long learning for self and others |
| M | professional development as an integral part of school improvement |

**Performances**

*The administrator facilitates processes and engages in activities ensuring that:*

| M/NI | all individuals are treated with fairness, dignity, and respect |
| E | the school is organized and aligned for success |
| M | professional development promotes a focus on student learning consistent with the school vision and goals and district vision and goals |
| M/NI | curricular, co-curricular, and extra-curricular programs are designed, implemented, evaluated, and refined |
| M | students and staff feel valued and important |
| M | curriculum decisions are based on research, expertise of teachers, and collaborative planning |
| M | the responsibilities and contributions of each individual are acknowledged |
| NO | the school culture and climate are assessed on a regular basis |
| M | barriers to student learning are identified, clarified, and addressed |
| M | a variety of sources of information are used to make decisions |
| M | diversity is considered in developing learning experiences |
| M | student learning is assessed using a variety of techniques |
| M | life long learning is encouraged and modeled |

| M | there is a culture of high expectations for self, all students, and staff performance |
| NO | multiple sources of information regarding performance are used by staff and students |
| M | technologies are used in teaching and learning |
| M | student and staff accomplishments are recognized and celebrated |
| M | pupil personnel programs are developed to meet the needs of students and their families |
| M | multiple opportunities to learn are available to all students |

## Narrative for Standard 2

At PHS there is an academic culture that is conducive to student learning. The building has begun addressing the needs of the higher academic student, such as offering the University of Findlay courses; however, the needs of those students at the lower end of the academic spectrum still need to be addressed. There have been some issues about equality and fairness this year, especially with the black student population within the building. Co-curricular fees need to be addressed and paid in a timely fashion. This process needs careful refining. Student successes are celebrated on a regular basis. I would like more staff successes celebrated via the Perkins Insider. PHS has received an Excellent rating on the State Report Card and is to be commended for this accomplishment.

# Standard 3

A school administrator is an educational leader who promotes the success of all students by ensuring management of the organization, operations, and resources for a safe, efficient, and effective learning environment.

## Knowledge

*The administrator shows knowledge and understanding of:*

| M | theories and models of organizations and the principles of organizational development |
| NI | principles and issues relating to fiscal operations of school management |
| NI | operational procedures at the school and district level |

| | |
|---|---|
| M | principles and issues relating to school facilities and use of space |
| M | principles and issues relating to school safety and security |
| M | legal issues impacting school operations |
| M | current technologies that support management functions |
| M | human resources management and development |

**Integrity**

*The administrator demonstrates that he/she believes in, values, and is committed to:*

| | |
|---|---|
| M | making management decisions to enhance learning and teaching |
| M | high-quality standards, expectations, and performances |
| M | taking risks to improve schools |
| M | giving ownership to others in the management processes |
| M | trusting people and their judgments |
| M | a safe environment |
| M/NI | accepting responsibility for building and district goals |

**Performances**

*The administrator facilitates, processes, and engages in activities ensuring that:*

| | |
|---|---|
| M | knowledge of learning, teaching, and student development is used to inform management decisions |
| NO | organizational systems are regularly monitored and modified as needed |
| M | all members of the learning community are involved in decisions affecting the school when appropriate |
| M | responsibility is shared to maximize ownership and accountability |
| NO | emerging trends are recognized, studied, and applied as appropriate |

6

| | |
|---|---|
| M | effective problem framing and problem solving skills are used |
| M | operational plans and procedures to achieve the vision and goals of the school are in place |
| NA | effective conflict resolution skills are used in collective bargaining and other contractual agreements related to the school are effectively managed |
| M | effective group-process and consensus building skills are used |
| M/NI | effective communication skills are used |
| M | the school plant, equipment, and support systems operate safely, efficiently, and effectively |
| M | there is effective use of technology to manage school operations |
| M | time is managed to maximize attainment of organizational goals |
| NI | fiscal resources of the school are managed responsibly, efficiently, and effectively |
| M | potential problems and opportunities are identified |
| M | a safe, clean, and aesthetically pleasing school environment is created and maintained |
| NI | problems are confronted and resolved in a timely manner |
| E | confidentiality and privacy of school records are maintained |
| M | the school acts creatively to support continuous improvement |

## Narrative for Standard 3

I strongly encourage Chris to attend at least one public school finance workshop for administrators. This may help him to have a better understanding of the principal issues relating to fiscal operations and management. All goals need to be measurable and focus on academic achievement. Mr. Gasteier communicates effectively with the administrative team. See previous note about better staff communication. Chris encourages the use of technology within his building. Mr. Gasteier needs to complete tasks in a more timely fashion, i.e., students who climbed out of the window during the strike were never addressed; a student's disciplinary issue has been ongoing for three months requiring additional meetings and communication with parents and the NAACP; requisitions for 2006 are being approved and set over to be paid in 2007 even after

7

numerous discussions have occurred with staff members and the administration.  The confidentiality of student information is maintained and respected.

# Standard 4

A school administrator is an educational leader who promotes the success of all students by collaborating with families and community members, responding to diverse community interests and needs, and mobilizing community resources.

**Knowledge**

*The administrator shows a knowledge and understanding of:*

| | |
|---|---|
| NI | emerging issues and trends that potentially impact the school community |
| M | community relations, marketing strategies, and processes |
| M | the conditions and dynamics of a diverse school community |
| M | successful models of school, family, business, community, government and higher education partnerships |
| M | community resources |

**Integrity**

*The administrator shows that he/she believes in, values, and is committed to:*

| | |
|---|---|
| E | schools operating as an integral part of the larger community |
| M | families as partners in the education of their children |
| M | collaboration and communication with families |
| M | involvement of families and other members of the learning community in the school decision-making processes |
| M | the proposition that diversity enriches the school |
| M | an informed public |

**Performances**

*The administrator facilitates processes and engages in activities ensuring that:*

8

| | |
|---|---|
| E | high visibility, active involvement, and communication with the larger community is a priority |
| M | relationships with community leaders are identified and nurtured |
| M | all members of the community are treated equitably |
| M | information about family and community concerns, expectations, and needs is used regularly |
| M | effective media relations are developed and maintained |
| M | a comprehensive program of community relations is established |
| M | credence is given to individuals and groups whose values and opinions may conflict |
| M | public resources and funds are used appropriately and wisely |
| E | partnerships are established with area businesses, institutions of higher education, and members of the community to support the schools goals |

## Narrative for Standard 4

As the world of the ODE is ever-changing, Chris needs to keep abreast of how all new legislation, ODE requirements, Value-Added, etc. will impact his building. Chris should attend local ODE workshops when applicable. PHS is the focal point of the Perkins community and Mr. Gasteier continues to promote all citizens to attend activities at PHS. Mr. Gasteier is very visible within the community, almost to the point where his being out of the building so frequently is a detriment to him accomplishing his responsibilities in a timely and efficient manner. Chris needs to pay more attention before approving leaves and requisitions. Time needs to be set aside to complete these tasks properly. Mr. Gasteier seeks and establishes diverse partnerships with area businesses and community organizations to enhance the educational culture within his building.

# Standard 5

A school administrator is an educational leader who promotes the success of all students by acting with integrity, fairness, and in an ethical manner.

## Knowledge

*The administrator demonstrates knowledge and understanding of:*

9

M        professional codes of ethics

M        various ethical frameworks and perspectives on ethics

## Integrity

*The administrator shows he/she believes in, values, and is committed to:*

M        the ideal of the common good

E        accepting the consequences for upholding one's principles and actions

M        the right of every student to a free, quality education

M        bringing ethical principles to the decision making process

M        development of a caring school community

## Performances

*The administrator:*

NO       examines personal and professional values

E        protects the rights and confidentiality of students and staff

M        demonstrates a personal and professional code of ethics

M        demonstrates appreciation for and sensitivity to the diversity in the school community

M        demonstrates values, beliefs, and attitudes that inspire others to higher levels of performance

M        recognizes and respects the legitimate authority of others

M        serves as a role model

M        examines and considers the prevailing values of the diverse school community

M        accepts responsibility for school operations

M        considers the impact of one's administrative practices on others

| M | fulfills legal and contractual obligations |
| M | treats people fairly, equitably, and with dignity and respect |
| M | applies rules and procedures fairly, wisely, and considerately |

## Narrative for Standard 5

Thus far, Mr. Gasteier has readily accepted the consequences for his actions this year. This is a positive professional step in examining one's abilities and leadership characteristics. Chris always protects the rights and confidentiality of his students.

# Standard 6

A school administrator is an educational leader who promotes the success of all students by understanding, responding to, and influencing the larger political, social, economic, legal, and cultural context.

### Knowledge

*The administrator shows a knowledge and understanding of:*

| NO | global issues and forces affecting teaching and learning |
| M | the law as related to education and schooling |
| M | the political, social, cultural and economic systems and processes that impact schools |
| M | the importance of diversity and equity in a democratic society |

### Integrity

*The administrator shows he/she believes in, values, and is committed to:*

| M | education as a key to opportunity and social mobility |
| E | protecting student rights and improving student opportunities |
| M | the importance of a continuing dialogue with other decision makers affecting education |

### Performances

*The administrator facilitates processes and engages in activities ensuring that:*

11

| | |
|---|---|
| M | the school operates on behalf of students and their families |
| M | the school community works within the framework of policies, laws, and regulations enacted by local, state, and federal authorities |
| M | communication occurs among the school community concerning trends, issues, and potential changes in the environment in which schools operate |
| M | public policy is shaped to provide quality education for students |
| E | lines of communication are developed with decision-makers outside the school community |
| M | there is ongoing dialogue with representatives of diverse community groups |

### Narrative for Standard 6

Mr. Gasteier is a strong proponent of upholding confidentiality and protecting the rights of students.  He is also seeking out ways to improve student opportunities (i.e., bullying, University of Findlay courses, virtual learning, etc.)  Mr. Gasteier has offered Junior Achievement programs, Chamber activities, and EHOVE's DECA Program within his building.

| | |
|---|---|
| M | the school operates on behalf of students and their families |
| M | the school community works within the framework of policies, laws, and regulations enacted by local, state, and federal authorities |
| M | communication occurs among the school community concerning trends, issues, and potential changes in the environment in which schools operate |
| M | public policy is shaped to provide quality education for students |
| E | lines of communication are developed with decision-makers outside the school community |
| M | there is ongoing dialogue with representatives of diverse community groups |

## Narrative for Standard 6

Mr. Gasteier is a strong proponent of upholding confidentiality and protecting the rights of students. He is also seeking out ways to improve student opportunities (i.e., bullying, University of Findlay courses, virtual learning, etc.) Mr. Gasteier has offered Junior Achievement programs, Chamber activities, and EHOVE's DECA Program within his building.

The Perkins Local School District experienced a teacher strike at the beginning of this 2006-07 school year. Mr. Gasteier was instrumental at the high school level in keeping his building open and running successfully.

Mr. Gasteier completed tasks that were asked of him and his staff. He supported the Board, the Superintendent and the rest of the Administrative Team during this trying time. He actively offered his assistance and his building for whatever needed to be completed.

Chris attended all debriefing district meetings and asked for assistance when needed. He also asked many questions to make the process more clear, understandable, and easier within which to work. Chris also communicated with me on a daily basis which helped facilitate better management of his building and the district as a whole.

I appreciate Mr. Gasteier's cooperation and involvement in the Administrative decisions that were made both before, during and after the strike. He continues to share any "fall out" in his building that is still strike related.

Overall, I commend Chris for the manner in which he ran his building and supported the management team, me, the Board and the school community during this difficult time and thereafter.

# Perkins Local School District
## ADMINISTRATOR EVALUATION

### School Year 2008-2009

Name:  Chris Gasteier

Position:  Perkins High School Principal

Student Enrollment:  700+

Current Contract:

Name of Evaluator:  Jim Gunner

Date:  June 9, 2009

Experience in Present Position:

Total Experience:

| Duties and Responsibilities | Exceptional | Acceptable | Needs Improvement | Unacceptable |
|---|:---:|:---:|:---:|:---:|
| Shall keep the superintendent informed regarding the conditions of school and activities. | X | | | |
| Shall schedule the school day in a manner intended to provide the best educational use of time, facilities, and human resources. | | X | | |
| Shall serve as the leader of the professional staff in developing the curriculum and adopting the course of study to the needs and interests of students. | | | X | |
| Shall constantly appraise and evaluate each teacher and instructional program. | | | X | |
| Shall be responsible for ordering all materials through the office of the superintendent. | | X | | |
| Shall be responsible for maintaining good public relations and using community resources to enrich the learning process. | X | | | |
| Shall take an active interest in professional organizations, and shall encourage staff in this direction. | | X | | |
| Shall coordinate with the building head the work of the custodial/maintenance staff. | X | | | |
| Shall establish and enforce proper conduct of pupils. | X | | | |
| Shall be responsible for preparation of designed forms and records. | | X | | |
| Shall be available before and after school, and by appointment for conferences. | X | | | |

# Perkins Local School District
## ADMINISTRATOR EVALUATION

### School Year 2008-2009

**Duties and Responsibilities Comments:**

- Mr. Gasteier does a very good job of keeping the superintendent informed of pertinent information related to Perkins High School activities. He is able to discern those issues that can be handled at his level and those that require discussion or sharing with the superintendent. Mr. Gasteier is willing to seek out advice and help when necessary to solve an issue or manage a difficult parent.

- I know that you have an incredibly busy schedule as high school principal, but I would have liked you to be more actively involved in learning the technology introduced in the district. You have been very supportive of the overall technology program, but your personal understanding and use of technology needs to improve. Take advantage of opportunities to grow in your use of today's technology to demonstrate your leadership through actions at Perkins High School.

- I appreciate the active role you have taken in school and community events. You spend a tremendous amount of time being very visible to the community at athletic, music, and academic events. Your strength as an administrator is your personality and long time commitment to this community. Your knowledge of families, their history, their kids, and just the overall community leadership is invaluable to the district. I appreciate that you take the time to share this historical knowledge to prevent me from making political mistakes that are unnecessary.

- I appreciate the working relationship you have with all of the other administrators in the district. You are a team player willing to help out whenever needed.

- Ensure that teachers up for contract renewal or with any areas of concern are evaluated honestly each year. If there are areas of concern make sure you document a plan for improvement and what help and resources the school district will provide in this area. I know this is a difficult area for you, but it is essential to provide the district with the best possible staff for the future.

- If I had to characterize your skills after a year of observation, you are a fantastic people person and an excellent manager of the high school. People enjoy being around you and the day-to-day tasks of the high school are handled with efficiency. As we have talked before, I expect you to become more than a manager, but a leader of the building. Where in the past you may have hesitated to step forward and take leadership, make changes that are necessary, support those who are doing good things, I expect you to do these leadership tasks on a daily basis.

- Provide leadership to the STEM initiative in your building.

# Perkins Local School District
## ADMINISTRATOR EVALUATION

### School Year 2008-2009

| Professional Qualities | Exceptional | Acceptable | Needs Improvement | Unacceptable |
|---|---|---|---|---|
| Cooperation | X | | | |
| General Professionalism | X | | | |
| Rapport with Students | X | | | |
| Rapport with Teaching Staff | X | | | |
| Rapport with Administrators | X | | | |
| Rapport with Parents | X | | | |
| Participation in School Activities | X | | | |
| Punctuality and Attendance | X | | | |

**Professional Qualities Comments:**

Mr. Gasteier exhibits a positive and upbeat professional approach in his building. He is an effective communicator with all segments of the school population. He has good rapport with his staff, parents, and students. Overall, staff, students and parents alike feel good about working with Mr. Gasteier. Make sure that the tendency to make people "feel good" does not interfere with the effective leadership of Perkins High School for the long term.

| Personal Qualities | Exceptional | Acceptable | Needs Improvement | Unacceptable |
|---|---|---|---|---|
| Appearance | X | | | |
| Voice / Speech | X | | | |
| Sense of Humor | X | | | |
| Tact | X | | | |
| Enthusiasm | X | | | |
| Attitude | X | | | |

**Personal Qualities Comments:**

I appreciate your positive attitude. Mr. Gasteier exhibits a positive approach to his work. He consistently approaches his job with a "can do" attitude about his staff, the district, and the overall direction of his building. Keep up the good work!

# Perkins Local School District
## ADMINISTRATOR EVALUATION

### School Year 2008-2009

**Goals for Improvement (Written by Chris Gasteier:):**

As listed in the superintendents narrative and our district goals.

Thank you for a fair evaluation and the opportunity to work for a progressive administration team with aspirations for great improvement.

I have been given the opportunity to review the contents of this evaluation. My signature does not necessarily indicate my concurrence with its contents.

_____    ___9/23/9___
Administrator's Signature                    Date

_____    ___10/19/09___
Evaluator's Signature                          Date

Evaluation: Chris Gasteier                    June 2009                    Page 5
Evaluator: Jim Gunner