To: Board of Education, Lisa Crescimano
Re: Board Notes 10/26/08
Fr: Jim Gunner

### Potential Grant
Apple, Inc. and Cedar Fair, Inc. have agreed to meet to discuss the STEM grant and their partnership with us. Apple has partnered with two of the original STEM grant winners in Ohio and was very enthusiastic about joining our effort. Still waiting on return calls from others including Sierra Lobos, NASA, BGSU Firelands, Findlay University, Trine University.

Chris Gasteier, John Gerber and I are going to two STEM grant meetings in Columbus on the next two Mondays.

### Student Resource Officers
No update at this time.

### Bowling Update
No update.

### HS & E-Building Auction
We are set and ready for the auction this coming Saturday. Pray for good weather!

### Paraprofessional Meeting
No update.

### Technology Update
The first technology training went very well. Approximately 30 staff members spent a day learning about the Macintosh Operating system. The Apple trainer for this initial training has been assigned to complete the rest of our training. There is one conflict on his schedule with the days we requested that we are trying to resolve.

### Insurance Investigation Update
No further update at this time.

### Cafeteria Concerns
Linda and I are schedule to meet this week to finalize cafeteria issues. We did discuss the need to make the extra 15 minutes at the middle school a permanent change for all five employees. We will finalize the rest of the requests when we meet this week.

### Administrative Evaluations
I am scheduled to meet with each administrator for approximately an hour sometime this week. Each administrator has been asked to bring three to five goals that they would like to be part of their evaluation process. Staying consistent with your desire to evaluate administration based upon clear criteria, this meeting is


PLAINTIFF'S EXHIBIT 26

meant to identify those areas for improvement and focus for each administrator this year. These meeting will take place throughout this week and should be complete by Friday for all administrators.

### Boys Soccer

I have the opportunity to watch our Boys' Soccer Team win the District final on Saturday in a shootout against Eastwood. I was impressed with the number of kids and parents who were present to support the team. They will now play in the first round of the Regionals on Tuesday at Elida Middle School in Findlay against Lima Shawnee.

## My Schedule

| Day | Time | Event |
|---|---|---|
| Monday, October 27th | All Day | STEM Grant meeting in Columbus |
| | 4:15 p.m. | Doctor's Appointment in Oregon |
| Tuesday, October 28th | 9:00 a.m. | Janitzki Evaluation Meeting |
| | 10:00 a.m. | Acierto Evaluation Meeting |
| | 11:00 a.m. | Linkenbach Evaluation Meeting |
| | 4:15 p.m. | 403b Interviews |
| Wednesday, October 29th | All Day | NO SCHOOL – Professional Development Day on Brain Based Research for all staff |
| | 6:30 p.m. | Senior Football Players Recognition |
| Thursday, October 30th | 8:15 a.m. | Gasteier Evaluation Meeting |
| | 9:00 a.m. | Miller Evaluation Meeting |
| | 10:00 | Finn Evaluation Meeting |
| | 11:00 | Strohl Evaluation Meeting |
| | 3:45 p.m. | Technology Planning Committee Meeting |
| | 6:00 p.m. | Finance Committee Meeting |
| Friday, October 31st | 9:00 a.m. | Samuel Evaluation Meeting |
| | 10:00 a.m. | Leffler Evaluation Meeting |
| | 12:00 p.m. | Margaret Searle – Administrators Professional Development |
| Saturday, November 1st | All Day | Perkins Schools' Auction @ E-building |
| Monday, November 3rd | All Day | STEM Grant Meeting in Columbus |
| Tuesday, November 4th | 10:30 a.m. | Apple, Inc. Meeting on Technology and STEM Grant |
| Wednesday, November 5th | 12:00 noon | Luncheon meeting w/ Steve and Mr. Hildebrand – Cedar Fair, Inc. |
| | 4:15 p.m. | Health Care Committee |
| Thursday, November 6th | | |
| Friday, November 7th | 9:00 a.m. | Administrative Meeting |
| | 11:30 a.m. | EDAS Luncheon Meeting @ BGSU |