Dear Steve,

    On Friday, September 19, 2008 I entered my classroom at the end of sixth period and observed Mrs. Smith with her eyes closed sitting upright in her chair. Mrs. Smith was responsible for a sixth grade keyboarding class at the time. It took several minutes for Mrs. Smith to re-group and move along to her seventh period assignment.

                                      -Danielle Fahning
                                        Sixth Grade Reading/LA

*[handwritten: Mon sleep #1 22]*



PLAINTIFF'S EXHIBIT 27