# Perkins Public Schools

*Our mission:* Perkins Schools….an exceptional education in a safe, caring environment.

Jim Gunner, *Superintendent*     Lisa M. Crescimano, *Treasurer*

July 28, 2009

Dr. Larry Kale
St. Luke's Hospital Occupational Health Clinic
28555 Starbright Blvd., Suite A
Perrysburg, Ohio 43551



PLAINTIFF'S EXHIBIT
28
BHL 4/4/14

Dear Dr. Kale:

Thank you for conducting a medical evaluation on our school employee, Carol Smith. Carol is a veteran classroom teacher of high school business and social studies. Her job requires her to be on her feet moving about the classroom for extensive periods of time, speak continuously for up to thirty minutes at a time, and supervise students throughout classroom instruction. Recent district initiatives have required Mrs. Smith to attend a variety of professional development sessions to improve her utilization of mobile wireless laptop technology during daily instruction.

Unfortunately, this past year Mrs. Smith has been observed on at least six different occasions asleep when she was responsible for students, observing other classroom teachers, or attending professional development training. On each occasion, Mrs. Smith adamantly denies she was asleep, maybe "just resting her eyes", but claims she was aware of all activities that took place during this time. Almost all of these incidents occurred during the afternoon hours after a lunch break. Students, her colleagues, and district administrators have observed her asleep at various times.

When originally questioned on her sleeping while responsible for the supervision of students, Mrs. Smith indicated she has a disability and needed accommodations for her diabetes. Mrs. Smith is an insulin dependent diabetic. I indicated that if her diabetes was out of control to the extent that she could not stay awake, that we would place her on a medical leave of absence until her blood sugar levels could be more tightly controlled. We also offered other accommodations should she feel a reaction to a low or high blood sugar level coming on. She has never taken advantage of the accommodations offered, nor has she brought up her diabetes again.

Mrs. Smith has also been reminded about the importance of moving about the classroom during instructional time. Instead, Mrs. Smith tends to sit behind her desk and instruct from this seated position. As a result, students tend to be off task with little focus on what Mrs. Smith attempts to teach. When questioned about why

she sits behind the desk and fails to walk about the room during instruction, Mrs. Smith indicates that she gets tired easily. In early January of this year, Mrs. Smith was on a medical leave for approximately six weeks to recover from surgery to address her obesity. She has commented that she has lost over 60 pounds, but continues to sit behind the desk for almost all teaching.

The district has asked for this independent medical evaluation to determine if Mrs. Smith's medical conditions preclude her from continuing to teach at this time. Her current propensity to fall asleep while responsible for the supervision and instruction of students, at worst places the school district at risk, while at best cheats our students out of quality instruction.

Should you have any questions, you may contact me directly on my cell phone (419) 450-3728.

Sincerely,

James P. Gunner
Superintendent