# Perkins Local School District
## ADMINISTRATOR EVALUATION

### School Year 2008-2009

Name: Stephen Finn

Position: Briar Middle School Principal

Student Enrollment: 580+

Current Contract:

Name of Evaluator: Jim Gunner

Date: June 9, 2009

Experience in Present Position: 3

Total Experience: 32

| Duties and Responsibilities | Exceptional | Acceptable | Needs Improvement | Unacceptable |
|---|---|---|---|---|
| Shall keep the superintendent informed regarding the conditions of school and activities. | X | | | |
| Shall schedule the school day in a manner intended to provide the best educational use of time, facilities, and human resources. | X | | | |
| Shall serve as the leader of the professional staff in developing the curriculum and adopting the course of study to the needs and interests of students. | X | | | |
| Shall constantly appraise and evaluate each teacher and instructional program. | | | X | |
| Shall be responsible for ordering all materials through the office of the superintendent. | X | | | |
| Shall be responsible for maintaining good public relations and using community resources to enrich the learning process. | X | | | |
| Shall take an active interest in professional organizations, and shall encourage staff in this direction. | X | | | |
| Shall coordinate with the building head the work of the custodial/maintenance staff. | | X | | |
| Shall establish and enforce proper conduct of pupils. | X | | | |
| Shall be responsible for preparation of designed forms and records. | | X | | |
| Shall be available before and after school, and by appointment for conferences. | X | | | |

Evaluation: Stephen Finn
Evaluator: Jim Gunner

June 2009

PLAINTIFF'S EXHIBIT 30

Page 1

# Perkins Local School District
## ADMINISTRATOR EVALUATION

### School Year 2008-2009

Duties and Responsibilities Comments:

- Mr. Finn does an excellent job of keeping the superintendent informed of pertinent information related to Briar Middle School activities. He is able to discern those issues that can be handled at his level and those that require discussion or sharing with the superintendent. Mr. Finn is willing to seek out advice and help when necessary to solve an issue or manage a difficult parent.

- I appreciate your involvement in the technology work completed during the past year. You took a tremendous amount of time in training and professional growth opportunities to improve your skills and understanding of technology. Continue to lead your staff in the effect use of technology.

- I appreciate the active role you have taken in school and community events. I appreciate the working relationship you have with all of the other administrators in the district. You are a team player willing to help out whenever needed.

- While you addressed a couple of staff issues through the evaluation process, make sure that we effectively document concerns with staff behavior and/or performance. Do not ignore concerns brought to you by students, parents, or teacher colleagues about potential performance issues of staff.

- Ensure that teachers up for contract renewal or with any areas of concern are evaluated honestly each year. If there are areas of concern make sure you document a plan for improvement and what help and resources the school district will provide in this area.

- Your leadership to solve the space issues at Briar is appreciated. While adding students through open enrollment has increased your responsibilities you have cooperated and provided excellent support to the district initiative.

# Perkins Local School District
## ADMINISTRATOR EVALUATION

### School Year 2008-2009

| Professional Qualities | Exceptional | Acceptable | Needs Improvement | Unacceptable |
|---|---|---|---|---|
| Cooperation | X | | | |
| General Professionalism | X | | | |
| Rapport with Students | X | | | |
| Rapport with Teaching Staff | X | | | |
| Rapport with Administrators | X | | | |
| Rapport with Parents | X | | | |
| Participation in School Activities | X | | | |
| Punctuality and Attendance | X | | | |

**Professional Qualities Comments:**
Mr. Finn exhibits a positive and upbeat professional approach in his building. He is an effective communicator with all segments of the school population. He has good rapport with his staff, parents, and students. Overall, staff, students and parents alike feel good about working with Mr. Finn. I am pleased with Mr. Finn's willingness to work through the tremendous space problems caused by the addition of open enrollment students.

| Personal Qualities | Exceptional | Acceptable | Needs Improvement | Unacceptable |
|---|---|---|---|---|
| Appearance | X | | | |
| Voice / Speech | X | | | |
| Sense of Humor | X | | | |
| Tact | X | | | |
| Enthusiasm | X | | | |
| Attitude | X | | | |

**Personal Qualities Comments:**
I appreciate your positive attitude. Mr. Finn exhibits a positive approach to his work. He consistently approaches his job with a "can do" attitude about his staff, the district, and the overall direction of his building. Keep up the good work!

# Perkins Local School District
## ADMINISTRATOR EVALUATION

### School Year 2008-2009

This evaluation is based on my observations in working with Steve Finn since May 1, 2008. During this time period he was the principal of Briar Middle School.

**Acclamations:**
- I am pleased with your positive leadership as a principal and administrator for the Perkins Local School District. I appreciate your collegiality and professionalism.
- Your positive approach to each day enhances the atmosphere in your building.
- I appreciate your support to manage the increased students through open enrollment at Briar. Consistent with the way you approach most issues, you managed the open enrollment increase with a positive attitude and a thorough problem solving approach.
- Your willingness to try new solutions and support of changes to solve the traffic problems at Briar is appreciated.
- You provide an historical perspective to decision making within the district. I turned to you on many occasions to make sure decisions reflect the overall perspective of the Perkins community. I appreciate your willingness to share this historical knowledge with me as needed.

**Goals for Next Year:**
- Focus on reaching 75% on all areas of the Ohio Achievement Tests this year. I know that with the right focus and leadership, our students will perform up to standards and beyond.
- Honest and effective evaluation of employees up for contract renewal or with any concerns in employment will be done annually.
- Continue to effectively manage the building level budget as requested and allocated annually.
- Continue to work with your staff on the development of STEM approach to teaching and learning with the intent to implement at least a portion of STEM during the 2010-2011 school year.

# Perkins Local School District
## ADMINISTRATOR EVALUATION

School Year 2008-2009

Goals for Improvement (Written by Steve Finn.):

In addition to the goals listed on page 4, my goals for the year are...

1. Continue to work with the Briar STEM committee to design a class/building schedule that will facilitate the philosophy of a STEM school.

2. Research and visit other middle schools and evaluate their concept of smaller grade level teams and how it affects their scheduling and student achievement. After evaluation, how do we implement any changes, if need be, at Briar.

3. Establish and reinforce expectations, roles, norms and responsibilities for effective working grade level teams.

I have been given the opportunity to review the contents of this evaluation. My signature does not necessarily indicate my concurrence with its contents.

_____     10/5/09
Administrator's Signature            Date

_____     10/9/09
Evaluator's Signature                Date

Evaluation: Stephen Finn          June 2009          Page 5
Evaluator: Jim Gunner