**EXHIBIT T-29**

Inquiry: Carol Smith      Building: High School      Year: 2007-2008

| | | |
|---|---|---|
| Period 1 | Keyboard | 707 |
| Period 2 | Accounting I | 701 |
| Period 3 | Intro to Business | 701 |
| Period 4 | Conference | |
| Period 5A | Study Hall | 701 |
| Period 5B | Lunch | |
| Period 5C/D | Study Hall | 701 |
| Period 6 | Accounting I | 701 |
| Period 7 | Study | 701 |

Inquiry: Carol Smith      Building: High School      Year: 2008-2009

| | | |
|---|---|---|
| Period 1 | Accounting I | 701 |
| Period 2 | Accounting I | 701 |
| Period 3 | Conference | |
| Period 4 | Intro to Business | 701 |
| Period 5A | Lunch | |
| 11:30-3:15 | BRIAR | |

Inquiry: Carol Smith      Building: High School      Year: 2009-2010

| | | |
|---|---|---|
| Period 1 | Accounting I | 702 |
| Period 2 | Conference | |
| Period 3 | Accounting I | 702 |
| Period 4 | Intro to Business | 702 |
| Period 5A/B | Modern World History | 605 |
| Period 5C | Lunch | |
| Period 5D | Study Hall | 605 |
| Period 6 | Modern World History | 605 |
| Period 7 | Modern World History | 605 |

Inquiry: Carol Smith      Building: Middle School      Year 2008-2009

| | | |
|---|---|---|
| Period 6 | Keyboarding | 115 |
| Period 7 | ISI | 132 |
| Period 8 | ISI | 132 |
| Period 9 | ISI | 132 |


PLAINTIFF'S EXHIBIT 31