**EXHIBIT T-34**

## MASTER SCHEDULE

Our school day is divided into eight periods. The passing time is four (4) minutes.

The following bell schedule will be observed and followed on a daily basis. Exceptions to the daily bell schedule are listed according to each alternate schedule.

### MASTER DAILY SCHEDULE

| | | | |
|---|---|---|---|
| First Period | 07:50 A.M. | — | 08:35 A.M. |
| Second Period | 08:39 A.M. | — | 09:24 A.M. |
| Seminar | 09:28 A.M. | — | 09:54 A.M. |
| Third Period | 09:58 A.M. | — | 10:43 A.M. |
| Fourth Period | 10:47 A.M. | — | 11:32 A.M. |
| Fifth Period A* | 11:32 A.M. | — | 12:02 A.M. |
| Fifth Period B* | 12:02 P.M. | — | 12:32 P.M. |
| Fifth Period C* | 12:32 P.M. | — | 01:02 P.M. |
| Fifth Period D* | 01:02 P.M. | — | 01:32 P.M. |
| Sixth Period | 01:36 P.M. | — | 02:21 P.M. |
| Seventh Period | 02:25 P.M. | — | 03:10 P.M. |

| BLOCK A | TIME | BLOCK B |
|---|---|---|
| 1ST Period | 07:50 – 09:24 | 2nd Period |
| 3rd Period | 09:28 – 11:32 | 4th Perood |
| 5A Period | 11:32 – 12:02 | 5A Period |
| 5B Period | 12:02 – 12:32 | 5B Period |
| 5C Period | 12:32 – 01:02 | 5C Period |
| 5D Period | 01:02 – 01:32 | 5D Period |
| 7th Period | 01:36 – 03:10 | 6th Period |

### INTERIM REPORT DATES – 2009/2010

October 2  
December 11  

February 26  
May 7

