*Personnel File*

# Perkins Public Schools

*Our mission:* Perkins Schools....an exceptional education in a safe, caring environment.

Jim Gunner, *Superintendent*      Lisa M. Crescimano, *Treasurer*

April 15, 2010

**VIA CERTIFIED AND REGULAR U.S. MAIL**

Mrs. Carol A. Smith
217 Michigan Avenue
Sandusky, Ohio 44870

Re:     Termination of Teaching Contract



PLAINTIFF'S EXHIBIT 33

Dear Mrs. Smith:

This is to inform you that at a regular meeting on April 14, 2010, the Board of Education adopted a resolution declaring its intention to consider the termination of your teaching contract on the basis of good and just cause under Article XLV of the Negotiated Agreement between the Perkins Local School District Board of Education and the Perkins Education Association, and O.R.C. §3319.16.

The specification of grounds for such consideration is as follows:

1. Your engaging in inappropriate discussions with your high school social studies class regarding pornography;

2. Your repeatedly "dozing off" for several minutes at a time while supervising students during 5D Study Hall, thereby continuing a pattern of sleeping on the job and engaging in unprofessional conduct; and,

3. Your repeatedly arriving tardy to your 5th Period History Class, thereby (a) leaving your students unattended, and (b) continuing a pattern of being tardy for your assigned duties and engaging in unprofessional conduct.

This matter is subject to ongoing review by the Administration. If any additional information becomes known to the Administration and/or Board of Education warranting supplementation of the specifications, these facts will be made available to you as soon as possible prior to any hearing that may be held regarding this matter.

Finally, the Board's resolution suspended you from duties without pay until these proceedings are concluded. Pursuant to state and/or federal law, you may be entitled to continue your

Carol A. Smith
April 15, 2010
Page 2

participation in the group health plan in the District. If you desire continued insurance coverage, please notify this office immediately so that the necessary arrangements can be made.

                Very truly yours,

                PERKINS LOCAL SCHOOL
                DISTRICT BOARD OF EDUCATION

        By: *Lisa M. Crescimano*
            Lisa Crescimano
            Treasurer

cc:    Mr. James P. Gunner, Superintendent
        Airica Clay, Ohio Education Association
        Robert E. Myer, PEA President
        Personnel File