## RESOLUTION OF INTENTION TO CONSIDER
## TERMINATION OF TEACHING CONTRACT

The Board of Education of the Perkins Local School District, Sandusly, Ohio, met in regular session on the 14th day of April, 2010, at Perkins High School, with the following members present:

Terry Chapman
Matthew Kosior
Brian Printy
John Reddaway
Steve Schuster

The Treasurer advised the Board that the notice of requirements of O.R.C. §121.22 were complied with for the meeting.

_____Mr. Kosior_____ moved the adoption of the following resolution:

## RESOLUTION

NOW, THEREFORE, BE IT RESOLVED by the Board of Education of the Perkins Local School District, Sandusky, Ohio that:

Section 1.    It is the intention of the Board of Education to consider the termination of the teaching contract, including any supplemental contracts, of Carol Smith ("Mrs. Smith") on the basis of good and just cause within the meaning of O.R.C. §3319.16. The specification of grounds for such consideration is as follows:

A.    Mrs. Smith engaged in inappropriate discussions with her high school social studies class regarding pornography;

B.    Mrs. Smith repeatedly "dozed off" for several minutes at a time while supervising students during 5D Study Hall, thereby continuing a pattern of sleeping on the job and engaging in unprofessional conduct; and,

C.    Mrs. Smith repeatedly arrived tardy to her 5th Period History Class, thereby (a) leaving her students unattended, and (b) continuing a pattern of being tardy for her assigned duties and engaging in unprofessional conduct.

This matter is subject to ongoing review by the Administration.  If any additional information becomes known to the Administration and/or the Board of Education warranting supplementation of these specifications, these facts will be made available to Mrs. Smith as soon as possible prior to any hearing that may be held regarding this matter.



PLAINTIFF'S
EXHIBIT
34
BHL 4/4/14
FENGAD 800-631-6989

Section 2.    The Treasurer of the Board is hereby authorized and directed to furnish Mrs. Smith with written notice of the Board's intention to consider the termination of her contract upon the above stated grounds and specifications.

Section 3.    The nature of this matter warrants suspension of Mrs. Smith from all teaching and supplemental contract duties pending final Board action upon such termination. Accordingly, Mrs. Smith is hereby suspended without pay from all duties until further notice, effective immediately. The Treasurer is directed to provide her with notice of this action.

Section 4.    It is found and determined that all formal actions of this Board concerning and relating to the adoption of this resolution were adopted in an open meeting of this Board, and that all deliberations of this Board and any of its committees that resulted in such formal action were in meetings open to the public, in compliance with all legal requirements including O.R.C. §121.22.

_Mr. Reddaway_ seconded the Motion and upon roll call, the vote resulted as follows:

Ayes:    Mr. Kosior, Mr. Chapman, Mr. Schuster, Mr. Reddaway, Dr. Printy

Nays:    None

Resolution passed and adopted this 14th day of April, 2010.

_____
President

ATTEST:

_____
Treasurer

2