

**AdrianaMoltisanti**
*in Berkley, Massachusetts*


vintage israeli gold and sil...
$32.00 USD


vintage teenage mutant ni...
$6.00 USD


vintage disney the little me...
$20.00 USD


vintage Flintstones blue, y...
$12.00 USD


Vintage Barbie Umbrella
$27.00 USD


small gold bow necklace
$16.99 USD


galaxy swirl necklace
$12.50 USD


tiffany blue enamel large ...
$15.00 USD

Item Details ★ ★ ★ ★ ★ (8)    Shipping & Policies

This is a mint condition copy of a 1983 issue of Playgirl with Harrison Ford on the cover, so right around when star wars was big and he played Han Solo. Authentic vintage, real. Pretty Cool stuff.


PLAINTIFF'S
EXHIBIT
35
BHR  4/4/14

**Related to this item**

Vintage    playgirl    playgirl magazine    harrison ford    star wars    han solo    han solo playgirl    han solo naked    harrison ford naked

harrison ford play    1983    star wars magazine    han solo magazine    naked star wars

Listed on Feb 16, 2013   45 views   Add item to treasury

man



Won for *The Color of Money*, Best Actor in a Leading Role.

2. Three Time Primetime Emmy Winner Chevy Chase



Won for *Saturday Night Live*, Outstanding Continuing or Single Performance by a Supporting Actor in Variety or Music and Outstanding Writing in a Comedy-Variety or Music Series. Also for *The Paul Simon Special*, Outstanding Writing in a Comedy-Variety or Music Special.

3. Academy Award Winner Robert Redford



Won for *Ordinary People*, Best Director.

## 4. Two Time Golden Globe Winner Burt Reynolds



wonderclub.com

Won for *Evening Shade*, Best Performance by an Actor in a TV-Series - Comedy/Musical and *Boogie Nights*, Best Performance by an Actor in a Supporting Role in a Motion Picture.

## 5. Academy Award Winner Warren Beatty



ENTERTAINMENT FOR WOMEN                              NOVEMBER 7...

# Playgirl

an interview with
**WARREN
BEATTY**

find yourself
in the
**PLAYGIRL
SEX GAME**

the longest
love affair

**TED KNIGHT
IS PRESIDENT!**
by Craig Karpel

**THE JERRY
BROWN PUT-ON**

**GUIDE TO
DIVORCE:**
making the decision,
stress, child custody,
money, no-fault divorce

**15
pages
fashion
and
beauty**

**NEW-OLD DRESSES**

**MAKEUP** for the
**ANTIQUE LOOK**

**SENSUAL SLEEPWEAR**

ITALY LIRE 2100   GERMANY DM 7.00   UK 65p   FRANCE F.F. 11.50

*wonderclub.com*

Won for *Reds*, Best Director.
6. Golden Globe Winner John Travolta



Won for *Get Shorty*, Best Performance by an Actor in a Motion Picture - Comedy/Musical.

7. Golden Globe Winner John Ritter



Won for *Three's Company*, Best Performance by an Actor in a TV-Series - Comedy/Musical.

8. BAFTA Winner Christopher Reeve



Won for *Superman*, Most Promising Newcomer to Leading Film Roles.
9. Academy Award Winner Robin Williams



Won for *Good Will Hunting*, Best Actor in a Supporting Role.

10. Two Time Academy Award Winner Michael Douglas



# PLAYGIRL
ENTERTAINMENT FOR WOMEN

APRIL 1979 $1.95

**Exclusive Interview**

## JANE FONDA
Talks About Her Fantasies, Roman Polanski And Her New Film 'China Syndrome'

**HOW TO BREAK UP WITHOUT FALLING APART**

The Ultimate (And Illustrated) Guide To Vibrators

**HOW YOU CAN MAKE HIM A BETTER LOVER**

Mr. Nude U.S.A. Contest Winners

**HIS AND HER QUIZ: ARE YOU COMPATIBLE?**

SPECIAL PHOTO SPREAD
HARVARD MEN TAKE IT OFF

wonderclub.com

Won for *Wall Street*, Best Actor in a Supporting Role and *One Flew Over The Cuckoo's Nest*, Best Picture.

11. Academy Award Winner Jon Voight



# PLAYGIRL

ENTERTAINMENT FOR WOMEN

MAY 1979 $1.95

## Exclusive Interview:
# JON VOIGHT
**Talks about the Oscars, his lovers, and his favorite place—**

**HOW TO HAVE A SUPER NIGHT LIFE**

**MAKING THE FIRST MOVE—IF YOU'RE SHY (OR HE IS)**

**PLUS BILLY JOEL, JACK NICHOLSON & ERIC ROBERTS**

GERMANY DM 8.00 UK 80p DG FF 20.00

wonderclub.com

Won for *Coming Home*, Best Actor in a Leading Role.

12. Two Time Academy Award Winner Dustin Hoffman



wonderclub.com

Won for *Kramer vs. Kramer* and *Rain Man*, Best Actor in a Leading Role.

13. Golden Globe Winner Nick Nolte



wonderclub.com

Won for *The Prince of Tides*, Best Performance by an Actor In a Motion Picture - Drama.

14. Three Time Academy Award Winner Jack Nicholson



# PLAYGIRL

APRIL 1981          ENTERTAINMENT FOR WOMEN          $2.25

**Every Last Detail**

**(Psst, Ronnie!) Playgirl's Choices For An All-Woman Supreme Court**

**Dawn To Dawn In New Orleans By Jessica Maxwell**

**Why Nice Girls Fall For Bad Boys**

**An All-Star Lineup Of Baseball's Sexiest Men**

**PHOTO SPREAD: Men Of Texas - They Grow 'Em Big Down There**

**FASHION: Cost-Cutting Chic For Bedroom And Beyond**

wonderclub.com

Won for *One Flew Over The Cuckoo's Nest* and *Terms of Endearment*, Best Actor in a Supporting Role, and *As Good As It Gets*, Best Actor in a Leading Role.

15. Two Time Golden Globe Winner Dudley Moore



# PLAYGIRL

ENTERTAINMENT FOR W

$2.25

AUGUST 1981

## DUDLEY MOORE

The Thinking Woman's Sex Symbol

How To Get Rid Of Bores And Boredom

Photo Feature: The Ten Sexiest Rock Stars

Cowgirls Who Ride The Cowboys By E. Jean Carroll

Celebrity Bonus: Bill Murray, Live!

**EXCLUSIVE INTERVIEWS**

## LIZA MINNELLI

'I Need To Stimulate People'

**SPECIAL NUDE SPREAD:**
The Joys Of Older Men

wonderclub.com

Won for *Arthur*, Best Motion Picture Actor - Comedy/Musical and *Micki and Maude*, Best Motion Picture Actor - Comedy/Musical.

16. Primetime Emmy Winner Tom Selleck

# PLAYGIRL

OCTOBER 1982  ENTER... ...MEN  $2.50 UK £1.10



**Interview**

# TOM SELLECK

How Being A Sex Symbol
Has Changed His Life

## ROMANCE
Are You
A Candidate For
Interracial Love?

## PICTORIAL
Sexy Student Bodies
From The Big 10
College Conference

## STEVE YEAGER
Celebrity Nude

## HEADACHES
How To Get Rid Of Them

Quiz: Will You Let Yourself
Live For The Moment?



Baseball's World Champ Catcher—
Without His Uniform

wonderclub.com

Won for *Magnum P.I.*, Outstanding Lead Actor in a Drama Series.

17. Academy Award Winner Jeff Bridges



Won for *Crazy Heart*.

18. Primetime Emmy Winner Dan Akroyd



# PLAYGIRL

ENTERTAINMENT FOR WOMEN

APRIL 1983    $2.50 UK £1.85

**Exclusive Interview**
## RICHARD SIMMONS
**America's Health Guru Gives Advice On How To Live Right And Be Happy**

**Special Photo Spread**

## TV & Football Star
### BUBBA SMITH
**Bares All**

**How Two-Career Couples Handle Love, Sex And Paychecks**

*NUDE PICTORIAL*
**Soldier, Sailor, Pilot: Men In Uniform Strip!**

**Last-Minute Tax Tips**

**How To Make *Any* Diet Work For You**

# DAN AYKROYD

DAN AYKROYD AND DONNA DIXON

wonderclub.com

Won for *Saturday Night Live*, Outstanding Writing in a Comedy-Variety or Music Series.
19. Golden Globe Winner Richard Gere



# PLAYGIRL

**RICHARD GERE**
...ve Special, With Photos,
...ed To Leave You "Breath!...

**To Use Dreams
Solve Problems**

...od Boyfriends:
...Why He's Your Ex—
...Or Should Be

**How To Psyche
Yourself Thin**

PLUS:
**The Sexiest Men Of Britain
In A Sizzling Pictorial**

**Nude Photo Spread—
The Beach Boys Of Florida**

wonderclub.com

Won for *Chicago*, Best Performance by an Actor in a Motion Picture - Comedy or Musical.

20. Four Time Academy Award Winner Clint Eastwood



Won for *Unforgiven* and *Million Dollar Baby*, Best Achievement in Directing and Best Motion Picture of the Year.

21. Two Time Primetime Emmy Award Winner Ted Danson



Won twice for *Cheers*, Outstanding Lead Actor in a Comedy Series.

22. Screen Actors Guild Award Winner Matt Dillon



Won for *Crash*, Outstanding Performance by a Cast in a Motion Picture.

23. Two Time Academy Award Winner Mel Gibson



WPS 35770

# PLAYGIRL

ENTERTAINMENT FOR WOMEN                                $3.50 UK £2.15 DECEMBER 1984

**MEL GIBSON**
**LIVING DANGEROUSLY**
**AND HOTTER THAN EVER**

**HOLIDAY ENTERTAINING**
**A STEP-BY-STEP**
**GUIDE TO SUCCESS**

**THE YEAR IN SEX**
**TITILLATING TIDBITS**
**AND THE SEXIEST HUNKS**

**SAM SHEPARD**
**THE TOUGH, LONE**
**STAR OF HOLLYWOOD**

**BOOK BONUS**
**TWO VERY EROTIC STORIES**
**FROM *PLEASURES***

NEW FICTION FROM JOYCE CAROL OATES
AND 1984'S TEN MOST ADMIRED WOMEN

JIMMY LEE

**PLAYGIRL DISCOVERIES**
*GENERAL HOSPITAL'S*
**STEVE BOND /**
*FLASH GORDON'S AND 10'S*
**SAM JONES**
**AND MORE IN A 10-PAGE**
**NUDE EXTRAVAGANZA**

GERMANY 12.50 DM /
FF 35/SPAIN 495 PTS

*wonderclub.com*

Won for *Braveheart*, Best Director and Best Picture.

24. Two Time Screen Actors Guild Award Winner Rob Lowe



**1987 MAN OF THE YEAR REVEALED!**

# PLAYGIRL

ENTERTAINMENT FOR WOMEN

JANUARY 1987  $3.75

**LIVE ALONE AND LOVE IT!**

**WOMEN ON TV**
SEEN, NOT HEARD

**DAVID BYRNE**
**MORE THAN JUST A TALKING HEAD**

**LATE-NIGHT DRESSING**

**SHARING SECRETS WITH ROB LOWE**

UK £2.95
FRANCE 85FF
SPAIN 725PTAS
GERMANY 10DM
CANADA $4.50



Won for *Taking Chance*, Best Performance by an Actor in a Mini-Series or a Motion Picture

*wonderclub.com*

Won for *The West Wing*, Outstanding Performance by an Ensemble in a Drama Series.

## 25. Golden Globe Winner Kevin Bacon



Won for *Traffic*, Outstanding Performance by the Cast of a Theatrical Motion Picture.

28. BAFTA Award Winner Mark Wahlberg



Won for *Twelve Monkeys*, Best Performance by an Actor in a Supporting Role in a Motion Picture.
Did not pose for cover.

Honorable Mention: Academy Award Winner Matt Damon



Won for *Good Will Hunting*, Best Writing, Screenplay Written Directly for the Screen.

Did not pose for cover.

Honorable Mention: Golden Globe Winner Leonardo DiCaprio has been on the cover twice.



Won for *The Aviator*, Best Performance by an Actor in a Motion Picture - Drama.
Did not pose for cover.



Did not pose for cover.

26. Multiple Golden Globe and Primetime Emmy Winner Michael J. Fox



Won for *Family Ties* and *Spin City*, Best Performance by an Actor in a TV-Series – Comedy/Musical (Golden Globe) and Outstanding Lead Actor in a Comedy Series (Emmy). Also *Rescue Me*, Outstanding Guest Actor in a Drama Series (Emmy).

## 27. Screen Actors Guild Winner James Brolin