

*Playboy*


PLAINTIFF'S EXHIBIT 36