# Perkins Public Schools



*Our mission:* Perkins Schools....an exceptional education in a safe, caring environment.

Jim Gunner, *Superintendent*      Lisa M. Crescimano, *Treasurer*

November 11, 2010

**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

Mrs. Carol Smith
217 Michigan Avenue
Sandusky OH 44870

Re:    Termination of Teaching Contract

Dear Mrs. Smith:

The purpose of this letter is to inform you that at its meeting on November 10, 2010, the Perkins Local School District Board of Education adopted a resolution accepting the Report and Recommendation of Referee Harry H. Taich dated October 9, 2010 concerning your teaching contract. The resolution also terminated your teaching contract, effective immediately, on the grounds of good and just cause. A copy of the resolution is enclosed herein and constitutes the order of the Board of Education in this matter.

Sincerely,

PERKINS LOCAL SCHOOL DISTRICT
BOARD OF EDUCATION

By: _____
       Lisa Crescimano, Treasurer

PLAINTIFF'S EXHIBIT 37

1210 E. Bogart Road, Sandusky Ohio 44870-6411    Phone: 419-625-0484    Fax: 419-621-2052
Treasurer's Office Phone: 419-625-1261                                                 www.perkins.k12.oh.us

RESOLUTION

The Board of Education of the Perkins Local School District, Sandusky, Ohio, met in regular session on the 10th day of November, 2010 at the offices of said Board with the following members present:

Terry L. Chapman
Matthew A. Kosior
Brian J. Printy
John W. Reddaway
Steven P. Schuster

The Treasurer advised the Board that the notice of requirements of O.R.C. §121.22 and the implementing rules adopted by the Board pursuant thereto were complied with for the meeting.

Mr. Chapman moved the adoption of the following resolution:

WHEREAS, the Board employed Carol Smith as a teacher under a continuing teaching contract; and

WHEREAS, on April 14, 2010, the Board adopted a resolution declaring its intention to consider the termination of Mrs. Smith's teaching contract pursuant to O.R.C. §3319.16 on the statutory grounds of good and just cause based upon the following specifications:

- A. Mrs. Smith engaged in inappropriate discussions with her high school social studies class regarding pornography;

- B. Mrs. Smith repeatedly "dozed off" for several minutes at a time while supervising students during 5D Study Hall, thereby continuing a pattern of sleeping on the job and engaging in unprofessional conduct; and,

- C. Mrs. Smith repeatedly arrived tardy to her 5th Period History Class, thereby (a) leaving her students unattended, and (b) continuing a pattern of being tardy for her assigned duties and engaging in unprofessional conduct.

WHEREAS, the Board provided Mrs. Smith with written notice of its intention to consider the termination of her teaching contract, and Mrs. Smith requested a hearing before a Referee as provided by O.R.C. §3319.16; and

WHEREAS, Harry H. Taich, Esq. was selected as Referee, and a hearing was conducted before him on July 21 and 22, 2010 and August 11 and 12, 2010; and

WHEREAS, on October 9, 2010, Referee Taich issued his Report and Recommendation, finding in part as follows: "I find by a preponderance of substantial, reliable and probative evidence that the District established that Mrs. Smith committed the acts and conduct detailed in Board Specifications "A", "B" and "C" .... Because of her commited acts and conduct listed in Specifications "B" and "C", I recommend to the Board that Mrs. Smith should be terminated as of her April 14, 2010 suspension date on the ground of good and just cause. My recommendation to terminate includes her conduct that was totally unprofessional, inappropriate, unsafe, outrageous, flagrant, and persistent and threatened the safety, security and welfare of the students."; and

WHEREAS, the Board has reviewed and considered Referee Taich's Report and Recommendation.

NOW, THEREFORE, BE IT RESOLVED by the Board of Education of the Perkins Local School District, Sandusky, Ohio that:

Section 1. The Board hereby accepts Referee Taich's Report and Recommendation, and hereby orders the termination of Mrs. Smith's continuing teaching contract on the grounds of good and just cause.

Section 2. The Treasurer is directed to provide Mrs. Smith with written notice of this action on behalf of the Board.

Section 3. It is found and determined that all formal actions of this Board concerning and relating to the adoption of this resolution were adopted in an open meeting of this Board, and that all deliberations of this Board and any of its committees that resulted in such formal action were in meetings open to the public, in compliance with all legal requirements including O.R.C. §121.22

Mr. Kosior seconded the Motion and upon roll call, the vote resulted as follows:

Ayes: Mr. Chapman, Mr. Kosior, Mr. Reddaway, Mr. Schuster, Dr. Printy

Nays: None

2

Resolution passed and adopted this 10th day of November, 2010.

_____
President

ATTEST:

_____
Treasurer

3