To: Board of Education, Lisa Crescimano, Paul Daugherty
Re: Board Notes 7/31/10
Fr: Jim Gunner

### Personnel

**Carol Smith Update**

We have held two days of hearings on the termination of Carol Smith. So far the hearings have consisted of our witnesses (students, teachers, and administrators). We still have at least two teachers and myself yet to testify. The next hearing dates are scheduled for August 11th and 12th. As soon as we conclude our case, Carol's attorney will put on his defense. He has also called about six students, three teachers, and Mr. Schuster as witnesses. If we are unable to conclude by August 12th, we have an additional day for hearings scheduled for September 8th.

Overall the student, teacher and administrator testimonies have gone as expected. The cross examination seems to be a case of: "She really wasn't sleeping, just had her eyes closed. Her eyes are closed as a result of ongoing medical problems with one of her eyes complicated by diabetes. And, the district didn't properly accommodate her diabetes. Oh...and by the way...academic freedom allows her to talk about pornography in relationship to Yellow Journalism because a student brought the issue up first"

**School Psychologists**

After searching for over two years, the ESC has found an additional part time school psychologist for our district. Susan Grant will join Sharon Crifasi in managing the school psychologist needs in the district. If you have ever been past the ASC late at night, usually Sharon's car has been there. To keep up with the work load, she has put in a tremendous amount of evening hours. The district has needed additional support for a long time and finally will have some help. Susan will be an ESC employee and split her time between our district and another district in Northern Ohio. We will be billed for this additional cost as part of our contract with North Point ESC.

**Personnel Positions Posted, but yet to Fill for 2010-11**

**Kindergarten position @ Furry** – Halley is working to fill the last position open at Furry due to the domino effect of teachers moving around. This position is open because of Amanda Sheppard's move to Meadowlawn Gifted

**High School Special Education** – After meeting with the Hoty family it appears that Adam will be well enough to return at least part time to high school next year. As a result, I have posted a teacher's position and an aide position for his needs.



PLAINTIFF'S EXHIBIT

### Civil Rights Complaint
The Federal Office of Civil Rights denied our request to mediate the situation with the family. In their denial they indicated the access claims raised by the family could have impact on other disabled students and as such was not permissible for mediation. As a result, I have a massive request for data and response to about 20 questions to submit to the Office of Civil Rights who will revert to a full investigation of the original claim. I will be working directly with our district attorneys on this response.

### Ohio STEM grants
The next RFP is expected to be announced within the next month. As soon as it is announced we will examine the RFP and consider the rewrite of our last application.

### PEA Negotiations
We have scheduled another negotiations session for Monday, August 2nd at 1:00 pm.

### Master Facility Planning

#### FAQs Document
A few additional questions are being worked through, otherwise the FAQs are ready for use and distribution.

#### Levy Leadership Team
The following sub-groups have been formed to lead the levy team:
- Finance/Fundraising – Frank Corder and Terry Chapman
- Marketing – Steve Schuster, Margaret Phares, Kula Hoty-Lynch
- Voter Registration – Jim Gunner, Paul Daugherty
- Volunteer Recruitment – Mike Strohl will lead and get the PTO, Athletic and Music Boosters involved.
- Public Meetings – Still searching for someone to coordinate…

We have a meeting scheduled for Wednesday, August 4th with representatives from the Collaborative to get the ball rolling.

#### Financial Advisors Meeting
No update.

### "Rubberized" Floor Options for Furry, Meadowlawn & Briar
No update.

### OAPSE Issues
#### Grievances at Level 3 (Two)
OAPSE has filed another grievance against our refusal to arbitrate the first grievances. I expect to meet with their new president, Tammy Didion, on either Monday or Friday to listen to her reasons for the filing of this grievance.

**Negotiations Progress**
No further contact from mediator.

**Tammy Didion Arbitration**
Set for August 25th

**Bus Driver Grievance**
No follow up from the denial of this grievance by Karen Fox. They are now past the deadline and have no rights to request to take this grievance further.

**HS Secretary/Receptionist Grievance**
Tammy Didion filed a request to take this grievance to level 3, a meeting with the superintendent. I have offered to meet with Tammy either Monday or Friday morning to hear here side of the grievance issue.

**Turbine Update**
So far...so good. Everything is still running very well and according to protocols established.

**Open Enrollment Update**
The district has received approximately 294 applications from returning students, with 16 yet to be received. In addition, we have received 118 new applications.

**Weight Room Coordinator**
No update. I haven't seen Mike's proposal as of yet.

**Modular Buildings**
Work is progressing and we should have no difficulty having this modular ready for the start of next school year.

**New Tech Network**
A team of seven, myself, Paul Daugherty, Chris Gasteier, Chris Guss, Paula Collier, Tim Obergefell and Jeff Harbal attended a three day conference in Chicago hosted by the New Tech Network last week. The New Tech Network is an organization of 40 school districts across the nation. These schools specialize in one-to-one laptop implementations and integrated project-based learning. We are investigating joining this network for Perkins High School to provide the structure and support to make the STEM network conversion. Over the next several months we will continue to investigate and visit some New Tech Network Schools. This was a significant portion of our STEM grant last May and we expect to include this in our upcoming STEM grant proposal. By joining the network, it will provide a structured approach for the high school to follow in their transformation. I am afraid without this structure progress on transforming the high school may falter.

## My Schedule

| | | |
|---|---|---|
| Monday, August 2nd | 1:00 pm | PEA Salary Negotiations |
| Tuesday, August 3rd | 8:00 am | CPI Training |
| | 1:30 pm | Meeting with Psychologists |
| Wednesday, August 4th | 8:00 am | Levy Committee Meeting |
| | All Day | North Point ESC Retreat – Maumee Bay |
| Thursday, August 5th | All Day | North Point ESC Retreat – Maumee Bay |
| Friday, August 6th | 2:00 pm | Women in STEM meeting – BGSU Firelands |
| Monday, August 9th | 8:00 am | Administrative Meeting |
| Tuesday, August 10th | All Day | NWOET Tech Conference – BGSU |
| Wednesday, August 11th | All Day | Termination Hearings |
| Thursday, August 12th | All Day | Termination Hearings |
| Friday, August 13th | | |

PERKINS000120

### Negotiations Progress
No further contact from mediator.

### Tammy Didion Arbitration
Set for August 25th

### Bus Driver Grievance
No follow up from the denial of this grievance by Karen Fox. They are now past the deadline and have no rights to request to take this grievance further.

### HS Secretary/Receptionist Grievance
Tammy Didion filed a request to take this grievance to level 3, a meeting with the superintendent. I have offered to meet with Tammy either Monday or Friday morning to hear here side of the grievance issue.

### Turbine Update
So far...so good. Everything is still running very well and according to protocols established.

### Open Enrollment Update
The district has received approximately 294 applications from returning students, with 16 yet to be received. In addition, we have received 118 new applications.

### Weight Room Coordinator
No update. I haven't seen Mike's proposal as of yet.

### Modular Buildings
Work is progressing and we should have no difficulty having this modular ready for the start of next school year.

### New Tech Network
A team of seven, myself, Paul Daugherty, Chris Gasteier, Chris Guss, Paula Collier, Tim Obergefell and Jeff Harbal attended a three day conference in Chicago hosted by the New Tech Network last week. The New Tech Network is an organization of 40 school districts across the nation. These schools specialize in one-to-one laptop implementations and integrated project-based learning. We are investigating joining this network for Perkins High School to provide the structure and support to make the STEM network conversion. Over the next several months we will continue to investigate and visit some New Tech Network Schools. This was a significant portion of our STEM grant last May and we expect to include this in our upcoming STEM grant proposal. By joining the network, it will provide a structured approach for the high school to follow in their transformation. I am afraid without this structure progress on transforming the high school may falter.