To: Board of Education, Lisa Crescimano, Paul Daugherty
Re: Board Notes 4/17/10
Fr: Jim Gunner

### Next Board of Education Meeting – Wednesday, April 28th @ 6:00 pm

Just a reminder that we set a special Board meeting for Wednesday, April 28th at 6:00 pm. The high school STEM team led by Mr. Gasteier will present their vision for STEM implementation at the high school. They will also ask the Board to act on a couple of their recommendations at that time, most notably increasing graduation requirements to 24 credits from the current 22 starting with next year's freshmen.

### Personnel Item

As I believe you already know, OEA dropped off a request on behalf of Mrs. Smith to appoint a hearing officer on the termination proceedings. As I was at a meeting in Bowling Green all Friday afternoon, [redacted]

Steve Schuster shared with Lisa, who shared with me, that three of the parents of students who were interviewed approached the Sandusky Register and indicated that their students were "forced" to answer our questions regarding Mrs. Smith. I have called Susan McMillan to discuss this issue, but have not reached her as of yet. Not sure, if or what the Register, would do with these accusations.

I can tell you that Mr. Gasteier and I were present together during most of the interview of students. At no time did we force students to respond, but with that said, I'm sure students feel that pressure when they are talking to the principal and superintendent. We had one student who indicated he didn't want to write a statement. We indicated that was up to him. This particular student wrote a very short statement.

I have also had an email request from Susan, at the Sandusky Register for the student statements with student names redacted. At this point, I have not responded. [redacted]

### Ohio STEM grants

After I finish Board notes, I will write a rough draft of the STEM2 grant. As we briefly discussed, the grant will establish a "Professional STEM Learning Center" on NASA's property, focus on STEM expansion in rural Ohio, and extend our partnerships. I have commitments already from the following to write letters of support: NASA, Kalahari, Sierra Lobo, Apple, Inc., Challenger Learning Center in Oregon, Ohio, Berlin-Milan Schools, EHOVE, NPESC, St. Henry's Schools, Napoleon Schools, BGSU, University of Toledo, Toledo Central Catholic Schools, Sandusky City Schools, and Huron City Schools. We are limited to 15 total letters of support with our grant application.



PLAINTIFF'S EXHIBIT 40
BHR 4/4/14

Budget items for the grant will be: furniture and equipment for the NASA building, support for the 15-month Master's degree in Curriculum & Instruction with a focus on STEM, professional development experts, travel & support to work with other schools at NASA in Camp Aerospace experiences, technology and equipment for our elementary schools to expand the STEM initiative to K-12 within Perkins, support for outreach to share STEM with rural Ohio.

### Meeting with Sandusky Superintendent in Waiting, Thomas Tucker

Tom and I were at the same Superintendents' luncheon in Bowling Green on Friday. After the meeting we had probably a 20-minute conversation focused on how we can work together to minimize some of the "Perkins Avenue" issues. He indicated he understands the open enrollment issue being previously from Lorain. He stated it is an unfortunate excuse for not fixing school funding, but it is what it is. We discussed the STEM grant and the regional "Professional STEM Learning Center" at NASA. I agreed to forward Tom a copy of the rough draft of the grant. He felt that he could get a letter of support from the Sandusky City School District, but needs to be sensitive to Bill Pahl's remaining time in the district. We also briefly discussed the potential for joint Career-Tech and he was very enthusiastic about this possibility. In fact, he indicated that he and a few others (he didn't mention who they were) had discussed this very issue in Sandusky on Friday morning. I shared with him our reluctance to confront this issue with EHOVE until after our facility issue had passed. He understood completely. We agreed to try to cooperate on the STEM grant and to meet this summer after Mr. Pahl had officially retired to begin a "behind the scenes" conversation about Career-Tech and any other ways we may be able to cooperate that would benefit both districts without "inflaming" the consolidation discussion. We both agreed that consolidation would not happen in our life times, but working together where and when it makes sense was the right thing to do.

### Meeting with BGSU – Women in Engineering

Because of our growing relationship with BGSU, they have asked us to join them next fall, November 19th, for a Women in Engineering program at Firelands. We will be permitted to send approximately 100 middle school girls to a day long experience focused on promoting STEM careers for women. From our initial conversations this Friday it sounds like a great opportunity for our middle school girls to experience science, technology, engineering, and math in a first hand way.

### Meeting with Erie County Planning and Township

We have tentative set a date during the third week of May to begin the work for a "Safe Routes to School Grant".

### Transportation Software

No update.

### Meadowlawn Principal Search

We currently have over a dozen applications on file with over a week remaining in the application period. I am working on a potential list of questions that will be modified, added to, and deleted from by the Meadowlawn staff on the search committee. We plan on meeting Thursday afternoon to screen the applicants for interviews with interviews to start on Monday, April 26th.

## Master Facility Planning

### Joint Bus/Maintenance Facility with Township
We are on hold waiting for the two architectural firms to combine their work into one facility design. We expect that this will be ready for our May 12th Master Facility Planning meeting.

### ASC turned over to Township
From my recent conversations with Jeff Farrell, and the trustees' comments on Wednesday night, I suspect this is on the backburner for a while. As I understand the current feelings of the trustees, they want to conduct a thorough facility analysis similar to what we are doing, before they make a decision. As a result, we will not proceed with any work on moving our administrative offices to the high school.

### Bond Counsel & Financial Advisor
As a follow-up to our meeting on March 30, Patrick King prepared a workbook containing a series worksheets with four scenarios for Perkins Local School District's proposed borrowing. These assumptions do **NOT** include any additional benefit from Qualified School Construction Bonds (QSCBs) or Build America Bonds (BABs). They also assume Phase I borrowing and payoff over a maximum of 30 years (maximum permitted by law is 40, when fixtures and furniture are figured in it usually amounts to 37 or 38 year maximum). I have attached the excel spreadsheet for those of you interested. The analysis shown in the workbook is summarized as follows:

#### No Growth
- AV Growth Projection: No growth.
- Borrowing Size: $37,540,000 in 2011. There is not sufficient revenue for any other borrowings.
- Rate Assumptions: 2011 issue is at current market rates.

#### Conservative Case
- AV Growth Projection: 5.00% on update and reappraisal years, 1.00% in off years through 2031 and 0.5% from 2033 on.
- Borrowing Size: limited to $49,815,000 in 2011. There is not sufficient revenue for any other borrowings.
- Rate Assumptions: 2011 issue is at current market rates.

#### Base Case

- AV Growth Projection: 9.00% on update and reappraisal years, 1.25% in off years.
- Borrowing Size: $50,000,000 in 2011 and $19,960,000 in 2020. There is not sufficient revenue for a 2030 borrowing.
- Rate Assumptions: 2011 issue is at current market rates and 2020 borrowing is at market plus 25 basis points (0.25%).

**Aggressive Case**
- AV Growth Projection: 12.00% on update and reappraisal years, 2.00% in off years.
- Borrowing Size: $50,000,000 in 2011, $30,000,000 in 2020 and $35,745,000 in 2030.
- Rate Assumptions: 2011 issue is at current market rates and 2020 borrowing is at market plus 25 basis points (0.25%).

### Asbestos Removal at our NASA Site
We should be ready to initiate contracts on the asbestos removal as soon as possible after the May 12th meeting to discuss the joint bus/maintenance facility.

### Ohio School Facility Involvement
No Update.

### School Resource Officers
No update.

### Kalahari TIF payments
No update

### Core Planning Team Meetings
We will reschedule the Core Planning Team until April 28th as the Collaborative is not ready with their Master Facility diagrams at this time.

### Upcoming Master Facility Planning Meetings

| | | |
|---|---|---|
| Wednesday, April 28th | 7:00 pm | Collaborative shares aerial options of campus, and rough estimates of NASA building renovation. |
| Wednesday, May 12th | 7:00 pm | Collaborative shares drawings of common bus and maintenance facility. |

### "Rubberized" Floor Options for Furry, Meadowlawn & Briar
Company is scheduled to meet with me on Monday at 1:00 pm to review the three buildings. In a brief phone conversation with the company their salesperson indicated they have a product to meet our needs. To give you a rough sense of the possible costs, the Bryan auxiliary gymnasium cost about $35,000 to resurface. I'll know more after Monday.

# National Science Foundation Grants
No update. Do not expect to hear on this grant until sometime this summer.

# OAPSE Issues

## OAPSE New Officers
The OAPSE union met on Wednesday evening and elected new officers. The new OAPSE president is Tammy Didion, secretary at Briar. The vice-president is Dawn Sullivan, secretary at Briar. I'm not sure what this means as we move forward other than neither of these women have any knowledge of the existing status of negotiations. I'm pretty sure they also have no information regarding the "stand off" on arbitration issues at this point. Tammy Didion does have a grievance at arbitration level that is over 5 years old at this point. This is the one item we have agreed to arbitrate and a date for the arbitration has finally been set for June 13th.

## Grievances at Level 3 (Two)
No update, still a game of legal "stare down".

## Negotiations Progress
With the change in union leadership, it may mean steps backward for negotiations. The new leaders have no knowledge of what has been negotiated already or what the sticking points are for mediation. I suspect it will mean they will lean on Butch Wick even more. It is my belief that Butch has been the problem to a settlement all along and any greater reliance on Butch will make the process even more difficult.

## Tammy Didion Arbitration
We have an arbitration date of June 13th for this issue.

# Bob Meyer New PEA President
Bob and I are scheduled to meet on Monday afternoon to discuss the district finances and potentially set a date for the PEA wage reopener.

# Apple Leadership Institute
Approximately 30 people have signed up to visit our school district on this Wednesday to learn about our one-to-one initiative. The program will take place in the HS Study Hall Room 805. If you have time to stop by, feel free to do so. A light breakfast and lunch are paid for by Apple, but being supplied by Mr. Schuster's restaurants.

# Turbine Update
No Update

# Representative Marcy Kaptur Visit to Perkins High School
No update.

### Sandusky Central Catholic Schools – Call from Dr. Judy Monaghan

Friday I spoke to Judy Monaghan, the superintendent SCCS, regarding a couple of concerns. Individuals at SCCS were upset that Furry made a visit to their preschool to discuss our Little Pirates program. According to Dr. Monaghan, no one from Furry contacted them and simply showed up. She asked that we not visit or share information regarding our programming at their preschool. I told her that I knew Mrs. Leffler and Ashlee Shortridge had made an effort to contact all preschools in the area with Perkins residents about the newly initiated "Little Pirate" program. I shared that I found it hard to believe that Halley would simply show up without permission, but regardless we would honor her wishes in the future and not visit their preschool program.

Dr. Monaghan shared that she had at least three parents call her with a concern that Perkins was making phone calls to "recruit" SCCS kids through open enrollment for next year. I shared that the only thing Perkins Schools had done for next year's open enrollment is to send a letter and a form for next year to all currently enrolled open enrollment students. I explained that the law requires the parents to reapply each year and this method ensured timely return of enrollment forms. I asked Dr. Monaghan if her parents could provide any names or more information about who made these calls. If we are provided more information, I can follow up. Otherwise, I can simply assure her that the district has not and will not endorse the making of "recruiting" calls.

Looking at our open enrollment new applications, I noticed that about 10 of our kindergarten families would have traditionally gone to SCCS. We also have at least three other applications at other grade levels from students who want to transfer from SCCS.

PERKINS000053

## My Schedule

| Day | Time | Event |
|---|---|---|
| Monday, April 19th | 1:00 pm | Final Floor Company |
| Tuesday, April 20th | 9:00 am | Dianna Acierto |
| | 10:00 am | Rod Morman – St. Henrys Schools |
| | 11:30 am | Kalahari Luncehon w/ Brian Stanle |
| | 3:30 pm | HS STEM meeting |
| | 7:00 pm | Next STEPs Academy webinar |
| Wednesday, April 21st | 8:00 am | Apple Leadership Institute @ PHS |
| | 4:00 pm | Bob Myer |
| Thursday, April 22nd | 900 am | STEM Partners Meeting |
| | 10:00 am | University of Toledo Meeting |
| | 4:00 pm | Meadowlawn Principal Resume Review |
| | 7:00 pm | Next STEPs Academy webinar |
| Friday, April 23rd | 9:00 am | Administrators Meeting |
| | PM | ½ Day Vacation |
| Sunday, April 25th | 1:00 pm | Spring Music Concert |
| Monday, April 26th | 4:00 pm | Meadowlawn Principal Interviews |
| Tuesday, April 27th | 4:00 pm | Meadowlawn Principal Interviews |
| Wednesday, April 28th | 4:00 pm | Meadowlawn Principal Interviews |
| | 6:00 pm | Special Board Meeting |
| | 7:00 pm | Master Facility Planning Committee |
| Thursday, April 29th | 9:00 am | HESE Meeting – Insurance Rates |
| Friday, April 30th | 8:00 am | NWOASA Meeting in Bowling Green |